VALERIE L. CHANG (SBN 295147)
Email: vchang@sfmslaw.com
**SHEPHERD, FINKELMAN, MILLER & SHAH, LLP**
11755 Wilshire Blvd., 15th Floor
Los Angeles, CA 90025
Tel: (323) 510-4060
Fax: (866) 300-7367

NICHOLAS I. PORRITT
Email: nporritt@zlk.com
ADAM M. APTON
Email: aapton@zlk.com
**LEVI & KORSINSKY LLP**
1101 30th Street NW, Suite 115
Washington, DC 20007
Tel: (202) 524-4290
Fax: (202) 333-2121
*pro hac vice to be submitted*

*Attorneys for Afsaneh Amirabadi*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HSINGCHING HSU, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PUMA BIOTECHNOLOGY, INC., ALAN H. AUERBACH, and CHARLES R. EYLER,<br><br>Defendants. | No. 8:15-CV-00865-AG-JCG<br><br>Hon. Andrew J. Guilford<br><br>**NOTICE OF MOTION OF AFSANEH AMIRABADI FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**<br><br>Date: August 31, 2015<br>Time: 10:00 a.m.<br>Courtroom: 10D – West Fourth St. |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on August 31, 2015 at 10:00 a.m., or as soon thereafter as the matter can be heard in the courtroom of the Honorable Andrew J. Guilford, situated at 411 West Fourth Street, Santa Ana, California 92701, Movant Afsaneh Amirabadi ("Movant"), by and through her counsel, will and hereby do move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an Order (attached hereto): (i) appointing Movant as Lead Plaintiff on behalf of all persons that purchased or otherwise acquired Puma Biotechnology, Inc. ("Puma" or the "Company") securities; (ii) approving of Movant's selection of counsel as Lead Counsel and Liaison Counsel; and (iii) granting such other and further relief as the Court may deem just and proper.  In support of this Motion, Movant submits a Memorandum of Points and Authorities, the Declaration of Valerie L. Chang and exhibits attached thereto, the pleadings, and other filings herein and such other written or oral arguments as may be presented to the Court.

This motion is made on the grounds that Movant is the most adequate plaintiff, as defined by the PSLRA, based on their losses of approximately $10,765.23 which was suffered as a result of Defendants' wrongful conduct as alleged in the above-referenced actions.  Further, Movants satisfy the requirements of Rule 23(a) of the Federal Rules of Civil Procedure, as their claims are typical of other Class members' claims and they will fairly and adequately represent the interests of the class.

### COMPLIANCE WITH CIVIL LOCAL RULE 7-3

This motion is filed pursuant to Section 21D of the Securities Exchange Act of 1934, as amended by the PSLRA.  This Section provides that within 60 days

after publication of the required notice, any member of the proposed class may apply to the Court to be appointed as lead plaintiff, whether or not they have previously filed a complaint in the underlying action. Consequently, Movants' counsel has no way of knowing who, if any, the competing lead plaintiff candidates are at this time. As a result, counsel for Movants has been unable to conference with opposing counsel as prescribed in Local Rule 7-3, and respectfully requests that the conference requirement of Local Rule 7-3 be waived for this motion. Pursuant to §77u-4(a)(3)(B)(iii)(II), Defendants do not have standing to oppose the appointment of Movants as lead plaintiff. *See Takeda v. Turbodyne Techs., Inc.*, 67 F. Supp. 2d. 1129, 1138 (C.D. Cal. 1999).

Dated: August 3, 2015       Respectfully submitted,

**SHEPHERD FINKELMAN MILLER & SHAH LLP**

*/s/ Valerie Chang*
Valerie L. Chang (SBN 295147)
11755 Wilshire Blvd., 15th Floor
Los Angeles, CA 90025
Tel: (323) 510-4060
Fax: (866) 300-7367
Email: vchang@sfmslaw.com

**LEVI & KORSINSKY LLP**
Nicholas I. Porritt
Adam M. Apton
1101 30th Street NW, Suite 115
Washington, DC 20007
Tel: (202) 524-4290
Fax: (202) 333-2121
Email: nporritt@zlk.com
Email: aapton@zlk.com
*pro hac vice to be submitted*

NOTICE OF MOTION OF AFSANEH AMIRABADI FOR APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF SELECTION OF COUNSEL
Case No. 8:15-CV-00865-AG-JCG
3

1                                      *Attorneys for Movant Afsaneh Amirabadi*

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   NOTICE OF MOTION OF AFSANEH AMIRABADI FOR APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF SELECTION OF COUNSEL
Case No. 8:15-CV-00865-AG-JCG

4