NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
LATHAM & WATKINS LLP
   Michele D. Johnson (Bar No. 198298)
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Telephone: +1.714.540.1235
Facsimile: +1.714.755.8290
E-mail: michele.johnson@lw.com

ATTORNEY(S) FOR: Defendants Puma Biotechnology, Inc., et al.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

HSINGCHING HSU, Individually and on Behalf of All Others Similarly Situated,

Plaintiff(s),

v.

PUMA BIOTECHNOLOGY, INC., ALAN H. AUERBACH, and CHARLES R. EYLER

Defendant(s)

CASE NUMBER:

Civil Action No. 8:15-cv-00865 AG (JCGx)

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Defendants Puma Biotechnology, Inc., Alan H. Auerbach, Charles R. Eyler or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
| --- | --- |
| 1) Hsingching Hsu | 1) Party - Plaintiff |
| 2) Puma Biotechnology, Inc. | 2) Party - Defendant |
| 3) Alan H. Auerbach | 3) Party - Defendant |
| 4) Charles R. Eyler | 4) Party - Defendant |
| 5) American International Group | 5) Insurance carrier of one or more defendants |
| 6) XL Catlin | 6) Insurance carrier of one or more defendants |
| 7) Old Republic Insurance Company | 7) Insurance carrier of one or more defendants |
| 8) W.R. Berkley Corporation | 8) Insurance carrier of one or more defendants |

August 7, 2015
Date

/s/ Michele D. Johnson
Signature

Attorney of record for (or name of party appearing in pro per):

Defts Puma Biotechnology, Inc., Alan Auerbach, Charles Eyler