# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HsingChing Hsu <br><br> PLAINTIFF(S) <br><br> v. <br><br> Puma Biotechnology, Inc., et al. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> SA CV15-0865 AG(JCGx) <br><br> ORDER TRANSFERRING ACTION UNDER GENERAL ORDER 05-07 <br> (Magistrate Judge) |

Pursuant to General Order 05-07,

   IT IS HEREBY ORDERED that the above-entitled action be transferred to the calendar of Magistrate Judge   Shashi H. Kewalramani   for:

- [x] any discovery matters that are or may be referred by the district judge; or
- [ ] any matters that are referred pursuant to General Order 05-07.

April 6, 2018
Date

_Jay C. Gandhi_
United States Magistrate Judge

April 9, 2018
Date

_Shashi H. Kewalramani_
United States Magistrate Judge

### Notice to Counsel from Clerk

On all documents subsequently filed in this case, please substitute the initials   (SHKx)   after the case number, so that the case number will read   SACV15-00865 AG (SHKx)  . This is very important because documents are routed to the assigned judges by means of these initials.

G-13 (06/07)   ORDER TRANSFERRING ACTION UNDER GENERAL ORDER 05-07 (Magistrate Judge)