LATHAM & WATKINS LLP
  Michele D. Johnson (Bar No. 198298)
  *michele.johnson@lw.com*
  Kristin N. Murphy (Bar No. 268285)
  *kristin.murphy@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, CA  92626-1925
Tel:  (714) 540-1235
Fax:  (714) 755-8290

LATHAM & WATKINS LLP
  Colleen C. Smith (Bar No. 231216)
  *colleen.smith@lw.com*
12670 High Bluff Drive
San Diego, CA  92130-3086
Tel:  (858) 523-5400
Fax:  (858) 523-5450

LATHAM & WATKINS LLP
  Sarah A. Tomkowiak (*pro hac vice*)
  *sarah.tomkowiak@lw.com*
555 Eleventh Street NW, Suite 1000
Washington, DC  20004-1304
Tel:  (202) 637-2200
Fax:  (202) 637-2201

*Additional counsel on signature page*

*Attorneys for Defendants*
*Puma Biotechnology, Inc., Alan H. Auerbach,*
*and Charles R. Eyler*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HSINGCHING HSU, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PUMA BIOTECHNOLOGY, INC., ALAN H. AUERBACH, and CHARLES R. EYLER,<br><br>Defendants. | CASE NO. 8:15-cv-00865-AG (SHKx)<br><br>**DEFENDANTS' APPLICATION FOR LEAVE TO FILE DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL REPLY RE: REQUESTED FDA DEPOSITION UNDER SEAL**<br><br>Trial Date:    November 6, 2018 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

US-DOCS\100667314

DEFS.' APPLICATION FOR LEAVE TO FILE
DOCUMENTS UNDER SEAL
CASE NO. 8:15-CV-00865-AG (SHKx)

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Local Rule 79-5.2.2(a), Defendants Puma Biotechnology, Inc. ("Puma"), Alan H. Auerbach, and Charles R. Eyler (collectively, "Defendants") hereby apply for an Order permitting the following to be filed under seal with this Court: portions of Defendants' letter in response to Plaintiff's "supplemental reply" in support of its request for leave to serve a deposition subpoena on the U.S. Food and Drug Administration ("Response"). A redacted version of the Response is filed herewith.

The applicable legal standard and the bases for filing under seal are set forth in the April 18, 2018 Declaration in Support of Defendants' Application for Leave to File Documents in Support of the Opposition Under Seal. Accordingly, Defendants request that the Court enter the attached Proposed Order Granting Defendants' Application for Leave to File Documents Under Seal.

Dated: April 18, 2018

LATHAM & WATKINS LLP

By:   /s/ Sarah A. Tomkowiak

Michele D. Johnson
Colleen C. Smith
Sarah A. Tomkowiak
Kristin N. Murphy

COOLEY LLP
Michael A. Attanasio (Bar No. 151529)
Koji F. Fukumura (Bar No. 189719)
Ryan E. Blair (Bar No. 246724)
Mary Kathryn Kelley (Bar No. 170259)
4401 Eastgate Mall
San Diego, CA  92121
Tel:  (858) 550-6000
Fax:  (858) 550-6420
mattanasio@cooley.com
kfukumura@cooley.com
rblair@cooley.com
mkkelley@cooley.com

*Attorneys for Defendants Puma Biotechnology, Inc., Alan H. Auerbach, and Charles R. Eyler*