LATHAM & WATKINS LLP
  Michele D. Johnson (Bar No. 198298)
  *michele.johnson@lw.com*
  Kristin N. Murphy (Bar No. 268285)
  *kristin.murphy@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, CA  92626-1925
Tel:  (714) 540-1235
Fax:  (714) 755-8290

LATHAM & WATKINS LLP
  Colleen C. Smith (Bar No. 231216)
  *colleen.smith@lw.com*
12670 High Bluff Drive
San Diego, CA  92130-3086
Tel:  (858) 523-5400
Fax:  (858) 523-5450

LATHAM & WATKINS LLP
  Sarah A. Tomkowiak (*pro hac vice*)
  *sarah.tomkowiak@lw.com*
555 Eleventh Street NW, Suite 1000
Washington, DC  20004-1304
Tel:  (202) 637-2200
Fax:  (202) 637-2201

*Attorneys for Defendants*
*Puma Biotechnology, Inc., Alan H. Auerbach,*
*and Charles R. Eyler*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HSINGCHING HSU, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> PUMA BIOTECHNOLOGY, INC., ALAN H. AUERBACH, and CHARLES R. EYLER, <br><br> Defendants. | CASE NO. 8:15-cv-00865-AG (SHKx) <br><br> **PROOF OF SERVICE OF DOCUMENTS FILED UNDER SEAL** <br><br> Trial Date:    November 6, 2018 |

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 650 Town Center Drive, 20th Floor, Costa Mesa, CA 92626-1925.

On **April 18, 2018**, I served the following documents described as:

**SEALED DECLARATION OF KRISTIN N. MURPHY IN SUPPORT OF DEFENDANTS' APPLICATION FOR LEAVE TO FILE DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL REPLY RE: REQUESTED FDA DEPOSITION UNDER SEAL**

**UNREDACTED VERSION OF DEFENDANTS' LETTER IN RESPONSE TO PLAINTIFF'S "SUPPLEMENTAL REPLY" IN SUPPORT OF THEIR REQUEST FOR LEAVE TO SERVE A DEPOSITION SUBPOENA ON THE U.S. FOOD AND DRUG ADMINISTRATION**

by serving a true copy of the above-described documents in the following manner:

### BY ELECTRONIC MAIL

The above-described document was transmitted via electronic mail to the following party on April 18, 2018:

Tor Gronborg  (torg@rgrdlaw.com)
Trig R. Smith  (trigs@rgrdlaw.com)
J. Marco Janoski Gray  (mjanoski@rgrdlaw.com)
Susanna R. Conn  (sconn@rgrdlaw.com)
Debashish Bakshi  (dbakshi@rgrdlaw.com)
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900, San Diego, CA 92101
Tel:  619.231.7423 / Fax:  619.231.1058

The party on whom this electronic mail has been served has agreed in writing to such form of service pursuant to agreement.

I declare that I am employed in the office of a member of the Bar of California, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **April 18, 2018**, at Costa Mesa, California.

_____
Karen Patterson

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
US-DOCS\100675129.1

1

PROOF OF SERVICE OF
DOCUMENTS FILED UNDER SEAL
CASE NO. 8:15-CV-00865-AG (SHKx)