# EXHIBIT 1

*Confidential*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

HSINGCHING HSU, Individually and
on Behalf of All Others Similarly
Situated,
                              Plaintiff

   *vs.*

PUMA BIOTECHNOLOGY, INC., *et al.*,
                              Defendants

Case No. 8:15-cv-00865-AG-JCG

**Amended Expert Report of Gregory K. Frykman, M.D.**

_____
Gregory K. Frykman, M.D.

April 11, 2018 (Amended as of June 12, 2018)

*Confidential*

I.      Qualifications .................................................................................................1

        A.      Assignment and Scope ...............................................................1
        B.      Expert Qualifications and Compensation ....................................1
        C.      Information / Materials Considered ............................................3

II.     SUMMARY OF OPINIONS ........................................................................3

III.    CLINICAL TRIALS .....................................................................................4

        A.      Clinical Trials in General ...........................................................4
        B.      Types / Classifications of Clinical Trials ...................................5
        C.      Clinical Trial Design ..................................................................6

                1.      Objectives ........................................................................6
                2.      Endpoints .........................................................................7

        D.      Clinical Trial Analysis & Results ...............................................7

                1.      Analysis ............................................................................7
                2.      Results ..............................................................................8

IV.     COMMON CLINICAL TRIAL DISCLOSURE PRACTICES IN THE
        BIOTECHNOLOGY INDUSTRY ...............................................................9

        A.      Press Releases ...........................................................................10
        B.      Presentation of Clinical Trial Results ......................................11

                1.      The Annual ASCO Conference .......................................12
                2.      The Submission Process .................................................12
                3.      ASCO Presentation Formats ...........................................15

                        a.      Plenary Sessions ..................................................15
                        b.      Oral Abstract Sessions ........................................16
                        c.      Clinical Science Symposia ...................................16
                        d.      Poster Sessions ....................................................17
                        e.      Poster Discussion Sessions .................................17

        C.      Interpretation of Clinical Trial Results ....................................18

V.      PUMA'S JULY 22, 2014 DISCLOSURE PROVIDED INFORMATION THAT IS
        TYPICAL AND IN LINE WITH INDUSTRY STANDARDs ...................19

        A.      Puma's July 22, 2014 Press Release Provided the Most Relevant
                Information Regarding the Success of the ExteNET Trial ...................19
        B.      Puma's Disclosure Is Comparable to Other Biotechnology Companies,
                Including Those Focused on Oncology Drug Development ...................23

VI.    Puma's January 2015 Offering Was in Line with Biotechnology Industry Practices .......30

## I.    QUALIFICATIONS

### A.    Assignment and Scope

I have been retained by Latham & Watkins LLP and asked to provide expert testimony regarding Puma Biotechnology, Inc.'s ("Puma" or "the Company") July 22, 2014 announcement describing the top-line results of the ExteNET trial.

I have been asked to analyze the text and information conveyed in the July 22, 2014 announcement within the context of the norms for the industry as reflected in other pharmaceutical and biotechnology companies' announcements of important clinical trial results.

This report sets forth my findings in this matter based on the information available and the analyses I have performed through the date of this report.  This report, and my opinions contained herein, are subject to change or modification should additional relevant information become available which bears on my analyses.  I am prepared to amend my analyses and to perform additional calculations should I consider it necessary after receiving further information regarding this action.

I anticipate using at trial selected exhibits in this report, documents reviewed in connection with their preparation, and enhanced graphic versions of selected exhibits included in this report (redrafted to improve their presentation quality).  In addition, I may create or assist in the creation of certain demonstrative schedules to assist me in testifying. To date, I have yet to create such demonstratives.

### B.    Expert Qualifications and Compensation

I began my career at the U.S. Food and Drug Administration ("FDA") as a medical officer from mid-2000 until October 2002.  During that time, I performed medical and scientific review of dozens of investigational new drug applications (INDs) and two new drug applications (NDAs) in the field of cancer medicine.  I also met with dozens of companies as the primary reviewing clinician as part of a medical and scientific team of toxicologists,

pharmacologists, chemists, biostatisticians.  I received two awards for my work at the FDA:  a Service Award in 2001, and a Team Excellence Award in 2002.

From October 2002 until March 2009, I served as a capital markets policy analyst, focusing on the pharmaceutical and biotechnology space, with a principal focus on cancer drug research, development, regulation, and policy initiatives at the FDA.  In this capacity, I authored reports to institutional investors about drugs and biologics that were intended for FDA approval or cancer drug products that were on the market, but about which there was uncertainty regarding their safety and/or efficacy, or the regulatory implications of newly emerging data.  In 2003, I was named a "Top Up and Coming Biotechnology Analyst" by the capital markets journal, *Institutional Investor*.  During my time as a capital markets policy analyst, I maintained Series 7 licensure under the National Association of Securities Dealers.

For several years in my capacity as a pharma- and biotech- focused policy analyst, I worked with healthcare investment bankers in a variety of contexts related to the financing of pharmaceutical and biotechnology companies.  My role principally involved vetting such companies' research and development plans as well as their correspondence with, and history of interacting with, the FDA, as well as evaluating these firms' stated plans to achieve registration of their products.

From March 2009 until the present, I have served as an independent consultant primarily in the fields of drug development and drug regulation, and I routinely comment and advise my clients on the financial and capital market implications about various development and regulatory opportunities.  In this capacity, I have served as an Executive-in-Residence with the Cleveland Clinic Innovations, the technology transfer office and new-company creating function of The Cleveland Clinic.

I earned a Doctorate of Medicine degree in 1992 from the Loma Linda University School of Medicine and subsequently completed an internship and a residency in Internal Medicine at the University of Southern California Medical Center.  I then completed a fellowship in Medical Oncology and Hematology in 1998 at Johns Hopkins University, and completed a two-year curriculum in cancer drug development and regulation under a

Cancer Treatment Research Award in 2000.  I achieved board certification from the National Board of Medical Examiners in 1993, the American Board of Internal Medicine in 1995, and became board certified in the subspecialty of Hematology in 1998 and in the subspecialty of Medical Oncology in 1999.  I maintain active medical licensure in the States of California and Maryland.

I am being compensated for my time on this matter at a rate of $565 per hour.  My compensation is not contingent upon any conclusions I reach or the outcome of this matter.

My opinions in this matter are based on my education, knowledge, and research, as well as the documents and information available to me at the time of this report.  I reserve the right to amend or supplement my opinions should additional information become available, and in response to opinions offered by other experts in this matter.

### C.      Information / Materials Considered

The opinions expressed in this report and the information presented in the accompanying exhibits represent my current opinions.  Amendments or supplements to this report and its accompanying exhibits may be required because of developments prior to or at trial, including, but not limited to, the discovery of new evidence, expert discovery, and the testimony of any other witnesses in deposition or at trial.  I reserve the right to amend, modify, and provide supplements to this report.

In preparing this report, I have reviewed numerous documents, including documents provided by Latham & Watkins LLP, and publicly available information.  The documents that I rely upon include documents cited in this report and its exhibits.

## II.      SUMMARY OF OPINIONS

1.  It is common in the biotechnology industry, and particularly in the field of oncology drugs, to disclose top-line clinical trial results in a press release, while presenting the full trial data at a medical conference at a later date.  The annual meeting of the American Society of Clinical Oncology (ASCO) is the most prestigious and widely attended

conference at which companies seek to present their data.  The submission process is rigorous and imposes strict confidentiality requirements.  The oral presentation sessions at ASCO, at which Puma presented its ExteNET trial data, are among the most selective presentation spots at the meeting.

2.  Puma's disclosure of top-line results on July 22, 2014 provided investors (and other stakeholders) with the information expected—namely, whether the ExteNET trial had hit its primary endpoint and, in turn, whether it could form the basis for a New Drug Application ("NDA") seeking FDA approval.  It is my opinion that Puma's disclosures in the July 22, 2014 press release were in-line with typical industry practices for disclosure of such top-line clinical trial results.

3.  Puma's July 22, 2014 disclosure is comparable to other disclosures of top-line results of oncological trials, many of which I have reviewed and incorporated into my report.

4.  Development-stage biotechnology companies (such as Puma was in 2014-2015) do not have revenue because they do not have an approved product being sold on the market.  Because they need to raise money to support their research and development activities, such companies will periodically raise money through a public stock offering.  It is well known that such companies often raise capital following the announcement of positive news, including positive clinical trial results.  I have reviewed and identified many examples of companies conducting offerings following top-line announcements such as Puma's press release.

## III.    CLINICAL TRIALS

### A.    Clinical Trials in General

The term 'clinical trial' is used frequently by laypeople as well as clinical and scientific professionals, and is generally intended to refer to a formal process of answering a question of clinical significance by testing an intervention on one group of volunteers, testing no such intervention on another group of volunteers, and then comparing the differences in outcome.

The specific type of clinical trial chosen for answering a particular question depends on the needs of the clinical trial sponsor, the type of disease being studied, the nature of the intervention proposed, the nature of the oversight of the study, and a host of other considerations.  The overall rationale for the existence of, and the execution of, clinical trials is to find ways to more effectively prevent, diagnose, or treat human disease.

**B.      Types / Classifications of Clinical Trials**

There are different types and classifications of clinical trials.  Several examples are provided below:

- Diagnostic trials - Looking for better, more accurate, and less invasive ways to diagnose a disease.

- Treatment trials - Looking for medications and procedures that work better or are tolerated better and have fewer side effects.

- Quality of life trials - Looking for better ways of providing supportive care for people with various diseases, including cancer.

Other important types of clinical trials exist and relate to the way data is collected (prospectively vs. retrospectively), the way the study is staged (single-stage vs. two-stage), whether or not blinding or masking of various clinical trial participants is required (single-blind vs. double-blind vs. triple-blind), what the anticipated outcome is likely to be (superiority vs. non-inferiority), the timing of patient assessment (longitudinal vs. cross-sectional), and the manner in which each study group receives its medication (parallel group vs. cross-over).

Clinical trials can also be classified by phases:

- Phase 1 trials – These trials are conducted on a small number of people and are designed to see if a treatment is safe.

- Phase 2 trials – After a treatment is considered to be relatively safe, it is evaluated in a Phase 2 trial to see if it is active in treating the disease studied.

- Phase 3 trials – If a treatment is found to be active *and* relatively safe in Phase 2 evaluation, it is then evaluated in a Phase 3 trial to see if it is more effective than standard treatments available, or has fewer side effects than standard treatments.  If a phase 3 clinical trial is successful—that is, the treatment is found to be more effective or safer that what is already available—the treatment may then be evaluated by the FDA for potential approval.

- Phase 4 trials – Once a treatment has been approved by the FDA, additional study of the drug, in various disease settings, referred to as "post-marketing" clinical trials, may be carried out.

**C.      Clinical Trial Design**

The "design" of a clinical trial refers to the incorporation and arrangement of the many design "features" and design "elements" that comprise a clinical trial.  Each element is specified and described in a document known as a *clinical trial protocol*.

The clinical trial protocol is a written document that provides background information about the proposed research study.  The protocol provides a common set of instructions for each clinical trial participant and/or stakeholder to follow and it specifies the data to be collected, as well as how such data should be acquired and formatted.  The clinical trial protocol describes in significant detail how the clinical trial will be carried out, the role each participant and/or stakeholder is expected to play, what data is important for collection, and how the accumulated clinical trial data will be analyzed.

Described below are a number of design "elements" (also referred to by some as design "features") found in most clinical trial protocols.

**1.      Objectives**

The objectives of the proposed clinical study are among the most important of the design elements found in a protocol.  They are the written statements of the primary (and, frequently, secondary) purposes of the clinical trial, and it is these study objectives that define the scope of the clinical trial and the breadth and depth of the clinical trial-related activities to be carried out by each study participant.

### 2. Endpoints

Endpoints, also referred to as "efficacy variables" and "safety variables," determine the specific data related to the study outcomes, and they are generally rigorously collected. In cancer clinical trials involving medications, endpoints can include objective response rates ( ORR), time to disease progression (TTP), or progression-free survival (PFS), each of which is a measures of the length of time from treatment until there is growth or progression of the tumor, and/or overall survival (OS), which is a measure of the length of time an enrolled patient remains alive after treatment assignment and initial study drug administration.

Another endpoint that is used in cancer clinical trials when a drug is being investigated is known as disease-free survival (DFS), which is similar in concept to TTP and PFS. DFS is a measure of the time that patients are "free of" recurrent cancer. Drugs that can increase DFS are considered very desirable. DFS represents an attractive endpoint to use in clinical trials of cancer drugs where the median DFS of patients receiving the drug is compared to the median DFS of patients not receiving the drug. This comparison, frequently put into the form of a ratio (risk of recurrence on any day for those surviving in the treated group divided by the corresponding risk of recurrence for the surviving patients in the control group), is known as the "*hazard ratio*." The hazard ratio and its importance is discussed in further detail below.

In general, the definition of each clinical trial endpoint should be rigorous and unambiguous. Moreover, it is preferable that the endpoint can be objectively assessed. Additionally, it is helpful for the endpoint to be represented by a number that measures the endpoint on a continuous—or over time—basis, rather that at one specific point in time.

## D. Clinical Trial Analysis & Results

### 1. Analysis

It is important in the analysis of clinical trial data to use data from every patient, even though one or more patients may not have fully completed each required treatment and evaluation in the trial. This is referred to as the "intent-to-treat" (ITT) principle. That

said, it is often the case in the analysis of clinical trial data that other subgroups of patients
are analyzed as well.

When analyzing the results of a clinical trial, it is critical to analyze the datasets specified
in the protocol and to do so in the manner specified in the protocol.  This applies to
efficacy data as well as to safety data.  For studies that are intended to support registration
of a product through the FDA (or another international drug regulatory agency), it is
commonplace for the FDA to review the sponsor's planned use of test statistics, as
described in the statistical analytic plan (SAP).

### 2.      Results

How clinical trial outcomes or endpoints are measured varies depending on what disease
or condition is being treated.  In cancer trials, the most important and most objective
endpoint is often survival time, typically measured as the time from randomization until
death or the last date of contact.  Methods used to analyze time to death can be used to
analyze other time to event endpoints, such as the time to disease recurrence or time to
disease progression (i.e., disease-free survival (DFS) and time to progression (TTP).
These endpoints are often also assessed by examining effect size and its associated
statistical significance.

An important result arising from a clinical trial is the *effect size*.  Effect size may be
summarized in a useful numerical value referred to as the *hazard ratio* for event-based
clinical data.  The hazard ratio (HR) is the risk of recurrence on any day for those
surviving in the investigational therapy group divided by the risk of recurrence on any day
for those surviving in the control group.

Thus, a hazard ratio of 1.0 indicates that there is no difference in survival rates of the two
groups in a controlled trial.  A hazard ratio of 1.2 indicates that that the therapy for the
control group is superior to the investigational therapy, and such a result would indicate an
extremely poor outcome for the investigational drug.  Alternatively, a hazard ratio of 0.8
indicates that DFS in the experimental group is greater than that of the control group.
Such a finding would be considered encouraging, and possibly positive depending on the

value of the associated statistical significance level (that is, the *p-value*, discussed below). A hazard ratio of 0.67 reveals that the investigational therapy has an even greater benefit than that for a hazard ratio of 0.8.  Stated differently, the lower the hazard ratio, the greater the size of the effect.

The statistical significance level, numerically quantified in the form of a *p-value*, is a commonly cited and also quite an important measure of a clinical trial's success.  A p-value of 0.05 has been chosen as the value that represents *nominal* significance.  P-values higher than 0.05 are generally considered to be non-significant, whereas p-values lower than 0.05 are considered to be statistically significant, and p-values below 0.01 are considered to be *highly* statistically significant.

Thus, both the magnitude of effect (HR) and the statistical significance (p-value) are important to understanding the results of a clinical trial.

## IV.    COMMON CLINICAL TRIAL DISCLOSURE PRACTICES IN THE BIOTECHNOLOGY INDUSTRY

When the results of a clinical trial become available, the sponsor of the clinical trial customarily will disclose those results.  While a variety of means exist for disclosing clinical trial results, sponsors most commonly disclose clinical trial results through press releases, by presentation at scientific conferences, and/or through publication in medical journals.

Many clinical trials are sponsored by pharmaceutical and biotechnology companies, and many of these companies are supported by investments from the public.  Such "public investors" have invested money in these companies to both support the work of discovering and developing new and novel medications, as well as to realize a financial return.  The results of one or more clinical trials can impact, sometimes significantly, the financial prospects of one or more of these companies.

Accordingly, it is common for public company sponsors to promptly disclose basic information about the success (or failure) of a clinical trial to investors once the initial or "top-line" results are available.  This top-line disclosure is typically made through a press

release.  If the clinical trial has been successful, the sponsor is highly motivated to present the full clinical trial results in one of many prestigious scientific or medical conferences. These disclosure practices are described in more detail below.

## A.      Press Releases

Announcements of top-line results from clinical trials are commonplace in the pharmaceutical industry.  Results are most commonly disclosed through press releases, teleconferences, and filings required by the U.S. Securities and Exchange Commission ("SEC"), such as the Form 8-K.

While such top-line press releases vary slightly in detail depending on the status of the trial and the timing of the full presentation of results, the most important piece of the top-line disclosure is whether the trial hit its primary endpoint.  This is the critical measure of a Phase 3 clinical trial's success and the most relevant piece of information to assessing whether a drug may be approved by the FDA and, relatedly, commercialized for sale in the U.S. market.  If a clinical trial does not meet its primary endpoint, FDA approval will be nearly impossible.

In addition to providing important information to investors, a company disclosing top-line clinical results must also balance the needs of other (sometimes competing) stakeholders. First, are the professional societies, discussed in more detail below.  Top-line announcements must comply with confidentiality restrictions imposed by medical and scientific conferences at which the data might later be presented.  The professional societies that run these conferences are unlikely to accept an abstract for presentation at a major conference where the relevant clinical trial results have already been disclosed in large part.  Such presentations are highly desirable and sponsors are highly motivated to preserve the possibility of presenting in a plenary or oral session by not disclosing too much information regarding the clinical trial results ahead of the conference.  It is also important to note that there may be some time (weeks to months, usually) in between the initial disclosure of top-line results in a company's press release, and the study's fuller presentation at a scientific meeting.

Second, regulatory authorities such as the FDA can and likely will carefully vet what has been disclosed about a drug by the company, and there may be consequences for a drug sponsor if the company's public statements about the results differ from the results obtained by the FDA in its own analysis of the same datasets.  If the results reported by a company weeks or months prior to the FDA's independent analysis indicate that the company overstated or misstated the clinical trial results, this can jeopardize the FDA's review of the drug.  The FDA also has the ability to refer matters to the SEC for review.

As a result, a public company drug sponsor reporting top-line results of an important clinical trial must carefully balance its need to report and summarize the most relevant information about the success of the trial, with the company's (and its stockholders') interests in preserving the ability to present at a major medical or scientific conference and maintaining goodwill with the FDA in the approval process.  This careful balance requires judgment on the part of the company sponsoring the trial.

Because the individual circumstances of each company, each drug candidate, and each clinical trial differ, there is variation in the specific types of information reflected in press releases by pharmaceutical and biotechnology companies about the results of any particular clinical trial.  Such variation does not in any way mean, imply, suggest, or indicate that a company is "hiding" something or trying to keep something suppressed when a press release about recent clinical trial results contains little outcomes information.

**B.    Presentation of Clinical Trial Results**

Public company sponsors of successful clinical trials often present the full details about a positive clinical trial in a medical or scientific conference related to the clinical specialty or subspecialty in which the clinical trial was conducted.  Such conferences tend to be an annual event, usually around the same time of year, and, they frequently rotate among a small number of cities such as Atlanta, Orlando, and Chicago.

Within the professional discipline of medical oncology, four organizations stand out in terms of size, membership, breadth of subject matter, and the professional concerns that they address:  (1) the American Society of Clinical Oncology (ASCO), (2) the American Society of Hematology (ASH), (3) the American Association for Cancer Research

11

(AACR), all of which are based in the United States, and (4) the European Society for Medical Oncology (ESMO), which is based in Europe.  Numerous other related societies exist, but they are: (1) smaller in size, (2) more circumscribed in clinical and scientific areas of interest, (3) smaller in terms of membership, and (4) potentially geographically restricted.  As a result, smaller societies tend to offer reduced opportunities for professional advancement such as education, practical training, and certification.

### 1.      The Annual ASCO Conference

The American Society of Clinical Oncology (ASCO) is the largest professional association of cancer professionals by membership.  ASCO's own public website states it is the world's leading organization of its kind, representing more than 40,000 oncology professionals who care for people living with cancer.  ASCO's self-described mission is: "Conquering cancer though research, education, and promotion of the highest quality patient care."  ASCO's self-described vision is: "a world where cancer is prevented or cured, and every survivor is healthy."

ASCO offers, though direct sponsorship, or co-sponsorship, a number of scientific events for oncology professionals, patient advocates, industry representatives, and major media outlets worldwide.  In some cases, one or more of ASCO's affiliates will sponsor meetings, and these are identified on the ASCO website.

While ASCO sponsors a large number of meetings and congresses, the most important meeting sponsored by ASCO each year is its Annual Meeting.  At this meeting, the results of a dizzying array of clinical, translational, non-clinical, and basic cancer-related research may be found.  It is the most widely attended of all of ASCO's meetings, and it is also the meeting with the greatest number of research results presented of any cancer-related meeting.  This year, the meeting will be held in Chicago, Illinois, during the time frame June 1-5, 2018.  The Annual Meeting brings together oncology professionals from around the world to discuss state-of-the-art treatment modalities, new therapies, and ongoing controversies in the field.

### 2.      The Submission Process

A formal process exists through which scientists, clinicians, investigators, and others may voluntarily submit a summary of their results to ASCO in the form of an "abstract." Following the submission of an abstract, the information in the abstract is evaluated, and based solely on the submitted information; the abstract may be selected (or rejected) for presentation.  The abstracts are compiled into a volume of the Annual Meeting's "proceedings" and the "abstract book," as it is frequently referred to, containing all of the submitted and accepted abstracts, is made publicly available.  The ASCO membership receives the "abstract book" first, and then it becomes more widely available at the beginning of the ASCO Annual Meeting.  The ASCO "abstract book" is considered a publicly available document.

ASCO provides many instructions to those considering submitting an abstract to its Annual Meeting.  These instructions are referred to as the "Abstract Submission Guidelines" and include information about author eligibility, abstract eligibility, submission requirements, how to determine if the research qualifies as "original" research, the necessity of identifying that the abstract information is related to a clinical trial, the necessity of identification of the funding source, abstract format, specific requirements for abstract titles, author and coauthor identification, restrictions for presenting authors, selection of topic category and topic subcategory, and how to pay the submission fee.

In addition, there is information about special responsibilities incumbent on the author of each abstract, including, among other items, mandatory agreement to the confidentiality policy, verification of institutional review board (IRB) approval for each clinical trial to be presented, verification that all coauthors are aware of the contents of the abstract and support its data, mandatory agreement, on behalf of all coauthors, that the copyright will be transferred to ASCO, mandatory adherence to ASCO's "Policy For Relationships With Companies," acquisition of disclosure information from all coauthors using the appropriate disclosure forms, compliance with ASCO's conflict of interest management decisions (including the potential for slide review prior to presentation), and assurance that all coauthors meet the definition of authorship according to the International Committee of Medical Journal Editors.

While only one of many requirements, compliance with the ASCO confidentiality policy must be taken seriously.  This policy places restrictions on the use of the information in the abstracts.  Specifically, the ASCO confidentiality policy precludes public disclosure, publication, or presentation of any of the information in the abstract.  The penalty for violation of this policy makes the particular abstract subject to rejection or removal from the ASCO meeting.  To maximize the chances that an abstract will be selected for a highly coveted plenary or oral presentation spot (more on this below), a clinical trial sponsor is well advised to ensure that any information that is expected to be highlighted in a future abstract intended for submission to ASCO remains confidential.   Indeed, ASCO vigorously enforces its confidentiality policy.  As but one example of this, in 2016 ASCO cancelled a planned presentation by Immunomedics of its breast cancer drug (IMMU-132) because the company had released previously confidential information intended for the presentation.  Among other data, Immunomedics disclosed information regarding patients' response rate and progression-free survival, resulting in disqualification from presenting this same data at ASCO.[1]

The process by which abstracts are evaluated for inclusion in the ASCO Annual Meeting for 2018 is described by ASCO on its website:

- **ASCO Focuses on the Quality of the Submitted Abstract** - Abstracts of superior quality will be selected by the ASCO Scientific Program Committee for presentation at the ASCO Annual Meeting and for publication in the *ASCO Annual Meeting Proceedings*, a supplement to the *Journal of Clinical Oncology*.

- **ASCO Notifies each First Author about its Decision -** In March, each first author will receive a letter of notification via email from the ASCO Scientific Program Committee regarding its decision on the abstract.  It is the first author's responsibility to share this information with all coauthors and study sponsors.

---

[1] Adam Feuerstein, *Immunomedics Kicked Out of Prestigious ASCO Cancer Conference*, The Street (June 3, 2016), https://www.thestreet.com/story/13594991/1/immunomedics-kicked-out-of-prestigious-asco-cancer-conference.html.

Abstracts are evaluated by the ASCO Scientific Program Committee and evaluated on the following criteria:

- **Strength of Science:** Does the trial address an important and novel question?

- **Trial Design:** Are the eligibility criteria, study endpoints, and planned analysis well defined in this abstract?

- **Collaboration:** Is there potential for investigator collaboration?

- **Relevance:** Will the results be relevant and of interest to ASCO Annual Meeting community?

- **Requirements:**

  o The trial must be registered, open, and enrolling patients; and

  o The abstract does not contain preliminary data or results.

Abstract submissions are considered for all types of presentation and, as such, authors are not permitted to state a preference for presentation type at the time of submission. Abstracts are judged solely on the data submitted. Each abstract is rigorously scrutinized, including by the "Biostatistics Core," a group of cancer clinical trial-focused biostatisticians who conduct a formal statistical review of all abstracts representing Phase 3 trials. ASCO emphasizes that failure to follow the ASCO biostatistical guidelines will have a negative impact on the grading of the abstract, further diminishing the likelihood of presentation at its Annual Meeting.

### 3.  ASCO Presentation Formats

The following types of presentations may be found at the ASCO Annual Meeting, and it is the Scientific Program Committee that makes the determination of which type of presentation each abstract will be offered.

#### a.  Plenary Sessions

The ASCO plenary sessions comprise a number of research presentations which are deemed to represent the "best" science out of all the abstracts that were submitted for

presentation at that year's ASCO Annual Meeting.  Each ASCO Annual Meeting has several plenary sessions and during these plenary sessions, there are no other important scientific presentations, symposia, concurrent sessions, poster discussions, or poster presentations running at the same time.  The idea is that the plenary sessions, when the most important research outcomes will be presented, are of sufficient import that all ASCO Annual Meeting attendees should be available to attend them.  The plenary sessions are among the most heavily attended sessions at the ASCO Annual Meeting.

### b.      Oral Abstract Sessions

In addition to the plenary session, there are a small number of oral abstract sessions.  These sessions routinely attract hundreds of attendees and offer a sponsoring company significant exposure to the ASCO annual meeting attendees.  This presentation format comprises several (~6 to 8) 12-minute presentations of abstracts representing important clinical and translational research findings by topic category.  Presenters are allotted 12 minutes to deliver their remarks, and 3 minutes are reserved for questions.  There is a slide presentation that accompanies the oral delivery of the scientific / clinical work, and the session is overseen by one or more study "moderators" who (1) ensure that presenters are kept within their time limits, (2) determine the order of the questions from the audience, and (3) pose questions of their own to each speaker.  Each presenter speaks from a podium, frequently using a laser pointer when referring to, or illuminating, specific data and points in the presentation slides.  The audience is (mostly) seated in a single room, and those with questions are expected to stand at a microphone, state their name and academic/corporate affiliation, and then pose their question to the presenter.  There is both an audio and a video recording of the entire session at the conference that remains available in a permanent electronic archive.

### c.      Clinical Science Symposia

Clinical Science Symposia provide foundational education on a specific topic combined with the presentation and discussion of relevant abstracts.  Novel science is put into appropriate context, including assessment of applicability to clinical practice and the need for further research.  Presenting authors should use PowerPoint slides to accompany their

16

12-minute oral presentation.  All speakers will participate in a question-and-answer panel
in the session. The duration of this session type is 90 minutes (1½ hours).

### d.      Poster Sessions

A poster is a sheet of laminated paper that contains the most important results of a
particular clinical study, or scientific investigation. Posters are displayed at a scientific
conference during a several-hour session along with dozens or hundreds of other posters.
There are standard sizes for posters, typically 4 feet high by 8 feet wide (precisely 120 cm
[47 inches] high by 240 cm [95 inches] wide), and they are attached by thumbtacks to a
vertical poster display board, whose bottom edge is about 4 feet off the ground, and which
is supported by sturdy metal legs.  The poster is supposed to be placed on its display board
at the beginning of the assigned session (date and time) and it is supposed to remain
displayed the entire duration of the session, about 3 to 4 hours.

One or more of the study authors usually stands nearby or adjacent to their poster and are
available to answer questions from meeting attendees reading their poster.  There is no
formal presentation made by any poster author, there is no lectern or podium, and there are
no presentation slides.  There is no formal audience, and there is no predetermined time
limit during which the poster contents must be presented.  Interactions between poster
authors and meeting attendees is far less formal than with an oral presentation.  There is
no video or audio recording of the poster presentation; however, the poster may be
archived by the professional society organizing the conference for future reference by the
public.

### e.      Poster Discussion Sessions

Each track-based Poster Discussion Session is 75 minutes in length and will highlight 12
abstracts from the Poster Session held earlier in the day.  Four invited discussants will each
provide a 12-minute discussion placing the selected abstracts in context, with a focus on
how the findings apply to clinical practice and future research.  These four 12-minute
discussions will be followed by a 6-minute question-and-answer panel involving the session

chair, discussant, and poster presenters.  At the conclusion of the formal session, the audience is invited to network with the panelists to discuss details about individual work.

\*        \*        \*

The meeting sponsor typically makes publicly available, weeks ahead of the meeting, all of the abstracts that were accepted, each of which represents a summary of the key points for each poster or oral presentation scheduled for the upcoming meeting.  These abstracts are principally intended for the meeting attendees, many of whom are clinical practitioners, to determine which posters and oral presentations they wish to attend at the upcoming meeting.  However, it is likely that other audiences also receive copies of the abstracts as well.  Two groups with an interest in obtaining these abstracts are professional investors and equity analysts.

## C.        Interpretation of Clinical Trial Results

Following the presentation of complete clinical trial data at ASCO or another scientific conference, it is not uncommon to find disagreement among practitioners and key opinion leaders (KOLs) regarding the significance of the clinical trial's findings, their implications for patient care, where they might fit into the practice of medicine informally, and where they may find more formal placement into current practice management guidelines.

In many instances, movement in stock prices for oncology-focused drug companies can be observed to change more than usual going into, during, and following the ASCO Annual Meeting.  Stated another way, the cancer-focused nature of the ASCO Annual Meeting tends to increase the volatility of shares in small cancer drug-focused pharmaceutical and biotechnology companies.

While the results of one or more clinical trials for a new drug can demonstrate efficacy and thus possible clinical utility, the significance of this utility is often a matter of debate among clinical thought leaders, with some seeing no advantage over existing standard of care, and others seeing a significant advance.  Hence, a uniform view (or, even a strong consensus) about how the clinical trial results impact the standard practice of medicine,

18

and how such results should be integrated into standard practice, may be difficult to
achieve.


## V. PUMA'S JULY 22, 2014 DISCLOSURE PROVIDED INFORMATION THAT IS TYPICAL AND IN LINE WITH INDUSTRY STANDARDS

Puma's disclosure of top-line results on July 22, 2014 provided investors (and other
stakeholders) with the information expected—namely, whether the ExteNET trial had hit
its primary endpoint and, in turn, whether it could form the basis for a New Drug
Application ("NDA") seeking FDA approval.  It is my opinion, based on my experience in
the industry and my review of comparable public disclosures, that Puma's disclosures in
the July 22, 2014 press release ("Puma Press Release") (**Attachment 1**) were in-line with
typical industry practices for disclosure of such top-line clinical trial results.


### A. Puma's July 22, 2014 Press Release Provided the Most Relevant Information Regarding the Success of the ExteNET Trial

Puma's Press Release about the results of the ExteNET clinical trial accurately and
precisely described the most important primary outcome measures of the ExteNET trial—
and the most important event in Puma's corporate history up to that point in time.
Sophisticated investors would have understood that additional, detailed information would
come later, in connection with presentation of the full clinical trial results at ASCO.

From the title down to the concluding paragraph, the Puma Press Release conformed with
industry norms for similar disclosures.

> **Title.**  Puma accurately identified the narrow adjuvant (i.e., post-surgery) breast
> cancer setting in which the ExteNET trial demonstrated a statistically and
> clinically significant outcome.
>
> The term "Phase 3" is also critical.  Biotechnology investors and analysts are
> knowledgeable and sufficiently statistically grounded to understand that the results
> being described in this press release emanate from a controlled trial, with

concurrent enrollment occurring on each study arm.  This type of study design was expressly chosen to accurately evaluate the safety and efficacy of neratinib against the control therapy (in this case, placebo) with as much statistical validity as possible.

Because ExteNET was a Phase 3 trial, its complete results would have the potential to provide the FDA (or another regulatory authority) the information it would need to render an approval (or non-approval) decision.

**Headline.**  The headline identifies the specific improvement in outcome conferred by neratinib in the ExteNET trial, where Puma states that it is "Disease Free Survival."  It is important to note that Puma did not reveal the secondary endpoints of the trial.  Rather, Puma responsibly focused only on achievement of the primary endpoint, *and the primary outcome measures for the primary endpoint—namely, the hazard ratio and p-values*.  The particular p-value of 0.05 (discussed above), is sometimes referred to as representing "nominal significance" and tends to be viewed by statisticians and drug regulatory authorities (at least) as persuasive evidence of the positive outcome of a clinical trial, because it likely represents an outcome that did not occur on the basis of random events.

**Subheadline** (Company's Plans).  The next line of text, the subheadline, carefully notes two important plans of the company that are provided for the benefit of financial analysts and members of the investing community:

- Puma intends to obtain approval for marketing and distribution of neratinib from one or more drug regulatory authorities.  This signals that Puma believes the ExteNET clinical trial results were favorable, and sufficient to potentially support approval by the FDA.  The FDA is generally viewed as an impartial, data-driven, and rigorous evaluator of companies' clinical trial data, particularly in the context of an application for approval of a new drug.

20

- Puma also notes that it will take a substantial amount of time to submit the approval package to the FDA to get neratinib on the market.

**Lead Paragraph.**  The term "top line" is reiterated in the lead paragraph and doing so reaffirms, without equivocation, that only a very small fraction of the results from the ExteNET trial is described in the Puma Press Release.

Puma also accurately describes the population studied in the ExteNET trial (and, by inference, the breast cancer population documented to benefit from neratinib therapy in the 'extended adjuvant' setting of breast cancer following surgical resection and Herceptin-based adjuvant therapy), namely 'early stage HER2-positive' disease.  This clarification is meant to avoid overstating the potential market for the drug and omits groups of breast cancer patients such as patients in long-term remission, patients who have metastatic disease, and patients with non-HER2 (+) disease, including those patients with triple-negative breast cancer.

**Second Paragraph.**  Puma provides further details about the ExteNET trial that should be readily understood by members of the financial community and other stakeholders:  (1) the size of the study (2,821 patients), and (2) the geographical breadth of the trial (41 countries), each of which offers further support that the outcomes described are valid, independent of geographic location, and globally applicable.  Additional details about the ExteNET trial that would interest stakeholders are also included:

- Patients treated with neratinib were treated for one year (as opposed to a few months) which is a treatment duration that is more commonly encountered in breast cancer clinical trials, yet much less than the ~five-year duration of therapy for endocrine therapy in the (conventional) adjuvant setting; and

- Patients were followed for an additional two years after the one year of being on neratinib, indicating that the DFS-improving effect of

neratinib on women receiving therapy after the standard Herceptin-
containing regimen(s) is *durable*.

- It was not only a delay in recurrence of breast cancer that the ExteNET
  study considered as a clinically meaningful endpoint, but also the
  emergence of ductal carcinoma in situ (abbreviated 'DCIS' and which
  is a type of pre-cancerous breast lesion) and/or death This is important
  because breast cancer patients and their oncologists, as well as
  members of the financial community, would be expected to find all
  three of these outcomes of interest.

**Third Paragraph.**  The phrase "33% improvement in disease free survival versus
placebo" refers to the effect size as reflected in the hazard ratio, 0.67.  This
represents a significant clinical benefit, as the FDA's ultimate approval confirms.
As discussed above, the hazard ratio is a pre-specified measurement of the size of
neratinib's effect on disease-free survival.  Experienced biotechnology-focused
investors often view the hazard ratio as a sort of shorthand approach to
understanding clinical trial outcomes.  This paragraph also expands on the sub-
headline regarding FDA approval.  It informed competitors and investors that
Puma would seek regulatory approval for neratinib in the novel setting of
'extended adjuvant' therapy, and that the NDA submission timing was targeted for
the first six months of 2015.  The planned submission of an NDA is a significant
event in the life cycle of a development-stage, pre-commercial biotechnology
company.

**Concluding Paragraph.**  Mr. Auerbach's statement about neratinib being a
HER2-targeted drug that has demonstrated benefit in the 'extended adjuvant'
setting is fully and precisely correct, and his assertion is supported by a positive
clinical trial enrolling over 2,800 early breast cancer patients.

Puma also made clear in its press release that these were not the full ExteNET trial
results, which would be presented in the future at an upcoming scientific or
medical conference.

22

B.     **Puma's Disclosure Is Comparable to Other Biotechnology Companies,
       Including Those Focused on Oncology Drug Development**

The Puma Press Release comfortably fits within what is customary and expected of
biotechnology companies—and more specifically, oncology drug companies—regarding
significant clinical trial outcomes.  Included in this Expert Report at **Exhibit A** are
descriptions of press releases that are substantially similar in scope and content to the
Puma Press Release.  I discuss a few notable examples here, but each is worthy of
comparison to Puma's press release.

**Exelixis.**  In July 2015, Exelixis, Inc. announced positive top-line results of its pivotal
Phase 3 METEOR trial.  Exelixis's drug—cabozantinib—is intended to treat a type of
kidney cancer known as renal cell carcinoma (RCC).  Like Puma's July 22, 2014
disclosure of positive top-line results for the ExteNET trial, Exelixis's July 2015 press
release disclosed that the "trial met its primary endpoint of demonstrating a statistically
significant increase in progression-free survival," and that cabozantinib "reduced the risk
of disease progression or death by 42%."[2]  Exelixis also disclosed the hazard ratio (0.58)
and the p-value (p<0.0001) regarding progression-free survival.[3]  According to the press
release, "detailed results of the METEOR trial [were to] be submitted for presentation at
an upcoming medical conference."[4]  Additionally, the company disclosed some
information about its intent to seek regulatory approval of its drug in the RCC setting and
the approximate timing of its anticipated regulatory submissions.  Moreover, the company
provided an opportunity for the public to hear further discussion about the METEOR
study outcome from the company's management on a conference call scheduled for that
same day.[5]

---

[2] Press Release, Exelixis, *Exelixis Announces Positive Top-Line Results from METEOR, the
Phase 3 Pivotal Trial of Cabozantinib versus Everolimus in Patients with Metastatic Renal Cell
Carcinoma* (July 20, 2015), http://ir.exelixis.com/phoenix.zhtml?c=120923&p=irol-
newsArticle&ID=2068953.

[3] *Id.*

[4] *Id.*

[5] S&P Capital IQ, *Exelixis Inc. Special Call* (July 20, 2015).

The results of the METEOR trial were presented on September 26, 2015 at the European
Cancer Conference (ECC) 2015 in Vienna, Austria as a late-breaking abstract.[6]  The ECC
2015 presentation revealed *many more details* about the METEOR study, including the
Kaplan-Meier curves,[7] information about the enrolled population, the balance of patients
on each arm, and the number of progression events, the point estimates, and the median
PFS for each study arm were provided.[8]  Importantly, the hazard ratio, the 95% confidence
interval around the hazard ratio, and the significance level of that hazard ratio, were also
shown.[9]  Another key efficacy outcome was interim results on overall survival (OS).[10]
The safety of cabozantanib was presented at the ECC 2015 conference, as well, and the
type, grade, and incidence of the drug-related adverse events, were also presented.[11]

**Seattle Genetics.**  In September 2014, Seattle Genetics, Inc. announced positive results
from its Phase 3 AETHERA trial, testing the effectiveness of its drug ADCETRIS for the
treatment of Hodgkin lymphoma.  The press release states that the trial "met its primary
endpoint with ADCETRIS treatment, resulting in a statistically significant improvement in
progression-free survival (PFS) *versus* placebo as assessed by an independent central
review committee (hazard ratio=0.57; p-value=0.001), which equates to a 75 percent

---

[6] T. Choueiri et al., *4LBA Cabozantinib Versus Everolimus in Patients with Advanced Renal Cell
Carcinoma: Results of the Randomized Phase 3 METEOR Trial*, 51 European J. Cancer S708
(2015).

[7] *See* European Soc'y for Med. Oncology, *ESMO @ ECC 2015: Cabozantinib Out-Performs
Everolimus in Advanced Renal Cell Carcinoma* (Sept. 26, 2015), http://www.esmo.
org/Conferences/Past-Conferences/European-Cancer-Congress-2015/News/Cabozantinib-Out-
Performs-Everolimus-in-Advanced-Renal-Cell-Carcinoma (containing curves from presenter).

[8] T. Choueiri et al., *4LBA Cabozantinib Versus Everolimus in Patients with Advanced Renal Cell
Carcinoma: Results of the Randomized Phase 3 METEOR Trial*, 51 European J. Cancer S708
(2015).

[9] *Id.*

[10] *Id.*

[11] European Soc'y for Med. Oncology, *ESMO @ ECC 2015: Cabozantinib Out-Performs
Everolimus in Advanced Renal Cell Carcinoma* (Sept. 26 2015), http://www.esmo.
org/Conferences/Past-Conferences/European-Cancer-Congress-2015/News/Cabozantinib-Out-
Performs-Everolimus-in-Advanced-Renal-Cell-Carcinoma.

improvement in PFS."[12]  The announcement stated that the safety profile of ADCETRIS in the trial was "generally consistent" with the existing prescribing information.[13]  It also noted that the company intended to subsequently present the data at the American Society of Hematology (ASH) annual meeting in the coming December.[14]

Notably, just like Puma, Seattle Genetics first disclosed substantial *additional* information about the AETHERA trial at the ASH 2014 meeting, including the Kaplan-Meier curves for PFS (which show the point estimates for both the medians as well as the two-year progression-free survival rates), the hazard ratios for both centrally- and locally-determined PFS, the outcome by subgroups such as age, gender, and performance status (which themselves included point estimates as well as confidence intervals), as well as the type, grade, and frequency of an array of adverse events.[15]  In parallel to the presentation of Puma about neratinib, the type, grade, and frequency of adverse events are compared to the placebo arm, providing some of the most reliable safety information about the drug that is available.[16]

**Eli Lilly & Company.**  In September 2014, Eli Lilly reported that the Phase 3 results of the RAISE trial of ramucirumab for patients with metastatic colorectal cancer showed a positive result,  specifically noting that ramucirumab "showed a statistically significant

---

[12] Press Release, Seattle Genetics, Inc., *Seattle Genetics and Takeda Announce Positive Data from Phase 3 AETHERA Clinical Trial of ADCETRIS® (Brentuximab Vedotin) for Consolidation in Post-Transplant Hodgkin Lymphoma* (Sept. 29, 2014), http://investor.seattlegenetics.com/phoenix.zhtml?c=124860&p=irol-newsArticle&ID=1971668.

[13] *Id.*

[14] *Id.*

[15] Craig H. Moskowitz et al., *Presentation at the 56th ASH Annual Meeting: The AETHERA Trial: Results of a Randomized, Double-Blind, Placebo-Controlled Phase 3 Study of Brentuximab Vedotin in the Treatment of Patients at Risk of Hodgkin Lymphoma Progression Following Autologous Stem Cell Transplant* (Dec. 2014), http://www.researchtopractice.com/sites/default/files/5mjc/5MJCASH2015/1/1/pdf/5MJCASH2015_1-Moskowitz673.pdf#page=8.

[16] Press Release, Seattle Genetics, Inc., *Seattle Genetics and Takeda Report Phase 3 AETHERA Clinical Trial Data from ADCETRIS® (Brentuximab Vedotin) in Post-Transplant Hodgkin Lymphoma Patients at Risk of Relapse at ASH Annual Meeting*, (Dec. 6, 2014), http://investor.seattlegenetics.com/phoenix.zhtml?c=124860&p=irol-newsArticle&ID=1995471.

improvement in overall survival [the primary endpoint of the study] in patients treated with ramucirumab…compared to placebo."[17] The press release also stated generally that there was a statistically significant improvement in progression-free survival, but for both overall survival and progression-free survival  was no quantitative information provided about the RAISE study efficacy outcome.  The announcement also provided modest information about the safety risk of ramucirumab, and it informed readers that the company would present the data at an upcoming scientific conference in 2015.  In addition, the company would seek regulatory approval within a 6-month window in the first half of 2015.[18]

In a similar manner to Puma, Lilly's abstract demonstrates it presented copious outcomes of data from the RAISE study at a scientific conference, the ASCO 2015 Gastrointestinal Cancers Symposium, in January of that year, and the abstract alone confirmed and quantified the claimed RAISE results from its September 2014 press release.  Specifically, the public learned that the study was slightly overenrolled, and that the baseline patient characteristics were similar across the study arms.[19]  Key efficacy results, in the form of point estimates for the median overall survival and progression-free survival, were provided, along with hazard ratios for each, along with the 95% confidence intervals around the hazard ratios, and the significance levels of these outcomes using the chosen tests statistics, were all made available as well.  The public learned that the results were

---

[17] Press Release, Eli Lilly & Co., *Lilly Announces CYRAMZA™ Phase III Second-Line Colorectal Cancer Trial Meets Primary Endpoint of Overall Survival* (Sept. 12, 2014), http://lilly.mediaroom.com/index.php?s=9042&item=137349.

[18] *Id*.

[19] Joseph Tabernero et al., Presentation at the 2015 Gastrointestinal Cancers Symposium: *RAISE: A Randomized, Double-Blind, Multicenter Phase III Study of Irinotecan, Folinic Acid, and 5-Fluorouracil (FOLFIRI) Plus Ramucirumab (RAM) or Placebo (PBO) in Patients (pts) with Metastatic Colorectal Carcinoma (CRC) Progressive During or Following First-Line Combination Therapy with Bevacizumab (bev), Oxaliplatin (ox), and a Fluoropyrimidine (fp)* (Jan. 17, 2015), https://meetinglibrary.asco.org/record/105270/abstract.

robust, a contention supported by Lilly's assertion that "[s]ubgroup results were consistent with the OS and PFS results."[20]

In contrast with the limited information about the safety experience of ramucirumab in the RAISE study in the September 2014 press release, the ASCO GI 2015 presentation abstract revealed that ramucirumab is responsible for elevated rates of neutropenia (low white blood cell count), hypertension, diarrhea, and fatigue that occur at rates above that conferred by the background chemotherapeutic regimen, known as FOLFIRI, but that "no unexpected AEs were identified" and "[b]enefits were similar across important clinical subgroups."[21]

**Celgene.**  In November 2012, Celgene, Inc. announced that a Phase 3 study of ABRAXANE for the treatment of advanced pancreatic cancer met its primary endpoint— showing a statistically significant improvement in overall survival.[22]  Celgene did not disclose the hazard ratio or p-values in this press release, noting that it would submit the results for presentation at ASCO's upcoming Gastrointestinal Cancers Symposium. Additionally, the company noted that the safety profile was "comparable with other ABRAXANE clinical trials in pancreatic cancer" without provide any quantification of the specific types, grades, and incidence rates of the various adverse events.  Celgene indicated its plans for seeking regulatory approval for an indication in pancreatic cancer, and it specified that it had submitted a late-breaking abstract to a scientific conference to which it was, naturally, hoping for an acceptance.

Not until the January 2013 abstract for this symposium became available did Celgene describe the results of overall survival or progression-free survival, and it did so with substantial disclosure including the point estimates and 95% confidence intervals of each arm on each endpoint, as well as the hazard ratio for each endpoint, the 95% confidence

---

[20] *Id.*

[21] *Id.*

[22] Press Release, Celgene Int'l Sarl, *Abraxane Demonstrates Statistically Significant Improvement in Overall Survival for Patients with Advanced Pancreatic Cancer in Phase III Study* (Nov. 9, 2012), http://ir.celgene.com/releasedetail.cfm?releaseid=795473.

interval around the point estimate, and the significance level, as reflected in the p-values for each endpoint.[23]

Only at the 2013 ASCO Gastrointestinal Cancers Symposium did Celgene describe the robustness of the study by showing the many prespecified subgroups that achieved superior survival with the addition of ABRAXANE to standard-of-care gemcitabine. Celgene also provided results in terms of objective response rates, and safety received substantial attention with the identification, grade, and incidence of hematologic, non-hematologic, and neurologic toxicities attributable to ABRAXANE. Notably, the abstract does not include the Kaplan-Meier curves, which were included in the full presentation materials, as is customary.[24]

**ArQule.** In July 2012, ArQule, Inc. announced that a clinical trial for its drug candidate—tivantinib, a treatment for liver cancer—met its primary endpoint. In particular, the press release announced a "statistically significant 56 percent improvement in time-to-progression (TTP)" – the primary endpoint – "in the intent-to-treat (ITT) population" in a randomized, controlled Phase 2 clinical trial in previously treated patients with hepatocellular carcinoma (HCC) (hazard ratio = 0.64; log rank p-value = 0.04)."[25] ArQule did not announce the specific differences in time-to-progression data between the treatment and placebo arms, much as Puma did not disclose the specific DFS rates at 2-years +/- 28 days for the treatment and placebo arms of the ExteNET trial. These details were only revealed later in ArQule's ASCO abstract, along with specific adverse event rates, although in the press release, the firm noted that higher doses of its drug were

---

[23] Daniel D. von Hoff et al., *Randomized Phase III Study of Weekly nab-Paclitaxel Plus Gemcitabine Versus Gemcitabine Alone in Patients with Metastatic Adenocarcinoma of the Pancreas (MPACT)*, 31 J. Clinical Oncology (ASCO Meeting Library, Abstract 80415) (Jan. 25, 2013), https://meetinglibrary.asco.org/record/80415/abstract (abstract).

[24] *Id.* (presentation slides).

[25] Press Release, ArQule, Inc., *ArQule Announces Tivantinib Meets Primary Endpoint, Significantly Extending Time to Progression in Phase 2 Trial in Second-Line Hepatocellular Carcinoma*, (Jan. 17, 2012), http://investors.arqule.com/news-releases/news-release-details/arqule-announces-tivantinib-meets-primary-endpoint-significantly.

associated with higher rates of adverse events, and that dose reduction appeared successful in mitigating against some toxicity.[26]

The study results presented at ASCO 2012 on behalf of ArQule showed that the study enrolled mostly international patients with reasonably balanced clinical and laboratory characteristics, and that dose reduction and study discontinuation as a result of adverse events was a prominent feature of tivantinib therapy in this study.[27]  A number of Kaplan-Meier curves were shown during the ASCO 2012 presentation, and the set of KM curves for time-to-progression also included the number of events upon which the curves are based, as well as the point estimates for TTP on each arm.[28]  The presenter also showed that there was little to no difference in overall survival between the treated and control groups, but that the cell marker, c-met, appears to possess prognostic significance with various study outcomes related to the intensity of c-met expression.  The safety profile of tivantinib as reflected in the type, grade, and frequency of adverse events is informatively presented, and the study outcome by biological or prognostic subgroup revealed mixed results.[29]

In sum, the common and key elements comparable press releases in the pharmaceutical and biotechnology industries include disclosure of:  the primary endpoint of the study and the effect of the drug on the primary endpoint, such as the percentage in reduction in the risk of death, including the hazard ratio, p-value(s), and confidence intervals.  Other information commonly incorporated in pharmaceutical and biotechnology company press releases about clinical trial results includes cursory information about the safety risk the drug may pose, selected information about the study design, possible plans for submission

---

[26] Lorenza Rimassa et al., *Tivantinib (ARQ 197) Versus Placebo in Patients (Pts) with Hepatocellular Carcinoma (HCC) Who Failed One Systemic Therapy: Results of a Randomized Controlled Phase II Trial (RCT)*, 30 J. Clinical Oncology 4006 (ASCO Meeting Library, Abstract 69882) (June 2, 2012), https://meetinglibrary. asco.org/records/69882/abstract.

[27] *Id.* (presentation slides).

[28] *Id.*

[29] *Id.*

of an application to regulatory authorities for permission to market the drug, and an announcement of a follow-up teleconference.

It is my opinion that Puma comprehensively and dutifully complied with these industry norms, and that its July 22, 2014 announcement was commensurate with the industry practice of disclosing only limited top-line results to the public.

## VI.   PUMA'S JANUARY 2015 OFFERING WAS IN LINE WITH BIOTECHNOLOGY INDUSTRY PRACTICES

Development-stage biotechnology companies, such as Puma, do not have revenue because they do not have an approved product being sold on the market.  Because they need to raise money to support their research and development activities, such companies will periodically raise money through a public stock offering.

While there are many factors such companies and their advisors consider when deciding on the appropriate timing for an offering (on which I offer no opinion), it is well known that such companies often raise capital following the announcement of positive news, including the announcement of a successful clinical trial.  Selected examples of this practice are provided in **Exhibit B**.

## ATTACHMENT 1
## TO REPORT OF DR. GREGORY FRYKMAN

Exhibit 99.2



## News Release

**Puma Biotechnology Announces Positive Top Line Results from Phase III PB272 Trial in Adjuvant Breast Cancer (ExteNET Trial)**

*Neratinib Achieves Statistically Significant Improvement in Disease Free Survival*

*Company Plans to File for Regulatory Approval in First Half of 2015*

**LOS ANGELES, Calif., July 22, 2014** – Puma Biotechnology, Inc. (NYSE: PBYI), a development stage biopharmaceutical company, announced top line results from the Phase III clinical trial of Puma's investigational drug PB272 (neratinib) for the extended adjuvant treatment of breast cancer (ExteNET Trial). The ExteNET trial is a double-blind, placebo-controlled, Phase III trial of neratinib versus placebo after adjuvant treatment with trastuzumab (Herceptin) in women with early stage HER2-positive breast cancer.

More specifically, the ExteNET trial enrolled 2,821 patients in 41 countries with early-stage HER2-positive breast cancer who had undergone surgery and adjuvant treatment with trastuzumab. After completion of adjuvant treatment with trastuzumab, patients were randomized to receive extended adjuvant treatment with either neratinib or placebo for a period of one year. Patients were then followed for recurrent disease, ductal carcinoma in situ (DCIS), or death for a period of two years after randomization in the trial.

The primary endpoint of the trial was disease free survival (DFS). The results of the trial demonstrated that treatment with neratinib resulted in a 33% improvement in disease free survival versus placebo. The hazard ratio was determined to be 0.67 which was statistically significant with a p-value of 0.0046. The secondary endpoint of the trial was disease free survival including ductal carcinoma in situ (DFS-DCIS). The results of the trial demonstrated that treatment with neratinib resulted in a 37% improvement in disease free survival including ductal carcinoma in situ versus placebo. The hazard ratio was determined to be 0.63 which was statistically significant with a p-value of 0.0009. Based on these results from the ExteNET study, Puma plans to file for regulatory approval of neratinib in the extended adjuvant setting in the first half of 2015.

Full results of the ExteNET trial for PB272 will be presented at a future scientific meeting

"We are very pleased with the results of the ExteNET trial with neratinib. This represents the first trial with a HER2 targeted agent that has shown a statistically significant benefit in the extended adjuvant setting, which we believe provides a meaningful point of differentiation for neratinib in the treatment of HER2 positive breast cancer," said Alan H. Auerbach, Chief Executive Officer and President. "While the use of trastuzumab in the adjuvant setting has led to a reduction in disease recurrence in patients with early stage HER2-positive breast cancer, there remains an unmet clinical need for further improvement in outcome in order to attempt to further reduce this risk of recurrence. The results of the ExteNET study demonstrate that we may be able to provide this type of improvement with neratinib to further help the patients with this disease."

### Conference Call and Webcast

The Company will host a conference call to discuss the ExteNET trial results, as well as the amendment to the license agreement for neratinib, at 2:00 p.m. PDT (5:00 p.m. EDT) on Tuesday, July 22, 2014. The conference call may be accessed by dialing 1-877-709-8150 for domestic callers and 1-201-689-8354 for international callers. Please specify to the operator that you would like to join the "Puma Biotechnology Update Call." The conference call will also be webcast live and accessible through the Investor Relations section of Puma's website at http://www.pumabiotechnology.com/ir_events.html and will be archived there for 30 days following the call. Please visit Puma's website several minutes prior to the start of the broadcast to ensure adequate time for any software download that may be necessary.

**About Puma Biotechnology**

Puma Biotechnology, Inc. is a development stage biopharmaceutical company that acquires and develops innovative products for the treatment of various forms of cancer. The Company focuses on in-licensing drug candidates that are undergoing or have already completed initial clinical testing for the treatment of cancer and then seeks to further develop those drug candidates for commercial use. The Company is initially focused on the development of PB272 (oral neratinib), a potent irreversible tyrosine kinase inhibitor, for the treatment of patients with HER2-positive breast cancer and patients with non-small cell lung cancer, breast cancer and other solid tumors that have a HER2 mutation.

Further information about Puma Biotechnology can be found at www.pumabiotechnology.com.

**Forward-Looking Statements:**

This press release contains forward-looking statements, including statements regarding anticipated timing for the presentation of data relative to clinical trials and plans to file for regulatory approval. All forward-looking statements included in this press release involve risks and uncertainties that could cause the Company's actual results to differ materially from the anticipated results and expectations expressed in these forward-looking statements. These statements are based on current expectations, forecasts and assumptions, and actual outcomes and results could differ materially from these statements due to a number of factors, which include, but are not limited to, the fact that the Company has no product revenue and no products approved for marketing; the Company's dependence on PB272, which is still under development and may never receive regulatory approval; the challenges associated with conducting and enrolling clinical trials; the risk that the results of clinical trials may not support the Company's drug candidate claims; even if approved, the risk that physicians and patients may not accept or use the Company's products; the Company's reliance on third parties to conduct its clinical trials and to formulate and manufacture its drug candidates; the Company's dependence on licensed intellectual property; and the other risk factors disclosed in the periodic reports filed by the Company with the Securities and Exchange Commission from time to time, including the Company's Annual Report on Form 10-K for the year ended December 31, 2013. Readers are cautioned not to place undue reliance on these forward-looking statements, which speak only as of the date hereof. The Company assumes no obligation to update these forward-looking statements, except as required by law.

**Contacts:**

Alan H. Auerbach or Mariann Ohanesian, Puma Biotechnology, Inc., +1 424 248 6500
info@pumabiotechnology.com
ir@pumabiotechnology.com

Andreas Marathovouniotis or David Schull, Russo Partners, +1 212 845 4235
andreas.marathis@russopartnersllc.com
david.schull@russopartnersllc.com

*# # # # #*

Confidential

# EXHIBIT A

# Table of Recent Oncological Clinical Trial Results Disclosures for Comparative Analysis

**Legend:**

| 8K: | SEC Form 8K | ASCO GU: | American Society of Clinical Oncology Genitourinary Cancers Symposium | PR: | Press Release |
|---|---|---|---|---|---|
| AACR: | American Association for Cancer Research | HR: | Hazard Ratio | SABCS: | San Antonio Breast Cancer Symposium |
| Abst: | Abstract | NR: | Not Reported | WHO: | World Health Organization |
| AE: | Adverse event | ORR: | Objective Response Rate | $X^o$: | Primary (1)/Secondary (2) |
| ASCO: | American Society of Clinical Oncology | OS: | Overall Survival | ASH: | American Society of Hematology |
| ASCO GI: | American Society of Clinical Oncology Gastrointestinal Cancers Symposium | PFS: | Progression-Free Survival | CI: | Confidence Interval |
| TTP: | Time to (Tumor) Progression | | | | |

| EXHIBIT | Company (Ticker) Announcement Date Product/TradeName (USAN) | Outcomes on Primary and Secondary Efficacy Endpoints (per Referenced Press Release) | Scientific/Medical Meeting Poster/Presentation |
|---|---|---|---|
| 01 | **Novartis (NVS)** November 8, 2017 Kisqali® (ribociclib / LEE011) | $1^o$: PFS →"met"; no quantification<br><br><br>Safety → "No additional safety signal was identified…." | SABCS, Dec. 5-9 2017, (Abstract No: GS2-05) |
| 02 | **Exelixis (EXEL)** October 16, 2017 CABOMETYX™ (cabozantinib) | $1^o$: OS – "…statistically significant and clinically meaningful improvement in median OS compared to placebo…"<br><br>$2^o$: ORR - NR<br><br>$2^o$: PFS - NR<br><br>Safety – "…consistent with the established profile of cabozantinib."<br><br>Some statistical design info in PR:<br>Placebo arm – median OS 8.2 mos<br>621 events needed at 90% power to detect a 32% ↑ in median OS (HR 0.76) at "final" analysis. | ASCO GI Cancer Symposium, Jan. 19, 2018 (Abstract Nos: 156720/155732) |

CONFIDENTIAL

| EXHIBIT | Company (Ticker)<br><br>Announcement Date<br><br>Product/TradeName (USAN) | Outcomes on<br>Primary and Secondary<br>Efficacy Endpoints<br>(per Referenced Press Release) | Scientific/Medical Meeting<br>Poster/Presentation |
|---|---|---|---|
| 03 | **Karyopharm Therapeutics (KPTI)**<br><br>September 20, 2017<br><br>(selinexor/KPT-330) | 1º: PFS → HR 0.60; 40% ↓ risk of death or progression; PFS by ICRR<br><br>"Additional Efficacy Assessments"<br><br>PFS by WHO response criteria: HR 0.84<br><br>Effects on metabolism by PET: results not reported in PR<br><br>PFS per Choi criteria: results not reported in PR<br><br>Safety<br><br>"…expected and manageable safety profile, primarily with nausea, anorexia, and fatigue, low levels of Grade 3/ 4 cytopenias, and no new or unexpected safety signals identified."<br><br>"The majority of treatment-related adverse events (AEs) were low grade and reversible with dose modifications and/or standard supportive care."<br><br>"…the incidence of infections in the selinexor arm (overall 29%,; Grades ≥3, 0%) was less than that reported in the placebo arm (overall 39%; Grade ≥3, 19%)." | Mar. 19, 2018 PR announces 8 posters at upcoming AACR 2018 meeting (Apr. 2018) |
| 04 | **Exelixis (EXEL)**<br><br>July 20, 2015<br><br>CABOMETYX™ (COMTRIQ)<br>(cabozantinib; XL 184) | 1º: PFS (HR 0.58 [95% CI 0.45-0.75]; p<0.0001)<br><br>2º: OS – favorable trend HR 0.67 ([95% CI 0.51- 0.89]; p=0.005)<br><br>2º: ORR - NR | European Cancer Congress, Sept. 26, 2015 (Abstract No: 4LBA) |
| 05 | **Seattle Genetics (SGEN)**<br><br>September 29, 2014<br><br>ADCETRIS®<br>(brentuximab vendotin) | 1º: PFS ↑ 75% (HR 0.57;  p=0.001)<br><br>2º: OS – no reported<br><br>2º: AEs (adverse events) – consistent w/ FDA-approved label<br><br>2º: anti-therapeutic antibodies - not reported | ASH, Dec. 06, 2014 (Abstract No: 673) |

CONFIDENTIAL

| EXHIBIT | Company (Ticker) Announcement Date Product/TradeName (USAN) | Outcomes on Primary and Secondary Efficacy Endpoints (per Referenced Press Release) | Scientific/Medical Meeting Poster/Presentation |
|---|---|---|---|
| 06 | **Lilly (LLY)** September 12, 2014 CYRAMZA™ (ramucirumab) | $1°$: OS - "met its primary endpoint of overall survival and "statistically significant improvement in overall survival" $2°$: PFS - "statistically significant improvement in progression-free survival $2°$: objective response rate – not reported Other $2°$ endpoints not mentioned | ASCO, May 2015 (Abstract No: 8054) |
| 07 | **OxiGENE (OXGN)** March 11, 2014 ZYBRESTAT (fosbretabulin) | $1°$: PFS- "statistically significant increase in progression-free survival" (p-value < 0.05; hazard ratio 0.685) $2°$: safety data consistent with previous data, objective response rate ↑, and OS NR. | International Gynecologic Cancer Society Biennial Meeting, Nov. 8-11, 2014 (Abstract IGCSM-1128) |
| 08 | **Celgene (CELG)** November 9, 2012 ABRAXANE® (paclitaxel protein-bound particles for injectable suspension) (albumin-bound) | $1°$: OS → "met its primary endpoint of overall survival" Secondary Endpoints $2°$: PFS – no comment in 11/09/12 PR $2°$: "objective tumor response" – no comment in 11/09/12 PR $2°$: safety and tolerability – see immediately below Safety "The safety profile of ABRAXANE in combination with gemcitabine observed in the study is comparable with other ABRAXANE clinical trials in pancreatic cancer." | ASCO GI, Jan. 25, 2013 (Abstract No: LBA148) ASCO, June 3, 2013 (Abstract No: 4005) |

CONFIDENTIAL

| EXHIBIT | Company (Ticker)<br><br>Announcement Date<br><br>Product/TradeName (USAN) | Outcomes on<br>Primary and Secondary<br>Efficacy Endpoints<br>(per Referenced Press Release) | Scientific/Medical Meeting<br>Poster/Presentation |
|---|---|---|---|
| 09 | **Arqule (ARQL)**<br><br>January 17, 2012<br><br>(tivantinib/ARQ 197) | 1°: TTP → HR 0.64 (p = 0.04); per central radiological review; ITT; 56% ↓ in risk of disease progression.<br><br>Important to note: tivantinib (1·6 months [95% CI 1·4-2·8]) was superior to placebo (1·4 months [1·4-1·5]; hazard ratio [HR] 0·64, **90% CI** 0·43-0·94; p=0·04).<br><br>No discussion about 2° endpoints in 01/17/12 PR. | ASCO, June 2, 2012 (Abstract No: 4006) |

Page 4

CONFIDENTIAL

**EXHIBIT B To Report of Dr. Gregory Frykman**
**Stock Offerings Following Disclosure of Top-Line Results**

**The following are examples of pharmaceutical and biotechnology companies that conducted offerings of their stock following disclosure of top-line or preliminary trial results, prior to disclosure of additional trial results.**

| | Company | Top Line/Preliminary Press Release | Stock Offering | Subsequent Disclosure |
|---|---|---|---|---|
| 1. | Aerie Pharmaceuticals | 5/24/2017 | 5/26/2017 | 7/19/2017 |
| 2. | Aerie Pharmaceuticals | 9/14/2016 | 9/16/2016 | 12/7/2016 |
| 3. | Arena Pharmaceuticals, Inc. | 3/19/2018 | 3/26/2018 | TBD |
| 4. | Arena Pharmaceuticals, Inc. | 7/10/2017 | 7/12/2017 | 10/19/2017 |
| 5. | Corium, Inc. | 5/11/2017 | 5/31/2017 | 7/18/2017 |
| 6. | Endocyte Inc. | 3/21/2014 | 3/28/2014 | 9/27/2014 |
| 7. | Evoke Pharma | 1/04/2017 | 2/16/2017 | 5/10/2017 |
| 8. | Exelixis Inc. | 7/20/2015 | 7/23/2015 | 11/5/2015 |
| 9. | La Jolla Pharmaceutical Company | 7/15/2014 | 7/28/2014 | 5/7/2015 |
| 10. | La Jolla Pharmaceutical Company | 2/27/2017 | 3/23/2017 | 5/21/2017 |
| 11. | Omeros Corporation | 3/13/2012 | 6/27/2012 | 4/25/2013 |
| 12. | Radius Health Inc. | 12/21/2014 | 1/23/2015 & 7/28/2015 | 9/18/2016 |
| 13. | Spring Bank Pharmaceuticals, Inc. | 5/23/2017 | 6/22/2017 | 11/15/2017 |
| 14. | Threshold Pharmaceuticals (Molecular Templates) | 9/17/2012 | 2/13/2015 | 12/7/2015 |

1

**Confidential**

## AMENDED EXHIBIT C
## LIST OF MATERIALS CONSIDERED

**Documents:**

- Puma Business Update Call Transcript, July 22, 2014 (PUMA00001276-1286)

- Neratinib Protocol 3144A2-3004-WW, Top-line Efficacy Analysis, Part A (2 years + 28 days) (PUMA00014627-14655)

- Puma Statistical Analysis Plan, Study Protocol No. 3144A2-3004-WW, July 3, 2014 (PUMA00131995-132050)

- Original Neratinib Study Protocol (HKI-272) 3144A2-3004-WW, April 29, 2009 (PUMA00236461-236465)

- Puma SEC Form 8-K, filed July 22, 2014 (PUMA00239562-239569)

- First Amended Complaint for Violations of the Federal Security Laws (Dkt. 138), filed June 6, 2017 in *Hsingching Hsu v. Puma Biotechnology, Inc.*

- ASCO Abstract No. 508, released May 13, 2015

- ASCO Conference presentation slides, June 1, 2015 (PUMA00219815)

- ASCO Confidentiality Policy (HsuvPumaASCO_000004020-4023)

- ASCO Confidentiality Policy (HsuvPumaASCO_000004024-4025)


**Deposition Transcripts:**

- Auerbach, Alan taken 01/28/18

- Bryce, Richard taken 09/22/17

- Collett, Cheryl taken 05/24/17

- Collett, Cheryl taken 09/27/17 (rough)

- Jamie Von Roenn, Jamie, taken 08/30/17

- Schmidt, Eric taken 10/24/17

- Segal, Judith Bebchuk, taken 08/30/17

- Segal, Judith Bebchuk taken 11/30/17

- Shrader, Thomas taken 10/13/17

- Wilson, Troy taken 04/03/18

- Wong, Alvin taken 10/27/17

- Yao, Bin taken 11/02/17

**FDA NERLYNX Materials:**
(Available at:  https://www.accessdata.fda.gov/drugsatfda_docs/nda/2017/208051Orig1s000TOC.cfm)

- Approved NERLYNX Labeling

- Multi-Discipline Review (Summary Review, Office Director, Cross Discipline Team Leader Review, Clinical Review, Non-Clinical Review, Statistical Review, Clinical Pharmacology Review)

**Data and Databases:**

- Google (https://www.google.com)

- PubMed (https://www.ncbi.nlm.nih.gov/pubmed/)

- "Meeting Library, ASCO University" (https://meetinglibrary.asco.org/)

- Clinicaltrials.gov (https://clinicaltrials.gov/)

- The Endocrine Society website (https://www.endocrine.org/)

- Array BioPharma website (http://www.arraybiopharma.com/)

- ASH 2015 Meeting abstract search engine (http://www.bloodjournal.org/content/126/23)

**Drug Labels:**

- ABRAXANE label (09/2013 version)

- ADCETRIS® label (08/2015 version)

- ADYNOVATE® label (07/2017 version)

- ALECENSA (alectinib) label (11/2017 version)

- Avastin (bevacizumab) label (12/2016 version)

- Avastin (bevacizumab) original label (02/26/04)

- CABOMETYX label (04/2016 version)
- COTELLIC label (05/2016 version)
- COTELLIC label (11/2015 version)
- CYRAMZA label (03/2017 version)
- HARVONI label (04/2017 version)
- KEVZARA® (sarilumab) label (05/2017 version)
- Kisqali (ribociclib) label (03/2017 version)
- Omidria™ (phenylephrine and ketorolac injection) label (12/2017 version)
- ONIVYDE label (10/2017 version)
- ORKAMBI (lumacaftor/ivacaftor) label (01/2018 version)
- RYTARY (carbidopa /levodopa) extended-release capsules label (10/2016 version)
- RYTARY (carbidopa/levodopa) extended-release capsules label (10/2016 version)
- TYMLOS label (04/2017 version )
- VERZENIO (abemaciclib) label (09/2017 version)
- XTANDI label (09/2014 and 07/2017 versions)
- ZEJULA (niraparib) label (08/2017 version)

**FDA Materials:**

- ADCETRIS® sBLA Approval Letter, 08/17/15
- ADYNOVATE® FDA Clinical Review, 11/09/15
- ADYNOVATE® FDA Statistical Review, 11/09/15
- ALCENSA (alectinib) FDA Cross-Disciplinary Team Leader Review, 11/25/15
- ALCENSA (alectinib) FDA Medical Review(s), 12/09/15, 11/10/15
- ALCENSA (alectinib) FDA Office Director Memo, 12/11/15
- ALCENSA (alectinib) FDA Statistical Review, 08/07/15
- ALCENSA (alectinib) FDA Summary Review, 12/09/15
- Avastin (bevacizumab) Approval Letter, 02/26/04

- Avastin (bevacizumab) FDA Clinical Review (parts 1 and 2), 02/25/04 and 01/26/04

- Avastin (bevacizumab) FDA Statistical Review, 12/23/04

- CABOMETYX NDA Approval Letter, 04/25/16

- COITELIC (cobimetinib) FDA Summary Review, by Patricia Keegan, 11/04/15

- CYRAMZA sBLA Approval Letter, 04/24/15

- KEVZARA® (sarilumab) FDA Summary Review, 05/22/17

- Kisqali (ribociclib) FDA Multi-Disciplinary Review, 03/0/17

- Kisqali (ribociclib) FDA Summary Review, 03/15/17

- Omidria™ (phenylephrine and ketorolac injection) FDA Cross Discipline Team Leader Review, 05/16/14

- Omidria™ (phenylephrine and ketorolac injection) FDA Medical Review / Deputy Director Review, 05/09/14

- Omidria™ (phenylephrine and ketorolac injection) FDA Summary Review, 05/30/14

- Omidria™ FDA Cross Discipline Team Leader Review, 05/27/14

- ONIVYDE  (irinotecan liposome injection) FDA Medical Officer's Review, 09/30/15

- ONIVYDE  (irinotecan liposome injection) FDA Summary Review, 10/22/15

- ORKAMBI  FDA Office Director Memo, 07/02/15

- ORKAMBI  FDA Summary Review, 06/25/15

- RYTARY (carbidopa/levodopa) extended-release capsules FDA Administrative and Correspondence Documents file for Application No. 203312Orig1s000

- RYTARY (carbidopa/levodopa) extended-release capsules FDA Cross Discipline Team Leader Review file for Application No. 203312Orig1s000

- RYTARY (carbidopa/levodopa) extended-release capsules FDA Medical Review(s) File for Application No. 203312Orig1s000

- RYTARY (carbidopa/levodopa) extended-release capsules FDA Summary Review for Application No. 203312Orig1s000, by Eric Bastings, Jan. 7, 2015

- TYMLOS (abaloparatide) FDA Summary Review, 04/27/17

- Varubi (rolapitant) FDA Approval Letter, 10/25/17

- Varubi (rolapitant) FDA Medical Review, 05/12/15

- Varubi (rolapitant) FDA Office Director Memo, 08/31/15

- Varubi (rolapitant) FDA Statistical Review, 05/26/15

- Varubi (rolapitant) FDA Summary Review, 09/01/15

- VERZENIO (abemaciclib) FDA Approval Letter, 09/28/17

- VERZENIO (abemaciclib) FDA Multi-Discipline Review, 09/28/17

- XTANDI Prior Approval sNDA Approval Letter, 09/10/14

- ZEJULA (niraparib) FDA Administrative and Correspondence Documents file for Application No. 208447Orig1s000e

- ZEJULA (niraparib) FDA Approval Letter, 03/27/17

- ZEJULA (niraparib) FDA Multi-Discipline Review file (Executive Summary, Nonclinical Pharmacology/Toxicology, Clinical Pharmacology, Statistical and Clinical Evaluation file for Application No. 208447Orig1s000

- ZEJULA (niraparib) FDA Other Review(s) file for Application No. 208447Orig1s000


**Conference Abstracts and Related Documents:**

ASCO 2012

- Abstract 4006, "*Tivantinib (ARQ 197) versus placebo in patients (Pts) with hepatocellular carcinoma (HCC) who failed one systemic therapy: Results of a randomized controlled phase II trial (RCT)*"

- Abstract 4501, Presentation Slide Deck

ASCO 2013

- Abstract 4005, *Results of a randomized phase III trial (MPACT) of weekly nab-paclitaxel plus gemcitabine versus gemcitabine alone for patients with metastatic adenocarcinoma of the pancreas with PET and CA19-9 correlates,* 05/31/2013 – 06/05/2013

ASCO GI 2013

- Abstract LBA4, Presentation Slide Deck, *Randomized phase III study of weekly nab-paclitaxel plus gemcitabine versusgemcitabine alone in patients with metastatic adenocarcinoma of the pancreas (IMPACT)*, presented 01/25/13

ASCO 2014

- Abstract 9636, 06/01/14, Poster on Rolapitant in MEC

- Abstract 9638, 06/01/14, Poster on Rolapitant in HEC

- Abstract 2005, Presentation Slide Deck

ASCO 2015

- Abstract, *Docetaxel + ramucirumab (DR) versus docetaxel + placebo (D) as second-line treatment for advanced non-small cell lung cancer (NSCLC): A randomized, phase II, double-blind, multicenter trial in Japan*

ASCO GI 2015

- Abstract 512, *RAISE: A randomized, double-blind, multicenter phase III study of irinotecan, folinic acid, and 5-fluorouracil (FOLFIRI) plus ramucirumab (RAM) or placebo (PBO) in patients (pts) with metastatic colorectal carcinoma (CRC) progressive during or following first-line combination therapy with bevacizumab (bev), oxaliplatin (ox), and a fluoropyrimidine (fp),* J Clin Oncol, 33, 2015 (suppl 3; abstr 512); presented 01/17/15

ASCO 2016

- Abstract 9500, 06/03/16 – 06/07/16, Presentation Slide Deck

- Choueiri, T. Presentation, *Overall survival in METEOR, a randomized phase 2=3 trail of cabozantinib versus everolimus in patients with advanced renal cell carcinoma*

ASCO 2017

- Abstract 1000, 06/03/17

ESMO 2012

- Abstract 666O, 09/29/12

ESMO 2014

- Abstract LBA5_PR

- Abstract LBA40_PR

ESMO 2015

- Abstract No. 4LBA, Choueiri, T. et al., *Cabozantinib versus everolimus in patients with advanced renal cell carcinoma: Results of the randomized phase 3 METEOR trial, ,* S708-S709

ESMO 16th World Congress on Gastrointestinal Cancer 2014

- Abstract #O-0003, 06/25/14 – 06/26/2014

ESMO 2017

- Abstract 12150, 09/08/17 – 09/12/17, Presentation Slide Deck (COLUMBUS study part 2 of 2)

AAAAI 2014 [American Academy of Allergy, Asthma & Immunology]

- Abstract 13

ACR/ARHP Annual Meeting 2015
[American College of Rheumatology/Association of Rheumatology Health Professionals]

- Abstract 970

ARVO 2014 Annual Meeting [Association for Research in Vision and Ophthalmology]

- Unnumbered Abstract, Whitaker, S. et al., *Two Phase 3 Trials of Bisulfite- and Preservative-Free OMS302 in Irrigation Solution for Maintenance of Mydriasis, Prevention of Miosis, and Reduction of Postoperative Pain in Intraocular Lens Replacement (ILR),* Investigative Ophthalmology & Visual Science, April 2014, Vol. 55, 2550

ASH 2017 [American Society of Hematology]

- Abstract 493, 12/10/17

EASD 2014 [European Foundation for the Study of Diabetes]

- Abstract 812

European Cancer Congress 2015

- Abstract No. 4LBA, Cabozantinib versus everolimus in patients with advanced renal cell carcinoma: Results of the randomized phase 3 METEOR trial

ICE/ENDO 2015 [International Society of Endocrinology & The Endocrine Society]

- Abstract 22577, 03/05/15

Movement Disorder Society 15th International Congress of Parkinson's Disease and Movement Disorders, 2011

- Abstract 407, 06/05/11 – 06/09/11

SMR (Society for Melanoma Research) 2016:

- 11/06/16 – 11/09/16 Presentation Slide Deck (COLUMBUS study part 1 of 2) (unable to identify the abstract number for this presentation)

## Journal Articles

Ascierto, P.A. et al., *Cobimetinib combined with vemurafenib in advanced BRAFV600-mutant melanoma (coBRIM): updated efficacy results from a randomised, double-blind, phase 3 trial,* Lancet Oncol, 2016;17(9):1248-60

Azcarate-Peril, M.A. et al., *Impact of short-chain galactooligosaccharides on the gut microbiome of lactose-intolerant individuals,* Proc Natl Acad Sci, *USA* 2017 Jan 17;114(3):E367-E375

Beer T.M. et al., *Enzalutamide in Men with Chemotherapy-naïve Metastatic Castration-resistant Prostate Cancer: Extended Analysis of the Phase 3 PREVAIL Study,* Eur Urol, 2017 Feb;71(2):151-154. Epub 2016 Jul 28. (update)

Beer T.M. et al., *Enzalutamide in Metastatic Prostate Cancer before Chemotherapy*, N Engl J Med, 2014 Jul 31;371(5): 424-33. Epub 2014 Jun 1. (orig results)

Borad, M.J. et al., *Randomized Phase II Trial of Gemcitabine. Plus TH-302 Versus Gemcitabine in Patients With Advanced Pancreatic Cancer,* J Clin Oncol, 33:1475-1481 (May 1, 2015)

Carbone, D.P. et al., *First-Line Nivolumab in Stage IV or Recurrent Non–Small-Cell Lung Cancer,* N Engl J Med, 2017; 376:2415-26 (abstract only)

Choueiri, T. et al., *Cabozantinib versus Everolimus in Advanced Renal-Cell Carcinomam* N Engl J Med, 2015 Nov 5;373(19):1814-23 (original results)

Choueiri, T. et al., *Cabozantinib versus everolimus in advanced renal cell carcinoma (METEOR): final results from a randomised, open-label, phase 3 trial.* Lancet Oncol, 2016 Jul;17(7): 917-927 (final results)

Chren, M.M. et al., *Skindex, a quality-of-life measure for patients with skin disease: reliability, validity, and responsiveness,* J Invest Dermatol, 1996;107:707-713

Chren, M.M., *The Skindex Instruments to Measure the Effects of Skin Disease on Quality of Life,* Dermatol Clin, 2012 April 30(2):231-236

Cowan, A. et al., *Targeting itch with ligands selective for κopioid receptors,* Handb Exp Pharmacol, 2015;226:291-314 (abstract only)

de la Cruz-Merino, L. et al., *Clinical features of serous retinopathy observed with cobimetinib in patients with BRAF-mutated melanoma treated in the randomized coBRIM study,* J Transl Med, 2017 Jun 24; 15(1):146 (pages 1-9)

deWilde, S. et al., *The possibility of obtaining marketing authorization of orphan pharmaceutical compounding preparations: 3,4-DAP for Lambert-Eaton Myasthenic Syndrome,* Eur J Pharm Sci, 2017 Nov 28;114:24-29. doi: 10.1016/j.ejps. 2017.11.025. [Epub ahead of print] (abstract only)

Dummer, R. et al., *Binimetinib versus dacarbazine in patients with advanced NRAS-mutant melanoma (NEMO): a multicentre, open-label, randomised, phase 3 trial,* Lancet Oncol, 2017;18:435-45.

Dummer, R. et al., *Results of NEMO: A phase III trial of binimetinib (BINI) vs dacarbazine (DTIC) in NRAS-mutant cutaneous melanoma,* J Clin Oncol, 34, 2016 (suppl; abstr 9500)

Elborn, J.S. et al., *Efficacy and safety of lumacaftor/ivacaftor combination therapy in patients with cystic fibrosis homozygous for Phe508del CFTR by pulmonary function subgroup: a pooled analysis,* Lancet Respir Med, 4:617-26 (Aug 2016)

ESMO 2016 Press Release:  Ribociclib Improves Progression-free Survival in Advanced Breast Cancer, Oct. 8, 2016

Flinn, I.W. et al., *Duvelisib, a novel oral dual inhibitor of PI3K-$\delta,\gamma$, is clinically active in advanced hematologic malignancies,* Blood. 2017 Nov 30. pii: blood-2017-05-786566. doi: 10.1182/blood-2017-05-786566. [Epub ahead of print] (abstract only)

Gadgeel, S.M. et al., *Pooled Analysis of CNS Response to Alectinib in Two Studies of Pretreated Patients With ALK-Positive Non-Small-Cell Lung Cancer,* J Clin Oncol, 2016 Dec;34(34):4079-4085. Epub 2016 Oct 31

Garg, M. et al., *Molecular mechanism and therapeutic implications of selinexor (KPT-330) in liposarcoma,* Oncotarget *2017*;8(5):7521-7532

Genetic Engineering News, *ArQule, Daiichi Sankyo Say Cancer Candidate Tivantinib Fails Phase III Trial*, Feb. 17, 2017  (https://www.genengnews.com/gen-news-highlights/ arqule-daiichi-sankyo-say-cancer-candidate-tivantinib-fails-phase-iii-trial/ 81253902)

Genovese, M.C. et al., *Sarilumab Plus Methotrexate in Patients With Active Rheumatoid Arthritis and Inadequate Response to Methotrexate: Results of a Phase III Study,* Arthritis Rheumatol, 2015; 67:1424-1437

Goetz, C.G. et al., *Movement Disorder Society-Sponsored Revision of the Unified Parkinson's Disease Rating Scale (MDS-UPDRS): Process, Format, and Clinimetric Testing Plan,* Movement Disorders, 22(1):41-47 (2007) (MDS-UPDRS)

Gounder, M.M. et al., *Phase IB Study of Selinexor, a First-in-Class Inhibitor of Nuclear Export, in Patients With Advanced Refractory Bone or Soft Tissue Sarcoma,* J Clin Oncol, 34:3166-3174

Graff J.N. et al., *Efficacy and safety of enzalutamide in patients 75 years or older with chemotherapy-naive metastatic castrationresistant prostate cancer: results from PREVAIL,* Ann Oncol, 2016 Feb;27(2):286-94. Epub 2015 Nov 16.  (75+ y/o cohort)

Hassan, S.S. et al., *Vaginal progesterone reduces the rate of preterm birth in women with a sonographic short cervix: a multicenter, randomized, double-blind, placebo-controlled trial,* Ultrasound Obstet Gynecol, 2011, 38:18-31

Hauser, R.A. et al., *Extended-release carbidopa-levodopa (IPX066) compared with immediate-release carbidopa-levodopa in patients with Parkinson's disease and motor fluctuations: a phase 3 randomised, double-blind trial,* Lancet Neurol, 2013 Apr; 12(4):346-356; (Epub 2013 Feb 26) (abstract only)

Hortobagyi, G.N. et al., *Ribociclib as First-Line Therapy for HR-Positive, Advanced Breast Cancer,* N Engl J Med, 2016;375:1738-48.

Hovanesian. J.A. et al., *Intracameral phenylephrine and ketorolac during cataract surgery to maintain intraoperative mydriasis and reduce postoperative ocular pain: Integrated results from 2 pivotal phase 3 studies*, J Cataract Refract Surg, 2015; 41:2060–2068; U.S. NIH. Safety and Efficacy of OMS302 in Subjects Undergoing Intraocular Lens Replacement with Phacoemulsification (OMS302-ILR-003). NCT01454063. Available at: https://clinicaltrials.gov/ct2/show/NCT01454063

Hurwitz, H. et al., *Bevacizumab plus Irinotecan, Fluorouracil, and Leucovorin for Metastatic Colorectal Cancer,* N Engl J Med, 2004; 350:2335-42

Inagaki, N. et al., *Once-weekly trelagliptin versus daily alogliptin in Japanese patients with type 2 diabetes: a randomised, double-blind, phase 3, non-inferiority study,* Lancet, 3(3):191-197 (Mar. 2015)

Kim C.S. et al., T*he PREVAIL trial of enzalutamide in men with chemotherapy-naïve, metastatic castration-resistant prostate cancer: Post hoc analysis of Korean patients*, Investig Clin Urol, 2016 May;57(3):174-83. Epub 2016 May 10. (Korean cohort)

Konkle, B.A. et al., *Pegylated, full-length, recombinant factor VIII for prophylactic and on-demand treatment of severe hemophilia A.,* Blood, 2015; 126(9):1078-85.

Kuczmarski, T. et al., How do Medical Societies Select Science for Conference Presentation? How Should They? *West J Emerg Med,* 2015 Jul;16(4):543-50

Larkin, J. et al., *Combined vemurafenib and cobimetinib in BRAF-mutated melanoma,* N Eng J Med, 2014; 371(20):1867-76

Lindstrom, R.L. et al., *Intracameral phenylephrine and ketorolac injection (OMS302) for maintenance of intraoperative pupil diameter and reduction of postoperative pain in intraocular lens replacement with phacoemulsification,* Clinical Ophthalmology, 2014,8: 1735–1744

Loriot Y. et al., *Effect of enzalutamide on health-related quality of life, pain, and skeletal-related events in asymptomatic and minimally symptomatic, chemotherapy-naive patients with metastatic castration-resistant prostate cancer (PREVAIL): results from a randomised, phase 3 trial,* Lancet Oncol, 2015 May;16(5):509-21. Epub 2015 Apr 14. (QOL and SRE)

McArthur, Grant et al., *coBRIM: Phase 3, Double-Blind, Placebo-Controlled Study of Vemurafenib + Cobimitinib Versus Vemurafenib in Previously Untreated BRAF[V600] Mutation-Positive Metastatic Melanoma*, ESMO Presentation, Sept. 26-30, 2014

10

Miller, P.D. et al., *Effect of Abaloparatide vs Placebo on New Vertebral Fractures in Postmenopausal Women With Osteoporosis: A Randomized Clinical Trial,* JAMA, 2016 Aug. 16;316(7): 722-33

Mirza, M.R. et al., *Niraparib Maintenance Therapy in Platinum-Sensitive, Recurrent Ovarian Cancer,* N Engl J Med, 2016 Dec. 1;375 (22): 2154-2164

Mizokami M et al., *Ledipasvir and sofosbuvir fixed-dose combination with and without ribavirin for 12 weeks in treatment-naive and previously treated Japanese patients with genotype 1 hepatitis C: an open-label, randomised, phase 3 trial,* Lancet Infect Dis, 2015;15(6):645-53

Moskowitz, C.H. et al., *Brentuximab vedotin as consolidation therapy after autologous stem-cell transplantation in patients with Hodgkin's lymphoma at risk of relapse or progression (AETHERA): a randomised, double-blind, placebo-controlled, phase 3 trial, Lancet* 2015 May 9;385(9980):1853-62 (original results)

Motzer, R. et al., *Tivozanib versus sorafenib as initial targeted therapy for patients with metastatic renal cell carcinoma: results from a phase III trial,* J Clin Oncol, 2013;31:3791-3799

NIH. Safety, Efficacy and PK of OMS302 in Subjects Under-going Intraocular Lens Replacement with Phacoemulsification (OMS302-ILR-004). NCT01579565. Available at: https://clinicaltrials.gov/ct2/show/NCT01579565.

Obermannová, R. et al., *Subgroup analysis in RAISE: a randomized, double-blind phase III study of irinotecan, folinic acid, and 5-fluorouracil (FOLFIRI) plus ramucirumab or placebo in patients with metastatic colorectal carcinoma progression*, Ann Oncol, 2016 Nov;27(11): 2082-2090

Oh S. et al., *Amifampridine phosphate (FirdapseTM) is safe and effective in a pivotal Phase 3 trial in LEMS patientsv,* Neurology, April 06, 2015; 84 (14 Supplement) April 24, 2015 (http://n.neurology.org/content/84/14_Supplement/PL2.001)

Pahwa, R. et al., *Randomized trial of IPX066, carbidopa/levodopa extended release, in early Parkinson's disease,* Parkinsonism and Related Disorders, 20(2): 142-148 (2014)

Peters, S. et al., *Alectinib versus Crizotinib in Untreated ALK-Positive Non–Small-Cell Lung Cancer,* N Engl J Med, 2017; 377:829-838 (Aug 31, 2017) (abstract only)

Rapoport, B.L. et al., *Efficacy and safety of rolapitant for prevention of chemotherapy-induced nausea and vomiting over multiple cycles of moderately or highly emetogenic chemotherapy,* Eur J Cancer, 2016 Apr;57:23-30. Epub 2016 Feb 4

Rapoport, B.L. et al., *Safety and efficacy of rolapitant for prevention of chemotherapy-induced nausea and vomiting after administration of cisplatin-based highly emetogenic chemotherapy in patients with cancer: two randomised, active-controlled, double-blind, phase 3 trials.* Lancet Oncol, 2015 Sep;16(9): 1079-1089. Epub 2015 Aug 10 (abstract only)

Sanders, D.B. et al., *3,4-diaminopyridine base effectively treats the weakness of Lambert-Eaton myasthenia,* Muscle Nerve, 2017 Dec 27. doi: 10. 1002/mus.26052. [Epub ahead of print] (abstract only)

Santoro, A. et al., *Tivantinib for second-line treatment of advanced hepatocellular carcinoma: A randomised, placebo-controlled phase 2 study,* Lancet Oncology, 14(1):55-63 (Jan 2013) (abstract only)

Savaiano, D.A. et al., *Improving lactose digestion and symptoms of lactose intolerance with a novel galacto-oligosaccharide (RP-G28): a randomized, double-blind clinical trial,* Nutrition Journal, 2013, 12:160ff.

Schwartzberg, L.S. et al., *Safety and efficacy of rolapitant for prevention of chemotherapy-induced nausea and vomiting after administration of moderately emetogenic chemotherapy or anthracycline and cyclophosphamide regimens in patients with cancer: a randomised, active-controlled, double-blind, phase 3 trial,* Lancet Oncol. 2015 Sep; 16(9): 1071-1078. Epub 2015 Aug 10 (abstract only)

Shaw, A.T. et al., *Alectinib in ALK-positive, crizotinib-resistant, non-small-cell lung cancer: a single-group, multicentre, phase 2 trial,* Lancet Oncol, 2016 Feb; 17(2):234-242

Sledge, G.W. et al., *MONARCH 2: Abemaciclib in Combination With Fulvestrant in Women With HR+/HER2- Advanced Breast Cancer Who Had Progressed While Receiving Endocrine Therapy,* J Clin Oncol, 35:2875-2884.

Tabernero, J. et al., *Ramucirumab versus placebo in combination with second-line FOLFIRI in patients with metastatic colorectal carcinoma that progressed during or after fi rst-line therapy with bevacizumab, oxaliplatin, and a fl uoropyrimidine (RAISE): A randomised, double-blind, multicentre, phase 3 study,* Lancet Oncol, 2015 May;16(5): 499-508. Epub 2015 Apr 12

Taylor-Robinson, D. et al., *Understanding the natural progression in %FEV1 decline in patients with cystic fibrosis: a longitudinal study,* Thorax, (2012). doi:10.1136/thoraxjnl-2011-200953

Von Hoff, D., 2013 Gastrointestinal Cancers Symposium presentation, "Randomized Phase III Study of Weekly nab-Paclitaxel plus Gemcitabine vs Gemcitabine Alone in Patients with Metastatic Adenocarcinoma of the Pancreas (MPACT), presentation at 2013 Gastrointestinal Cancers Symposium

Von Hoff, D.D. et al., *Increased Survival in Pancreatic Cancer with nab-Paclitaxel plus Gemcitabine,* N Engl J Med, 2013; 369:1691-1703

Wainwright ,C.E. et al., *Lumacaftor–Ivacaftor in Patients with Cystic Fibrosis Homozygous for Phe508del CFTR,* N Engl J Med, 373(3):220-31 (July 16, 2015)

Wang-Gillam, A. et al., *Nanoliposomal irinotecan with fluorouracil and folinic acid in metastatic pancreatic cancer after previous gemcitabine-based therapy (NAPOLI-1): A global, randomised, open-label, phase 3 trial,* Lancet, 2016 Feb 6;387(10018):545-57

Wen, P.Y. et al., *A randomized, double-blind, placebo-controlled phase 2 trial of dendritic cell (DC) vaccination with ICT-107 in newly diagnosed glioblastoma (GBM) patients,* J Clin Oncol, 32:5s, 2014 (suppl; abstr 2005)

Yocoubian, T.A. et al*., IPX066: a new intermediate-and extended-release carbidopa-levodopa formulation,* Neurodegener Dis Manag, 2013 Apr 1; 3(2):123-131

[No authors listed]  *Updated Efficacy and Safety Data From the AETHERA Trial of Consolidation With Brentuximab Vedotin After Autologous Stem Cell Transplant (ASCT) in Hodgkin Lymphoma Patients at High Risk of Relapse*, Clin Adv Hematol Oncol, 2016 Feb;14(2 Suppl 1): 17-8. (updated results)

**Other Publications:**

Jason M. Broderick, *Abemaciclib Extends PFS in Phase III Breast Cancer Trial*, ASCO 2017 Annual Meeting post, June 3, 2017

ESMO 2016 Press Release: Niraparib Significantly Improves Outcome of Ovarian Cancer Patients in Landmark Trial, Oct. 8, 2016

FDA: International Conference on Harmonization – E9 - Statistical principles for clinical trials. U.S. Food and Drug Administration.

FDA: International Conference on Harmonization – E10 - Choice of Control Group in Clinical Trials (September 1999), U.S. Food and Drug Administration.

Adam Feuerstein, *Immunomedics Kicked Out of Prestigious ASCO Cancer Conference*, TheStreet, June 3, 2016, https://www.thestreet.com/story/13594991/1/immunomedics-kicked-out-of-prestigious-asco-cancer-conference.html

Christopher Jennison and Bruce W. Turnbull. *Group Sequential Methods with Applications to Clinical Trials* (2000)

John P. Klein and Melvin L. Moeschberger. *Survival Analysis: Techniques for Censored and Truncated Data*, Statistics for Biology and Health Series (1997)

Elisa T. Lee. *Statistical Methods for Survival Data Analysis* (2nd ed. 1992)

Curtis L. Meinert. *Clinical Trials: Design, Conduct, and Analysis*, Monographs in Epidemiology and Biostatistics, Vol. 8 (1986)

National Cancer Institute (NCI) Dictionary of Cancer Terms, Primary Endpoint, https://www.cancer.gov/publications/dictionaries/cancer-terms?cdrid=44163

Steven Piantadosi. *Clinical Trials: A Methodologic Perspective* (1997)

Wikipedia, "Evofosfamide," https://en.wikipedia.org/wiki/Evofosfamide

**Company Disclosures:**

| Company | Disclosure | Date |
|---|---|---|
| Aerie Pharmaceuticals | Press release titled "Aerie Pharmaceuticals Raises $125 Million in Public Offerings" | 09/16/16 |
| Aerie Pharmaceuticals | Press release titled "Aerie Pharmaceuticals Completes Enrollment of Mercury 2 Phase 3 Registration Trial of Roclatan™ (netarsudil/latanoprost ophthalmic solution) 0.02%/0.005% | 12/07/16 |
| Aerie Pharmaceuticals | Press release titled "Aerie Pharmaceuticals Reports Positive Roclatan™ (netarsudil/latanoprost ophthalmic solution) 0.02%/0.005% Phase 3 Topline Efficacy Results" | 05/24/17 |
| Aerie Pharmaceuticals | Press release titled "Aerie Pharmaceuticals Raises $125 Million in ATM Sales and Upsized Follow-On Offering" | 05/26/17 |
| Aerie Pharmaceuticals | Press release titled "Aerie Pharmaceuticals Reports Positive Roclatan™ (netarsudil/latanoprost ophthalmic solution) 0.02%/0.005% Phase 3 12-month Topline Safety Results" | 07/09/17 |
| Aerie Pharmaceuticals | Press release titled "Aerie Pharmaceuticals Reports Positive Roclatan™ (netarsudil/latanoprost ophthalmic solution) 0.02%/0.005% Phase 3 12-month Topline Safety Results" | 07/19/17 |
| Agenus, Inc. | SEC Form 8-K | 05/21/07 |
| Alkermes plc | SEC Form 10-Q | 07/31/14 |

15

| Company | Disclosure | Date |
|---------|-----------|------|
| Arena Pharmaceuticals, Inc. | Press release titled "Arena Pharmaceuticals Reports Positive Topline Phase 2 Results for Ralinepag in Patients with Pulmonary Arterial Hypertension" | 7/10/17 |
| Arena Pharmaceuticals, Inc. | Press release titled "Arena Pharmaceuticals Announces Pricing of Public Offering of Common Stock" | 07/12/17 |
| Arena Pharmaceuticals, Inc. | Press release titled "Arena Pharmaceuticals Announces Late Breaking Presentation of Positive Phase 2 Results with Ralinepag in Patients with Pulmonary Arterial Hypertension at the American College of Chest Physicians 2017 Annual Meeting" | 10/19/17 |
| Arena Pharmaceuticals, Inc. | Press release titled "Arena Pharmaceuticals Reports Positive Phase 2 Results from the OASIS Trial for Etrasimod in Patients with Ulcerative Colitis" | 03/19/18 |
| Arena Pharmaceuticals, Inc. | Press release titled "Arena Pharmaceuticals Announces Completion of Public Offering of Common Stock and Exercise in Full of Underwriters' Option to Purchase Additional Shares" | 03/26/18 |
| Argos Therapeutics, Inc. | SEC Form 8-K | 04/18/17 |
| ArQule, Inc. | Press release titled "Arqule Announces Tivantinib Meets Primary Endpoint, Significantly Extending Time to Progression in Phase 2 Trial in Second-Line Hepatocellular Carcinoma" | 01/17/12 |
| ArQule, Inc. | Transcript of Conference Call to Discuss Phase 2 Results of Tivantinib HCC Trial | 01/17/12 |
| ArQule, Inc. | Press release titled "ArQule Announces Data Presentations with Tivantinib to Be Featured at ASCO 2014" | 05/30/14 |

16

| Company | Disclosure | Date |
|---|---|---|
| ArQule, Inc. | Press release titled "ArQule Announces Top-Line Results of Phase 3 Clinical Study of Tivantinib in Hepatocellular Carcinoma in Japan" | 03/27/17 |
| Array BioPharma | Cision article titled "Array BioPharma Announces Pricing of Public Offering of Common Stock" | 09/27/16 |
| Array Biopharma Inc. | Press release titled "ARRY-502 Meets Primary And Key Secondary Endpoints In Asthma Study" | 07/23/13 |
| Array Biopharma Inc. | SEC Form 8-K | 04/01/16 |
| Array Biopharma Inc. | SEC Form 8-K | 05/18/16 |
| Array Biopharma Inc. | SEC Form 8-K | 06/06/16 |
| Array Biopharma Inc. | SEC Form 8-K | 09/26/16 |
| Array Biopharma Inc. | SEC Form 8-K | 12/16/16 |
| Array BioPharma, Inc. | Press release titled "Array BioPharma Announces Phase 3 Binimetinib Trial Meets Primary Endpoint For NRAS-Mutant Melanoma" | 12/16/15 |
| Array BioPharma, Inc. | Press release titled "Array Presents Full Results from Phase 3 NEMO Study" | 06/06/16 |
| Array BioPharma, Inc. | Press release titled "Array BioPharma and Pierre Fabre Announce COLUMBUS Phase 3 Study of Encorafenib plus Binimetinib For BRAF-MutantMelanoma Met Primary Endpoint" | 09/26/16 |
| Array BioPharma, Inc. | Press release titled "Array BioPharma Announces Pricing of Public Offering of Common Stock" | 09/27/16 |
| Array BioPharma, Inc. | Press release titled "Array BioPharma Provides NEMO Update" | 03/19/17 |

17

| Company | Disclosure | Date |
|---|---|---|
| Array Biopharma, Inc. | Array Biopharma Deals.Bio webpage, https://deals.bio/search/show OpportunityDetails?asset_id=1666 | 11/14/17 |
| AVEO Pharmaceuticals | Press release titled "AVEO Announces Closing of Public Offering" | 01/24/2013 |
| AVEO Pharmaceuticals, Inc. | Press release titled "AVEO and Astellas Announce Tivozanib Successfully Demonstrated Progression-Free Survival Superiority over Sorafenib in Patients with Advanced Renal Cell Cancer in Phase 3 TIVO-1 Trial" | 01/03/12 |
| AxoGen, Inc. | AAHS Annual Meeting conference report – "Outcomes from an Ongoing Multicenter Registry Study on the Use of Processed Nerve Allograft as Compared to Contemporary Controls for Sensory, Mxed, and Motor Nerve Reconstructions" | 01/21/15 |
| AxoGen, Inc. | Press release titled "AxoGen, Inc. Announces Closing of Public Offering of Common Stock" | 02/10/15 |
| AxoGen, Inc. | Press release titled "Expanded enrollment of RANGER® Registry provides insight into comparative outcomes in nerve regeneration" | 02/25/15 |
| Baxter International, Inc. | Press release titled "Baxter Announces Positive Top-Line Results from Its Phase 3 Study of BAX 855, Extended Half-Life Recombinant FVIII for Hemophilia A Patients" | 08/21/14 |
| Bristol-Myers Squibb Company | Press release titled "Bristol-Myers Squibb Announces Top-Line RReesleuaslet RsSS from CheckMate -026, a Phase 3 Study of Opdivo (nivolumab) in Treatment-Naïve Patients with Advanced Non-Small Cell Lung Cancer" | 08/05/16 |

18

| Company | Disclosure | Date |
|---------|-----------|------|
| Bristol-Myers Squibb Company | Press release titled "Bristol-Myers Squibb Presents Results From CheckMate -026, a Phase 3 Study of Opdivo (nivolumab) Monotherapy Versus Chemotherapy as First-Line Therapy in a Broad PD-L1 Positive Population With Advanced Lung Cancer" | 10/09/16 |
| Bristol-Myers Squibb Company | SEC Form 8-K | 10/17/16 |
| Cara Therapeutics, Inc. | Press release titled "Cara Therapeutics Announces Positive Top-Line Data From Part A of Phase 2/3 Trial of I.V. CR845 in Chronic Kidney Disease-Associated Pruritus" | 03/28/17 |
| Cara Therapeutics, Inc. | Presentation from CR845 Uremic Pruritus Phase 2/3 Data Conference Call, titled, "CR845-CLIN2101: (Part A), A Two-part, Phase 2/3, Multicenter, Double-blind, Randomized, Placebo-controlled Study to Evaluate the Safety and Efficacy of Intravenous CR845 in Chronic Kidney Disease Hemodialysis Patients with Moderate-to-Severe Pruritus," http://ir.caratherapeutics.com/static-files/8ed33857-626a-4beb-bc9f-a26e0ddc237c | 03/28/17 |
| Cara Therapeutics, Inc. | Press release titled "Cara Therapeutics Announces Successful End-of-Phase 2 Meeting with FDA for I.V. CR845 in Chronic Kidney Disease-Associated Pruritus" | 10/16/17 |
| Catalyst Pharmaceutical Partners, Inc. | Press release titled "Catalyst Pharmaceuticals Announces Positive Top-Line Phase 3 Data from Pivotal Firdapse Clinical Trial in Patients with Lambert-Eaton Myasthenic Syndrome (LEMS)" | 09/29/14 |

| Company | Disclosure | Date |
|---|---|---|
| Catalyst Pharmaceutical Partners, Inc. | Press release titled "Catalyst Pharmaceuticals Announces Positive Top-Line Phase 3 Data From Pivotal Firdapse Clinical Trial in Patients With Lambert-Eaton Myasthenic Syndrome (LEMS)" | 09/29/14 |
| Catalyst Pharmaceutical Partners, Inc. | Press release titled "Catalyst Pharmaceuticals Partners, Inc. Prices Public Offering of Common Stock" | 02/04/15 |
| Catalyst Pharmaceutical Partners, Inc. | Press release titled "Catalyst Pharmaceuticals Announces Oral Presentation of Firdapse Phase 3 Trial Data at American Academy of Neurology Annual Meeting (AAN)" | 04/14/15 |
| Catalyst Pharmaceuticals | Press release titled "Catalyst Pharmaceutical Partners, Inc. Prices Public Offering of Common Stock" | 02/14/15 |
| Catalyst Pharmaceuticals | Press release titled "Catalyst Pharmaceuticals Announces Positive Top-Line Results from Second Phase 3 Clinical Trial of Firdapse® in Patients with Lambert-Eaton Myasthenic Syndrome" | 11/27/17 |
| Catalyst Pharmaceuticals | Press release title "Catalyst Pharmaceuticals Announces Submission of New Drug Application for Firdapse® for Treatment of Lambert-Eaton Myasthenic Syndrome" | 03/29/18 |
| Celgene Corporation | Transcript of Shareholder/Analyst Call | 11/13/12 |
| Celgene Corporation | Press release titled "U.S. Food and Drug Administration Approves ABRAXANE® in Combination with Gemcitabine as First-Line Treatment of Patients with Metastatic Pancreatic Cancer" | 09/06/13 |
| Celgene International Sarl | Press release titled "Abraxane Demonstrates Statistically Significant Improvement in Overall Survival for Patients with Advanced Pancreatic Cancer In Phase III Study" | 11/09/12 |

| Company | Disclosure | Date |
|---|---|---|
| Cerulean Pharma Inc. | SEC Form 8-K | 08/17/16 |
| Columbia Laboratories, Inc. and Watson Pharmaceuticals, Inc. | Press release titled "PROCHIEVE 8% Vaginal Progesterone Gel Achieves Primary Endpoint in Phase III Study to Reduce Risk of Preterm Birth" | 12/06/10 |
| Corium, Inc. | Press release titled "Corium Reports Positive Preliminary Results in Alzheimer's Clinical Study" | 05/11/17 |
| Corium, Inc. | Press release titled "Corium Announces Closing of Follow-On Offering of Common Stock and Full Exercise of Underwriters' Option to Purchase Additional Shares" | 05/31/17 |
| Corium, Inc. | Press release titled "Corium Presents Clinical Results from Pilot Bioequivalence Study of Corplex™ Donepezil Transdermal System at Alzheimer's Association International Conference® 2017" | 07/18/17 |
| Cytrx Corporation | SEC Form 8-K | 07/11/16 |
| Cytrx Corporation | SEC Form 8-K | 11/29/16 |
| Endocyte Inc. | Press release titled "Endocyte, Inc. Prices Public Offering of Common Stock" | 03/27/14 |
| Endocyte Inc. | Fierce BioTech article titled "Merck halts study of the billion-dollar cancer drug vintafolide" | 05/02/14 |
| Endocyte, Inc. | SEC Form 8-K | 10/11/13 |
| Endocyte, Inc. | Press release titled "Endocyte Announces Phase 2b TARGET Trial Results Evaluating Vintafolide/Docetaxel Combination in Non-Small Cell Lung Cancer (NSCLC) Met the Primary Endpoint of Improved Progression Free Survival" | 03/21/14 |

21

| Company | Disclosure | Date |
|---------|-----------|------|
| Endocyte, Inc. | SEC Form 8-K | 03/25/14 |
| Endocyte, Inc. | Press release titled "Phase 2b Target Trial Results Show Improved Survival in Adenocarcinoma Non-Small Cell Lung Cancer Patients Treated With Endocyte's Vintafolide" | 09/27/14 |
| Endocyte, Inc. | SEC Form 8-K | 10/01/14 |
| Endocyte, Inc. | Press release titled "Endocyte, Inc. Prices Public Offering of Common Stock" | 03/27/15 |
| Evoke Pharma | Press release titled "Evoke Provides Additional Data Demonstrating Statistically Significant Benefit for Gimoti in Moderate to Severe Patients in Phase 3 Diabetic Gastroparesis Trial" | 01/04/17 |
| Evoke Pharma | Press release titled "Evoke Pharma Announces Pricing of Public Offering of Common Stock" | 02/26/17 |
| Evoke Pharma | Press release titled "Evoke Pharma Presents Gimoti Efficacy and Safety Data from Phase 3 Trial as Late Breaker at Digestive Disease Week 2017" | 05/10/17 |
| Exelixis Inc. | Press release titled "Exelixis Prices Public Offering of Common Stock" | 07/23/15 |
| Exelixis Inc. | FDA article titled "FDA grants regular approval to Cabometyx for first-line treatment of advanced renal cell carcinoma" | 12/19/17 |
| Exelixis, Inc. | SEC Form 8-K | 09/05/14 |
| Exelixis, Inc. | Press release titled "Exelixis Announces Positive Results from Phase 3 Pivotal Trial of Cobimetinib in Combination with Vemurafenib in Patients with BRAF V600 MutationPositive Advanced Melanoma" | 09/29/14 |

| Company | Disclosure | Date |
|---|---|---|
| Exelixis, Inc. | SEC Form 8-K | 07/20/15 |
| Exelixis, Inc. | Press release titled "Exelixis Announces Positive Top-Line Results from METEOR, the Phase 3 Pivotal Trial of Cabozantinib versus Everolimus in Patients with Metastatic Renal Cell Carcinoma" | 07/20/15 |
| Exelixis, Inc. | Transcript of Special Call | 07/20/15 |
| Exelixis, Inc. | Press release titled "Exelixis Prices Public Offering of Common Stock" | 07/23/15 |
| Exelixis, Inc. | Press release titled "Exelixis' Phase 3 CELESTIAL Trial of Cabozantinib Meets Primary Endpoint of Overall Survival in Patients with Advanced Hepatocellular Carcinoma" | 10/16/17 |
| Furiex Pharmaceuticals, Inc. | SEC Form 10-Q | 05/09/14 |
| Genentech, Inc. | Press release titled "Phase III Trial of Avastin Plus Chemotherapy Markedly Extends Survival of Metastatic Colorectal Cancer Patients" | 05/19/03 |
| Genentech, Inc. | Press release titled "Positive Results from Phase III Avastin Study in Metastatic Colorectal Cancer Presented at ASCO" | 06/01/03 |
| Gilead Sciences, Inc. | Press release titled "Gilead Announces Phase 3 Data Showing That the Fixed-Dose Combination of Ledipasvir/Sofosbuvir Achieved 100 Percent Sustained Virologic Response (SVR12) Among Patients with Chronic Hepatitis C in Japan" | 06/15/14 |
| Gilead Sciences, Inc. | SEC Form 10-Q | 08/04/14 |
| Halozyme Therapeutics, Inc. | SEC Form 8-K | 01/10/17 |

| Company | Disclosure | Date |
|---|---|---|
| ImmunoCellular Therapeutics, Ltd. | Press release titled "ImmunoCellular Therapeutics Phase II Study Demonstrates That Glioblastoma Patients Live Longer Without Disease Progression When Treated With ICT-107" | 12/11/13 |
| ImmunoCellular Therapeutics, Ltd. | SEC Form 8-K | 12/12/13 |
| Impax Pharmaceuticals | Press release titled "IPX066 Demonstrates Efficacy and Safety in ADVANCE-PD Phase III Study in Treatment of Advanced Parkinson's Disease" | 03/14/11 |
| Impax Pharmaceuticals | Press release titled "Impax Pharmaceuticals Announces IPX066 Demonstrates Efficacy and Safety in APEX-PD Phase III Study in Treatment of Early Parkinson's Disease" | 11/18/10 |
| Intarcia Therapeutics, Inc. | SEC Form S-1/A | 08/10/05 |
| Karyopharm Therapeutics, Inc. | Press release titled "Karyopharm Announces Successful Outcome from Phase 2 Portion of Phase 2/3 SEAL Study Evaluating Selinexor in Patients with Previously Treated Advanced Dedifferentiated Liposarcoma" | 09/20/17 |
| Karyopharm Therapeutics, Inc. | Press release titled "Karyopharm to Present Preclinical Data at the American Association for Cancer Research 2018 Annual Meeting" | 03/19/18 |
| La Jolla Pharmaceutical Company | Press release titled "La Jolla Pharmaceutical Announces Positive Pre-Clinical Data for Oral Galectin-3 Inhibitor in Nonalcoholic Steatohepatitis (NASH)" | 07/15/14 |
| La Jolla Pharmaceutical Company | Press release titled "La Jolla Pharmaceutical Company Closes Offering of Common Stock" | 07/28/14 |
| La Jolla Pharmaceutical Company | Press release titled "La Jolla Pharmaceutical Company Announces Portfolio Reprioritization" | 05/07/15 |

| Company | Disclosure | Date |
|---------|-----------|------|
| La Jolla Pharmaceutical Company | Press release titled "La Jolla Pharmaceutical Company Announces Positive Top-Line Results from ATHOS-3 Phase 3 Study of LJPC-501" | 02/27/17 |
| La Jolla Pharmaceutical Company | Press release titled "La Jolla Pharmaceutical Company Announces Pricing of Public Offering of Common Stock" | 03/23/17 |
| La Jolla Pharmaceutical Company | Press release titled "Results of ATHOS-3 Phase 3 Study of LJPC-501 Published in The New England Journal of Medicine" | 05/21/17 |
| Lilly, Eli and Company | SEC Form 10-K | 02/21/13 |
| Lilly, Eli and Company | SEC Form 10-Q | 10/30/13 |
| Lilly, Eli and Company | Press release titled "Lilly Announces CYRAMZA™ Phase III Second-Line Colorectal Cancer Trial Meets Primary Endpoint of Overall Survival" | 09/12/14 |
| Lilly, Eli and Company | Press release titled "Lilly Announces Phase 3 MONARCH 2 Breast Cancer Study of Abemaciclib Met Primary Endpoint of Progression-Free Survival" | 03/20/17 |
| Lilly, Eli and Company | Press release titled "Lilly to Present Results from Pivotal Breast Cancer Study of Abemaciclib and New Portfolio Data at ASCO 2017" | 05/17/17 |
| Madrigal Pharmaceuticals, Inc. (Synta Pharmaceuticals Corp.) | SEC Form 8-K | 06/03/13 |
| Mateon Therapeutics Inc. (OXiGENE, Inc.) | SEC Form 8-K | 03/12/14 |
| Mateon Therapeutics Inc. (OXiGENE, Inc.) | SEC Form 8-K | 11/10/14 |

| Company | Disclosure | Date |
|---|---|---|
| Mateon Therapeutics Inc. (OXiGENE, Inc.) | SEC Form 8-K | 05/24/16 |
| Medivation, Inc. | SEC Form 8-K | 10/22/13 |
| Medivation, Inc. | SEC Form 8-K | 05/07/15 |
| Merrimack Pharmaceuticals | Press release titled "Merrimack Pharmaceuticals Announces MM-398 Achieves Primary Endpoint of Overall Survival in Phase 3 Trial in Post-Gemcitabine Metastatic Pancreatic Cancer" | 05/01/14 |
| Merrimack Pharmaceuticals, Inc. | SEC Form 8-K | 05/01/14 |
| Merrimack Pharmaceuticals, Inc. | Press release titled "Merrimack Pharmaceuticals Presents Data From Phase 3 NAPOLI-1 Study at the ESMO 16th World Congress on Gastrointestinal Cancer" | 06/25/14 |
| Micromet, Inc. | SEC Form 425 | 03/24/06 |
| Novartis AG | SEC Form 6K | 12/12/08 |
| Novartis AG | SEC Form 6K | 12/13/10 |
| Novartis AG | Press release titled "Novartis reports positive results from Phase III trial of Kisqali® (ribociclib) combination therapy in premenopausal women with HR+/HER2-advanced or metastatic breast cancer" | 11/08/17 |
| Omeros Corporation | Press release titled "Omeros' Ophthalmology Product OMS302 Achieves Primary and Secondary Endpoints in Phase 3 Clinical Trial" | 03/13/12 |
| Omeros Corporation | Press release titled "Omeros' Ophthalmology Product OMS302 Achieves Primary and Secondary Endpoints in Phase 3 Clinical Trial" | 03/13/12 |

26

| Company | Disclosure | Date |
|---------|-----------|------|
| Omeros Corporation | Press release titled "Omeros Announces Closing of $34.5 Million Public Offering of Common Stock" | 07/02/12 |
| Omeros Corporation | Press release titled "Omeros Announces Closing of $34.5 Million Public Offering of Common Stock" | 07/02/2012 |
| Omeros Corporation | Press release titled "Submission of New Drug Application Planned for First Half of 2013" | 11/05/12 |
| Omeros Corporation | Press release titled "Omeros Corporation Reports Third Quarter 2012 Financial Results" | 11/09/12 |
| Omeros Corporation | Press release titled "Omeros Reports OMS302 Clinical Data Presented at the Annual ASCRS and ASOA Symposium and Congress" | 04/25/13 |
| Omeros Corporation | Press release titled "Omeros Submits New Drug Application to U.S. FDA for OMS302 - Submission of European Marketing Authorization Application Planned for this Quarter" | 08/01/13 |
| Omeros Corporation | Press release titled "Omeros to Present Data from OMS302 Phase 3 Clinical Program at the American Academy of Ophthalmology Annual Meeting" | 11/12/13 |
| Omeros Corporation | Press release titled "Omeros Receives FDA Approval of Omidria? for Use in Cataract and Other Intraocular Lens Replacement Procedures — Omeros to Host Conference Call Today at 4:30 p.m. ET " | 06/02/14 |
| Omeros Corporation | Press release titled "Omeros Corporation Announces FDA Approval of OMIDRIA® for Use in Pediatric Patients" | 12/12/17 |

| Company | Disclosure | Date |
|---|---|---|
| OncoGenex Pharmaceuticals, Inc. | SEC Form 8-K | 12/19/14 |
| OncoMed Pharmaceuticals, Inc. | SEC Form 8-K | 04/10/17 |
| OncoMed Pharmaceuticals, Inc. | SEC Form 8-K | 04/17/17 |
| Peregrine Pharmaceuticals, Inc. | SEC Form 8-K | 10/11/16 |
| Radius Health Inc. | Press release titled "Radius Health, Inc. Announces Closing of Public Offering of Common Stock and Full Exercise of Underwriters' Option to Purchase Additional Shares" | 01/28/15 |
| Radius Health Inc. | Press release titled "Radius Health, Inc. Announces Closing of Public Offering of Common Stock and Full Exercise of Underwriters' Option to Purchase Additional Shares" | 07/28/15 |
| Radius Health Inc. | Press release titled "FDA Approves Radius Health's TYMLOS™ (abaloparatide), a Bone Building Agent for the Treatment of Postmenopausal Women with Osteoporosis at High Risk for Fracture" | 04/28/17 |
| Radius Health, Inc. | Press release titled "Radius Announces Positive Phase 3 Top-Line Results for Its Investigational Drug Abaloparatide-SC in Postmenopausal Women With Severe Osteoporosis" | 12/21/14 |
| Radius Health, Inc. | Press release titled "Radius Announces Follow-Up on the Positive Phase 3 Top-Line Results for Its Investigational Drug Abaloparatide-SC in Postmenopausal Women With Severe Osteoporosis" | 01/12/15 |

| Company | Disclosure | Date |
|---|---|---|
| Radius Health, Inc. | SEC Form 8-K | 01/12/15 |
| Radius Health, Inc. | Press release titled "Radius Health, Inc. Announces Closing of Public Offering of Common Stock and Full Exercise of Underwriters' Option to Purchase Additional Shares" | 01/28/15 |
| Radius Health, Inc. | Press release titled "Radius Health, Inc. Announces Closing of Public Offering of Common Stock and Full Exercise of Underwriters' Option to Purchase Additional Shares" | 07/28/15 |
| Radius Health, Inc. | Press release titled "Radius Announces Publication of Additional Positive Results from the Phase 3 ACTIVE Trial of Abaloparatide-SC in JBMR" | 09/18/16 |
| Regeneron Pharmaceuticals, Inc. | SEC Form 10-Q | 05/08/14 |
| Repros Therapeutics Inc. | SEC Form 10-Q | 08/11/14 |
| Ritter Pharmaceuticals, Inc. | Press release titled "Ritter Pharmaceuticals Announces Lactose Intolerance Treatment, RP-G28, Demonstrated Efficacy and Clinically Meaningful Benefit in Phase 2b/3 Clinical Trial" | 03/28/17 |
| Roche | Press release titled "Roche's investigational medicine alectinib shrank tumours in nearly half of people with specific type of lung cancer" | 05/14/15 |
| Sanofi and Regeneron | Press release titled "Sanofi and Regeneron Report Positive Results with Sarilumab in First Phase 3 Rheumatoid Arthritis Registration Trial" | 11/22/13 |
| Sanofi-Aventis | SEC Form 6K | 06/08/07 |

| Company | Disclosure | Date |
|---|---|---|
| Seattle Genetics | Press release titled "Takeda and Seattle Genetics Announce Positive Data from Phase 3 ALCANZA Clinical Trial of ADCETRIS® (Brentuximab Vedotin) for CD30-Expressing Cutaneous T-Cell Lymphoma | 08/01/16 |
| Seattle Genetics | Street Insider article titled "Seattle Genetics (SGEN) Files 44.1M Share Common Stock Shelf for Selling Shareholders" | 10/12/16 |
| Seattle Genetics | Press release titled "Takeda and Seattle Genetics Report Positive Phase 3 ALCANZA Clinical Trial Data of ADCETRIS® (Brentuximab Vedotin) for CD30-Expressing Cutaneous T-Cell Lymphoma" | 12/03/16 |
| Seattle Genetics | Press release titled "Evoke Pharma Presents Gimoti Efficacy and Safety Data from Phase 3 Trial as Late Breaker at Digestive Disease Week 2017" | 05/10/17 |
| Seattle Genetics, Inc. | SEC Form 8-K | 09/29/14 |
| Seattle Genetics, Inc. | Transcript of Special Call | 09/29/14 |
| Spring Bank Pharmaceuticals, Inc. | Press release titled "Spring Bank Pharmaceuticals Presents Data on Immunomodulatory Agent SB 9200 at the 29th International Conference on Antiviral Research" | 04/21/16 |
| Spring Bank Pharmaceuticals, Inc. | Press release titled "Spring Bank Pharmaceuticals Announces Pricing of Initial Public Offering" | 5/06/16 |

| Company | Disclosure | Date |
|---|---|---|
| Spring Bank Pharmaceuticals, Inc. | Press release titled "Spring Bank Pharmaceuticals Announces Top-Line Results from the Initial Cohort of the Phase 2a Segment of the ACHIEVE Trial, a Global Phase 2 Clinical Trial for Chronic Hepatitis B Virus (HBV)" | 05/23/17 |
| Spring Bank Pharmaceuticals, Inc. | Press release titled "Spring Bank Pharmaceuticals Prices $37.5 Million Public Offering of Common Stock" | 06/22/17 |
| Spring Bank Pharmaceuticals, Inc. | Press release titled "Spring Bank Pharmaceuticals Announces Additional Inarigivir (formerly SB 9200) Results from the ACHIEVE Trial in HBV Patients at AASLD Conference" | 10/20/17 |
| Spring Bank Pharmaceuticals, Inc. | Press release titled "Spring Bank Pharmaceuticals Announces Positive Top-Line Results from the Second Cohort of Part A of the Phase 2 ACHIEVE Trial" | 11/15/17 |
| Synta Pharmaceuticals Corp. (Madrigal) | Business Wire article titled "Synta Pharmaceuticals Enters Into Agreement to Sell $5.0 Million in Common Stock Directly to an Affiliate of Synta Board Member Bruce Kovner" | 04/14/14 |
| Synta Pharmaceuticals Corp. (Madrigal) | Press release titled "Synta Pharmaceuticals Prices Public Offering of Common Stock" | 03/31/15 |
| Synta Pharmaceuticals Corp. (Madrigal) | BusinessWire article titled "Synta Announces Termination for Futility of Ganetespib Phase 3 GALAXY-2 Trial in Lung Cancer" | 10/20/15 |
| Synta Pharmaceuticals Corp. (Madrigal) | The ASCO Post article titled "No Improvement in Overall Survival With Addition of Ganetespib to Docetaxel in Patients With Non–Small Cell Lung Cancer" | 03/10/17 |

| Company | Disclosure | Date |
|---|---|---|
| Takeda Pharmaceutical Company Limited | Press release titled "Takeda Announces the Results of Phase 3 Trial of Trelagliptin Succinate (SYR-472) for the Treatment of Type 2 Diabetes Mellitus at the 50th EASD Annual Meeting" | 09/17/14 |
| Tesaro, Inc. | Press release titled "Tesaro Announces Successful Achievement of Primary Endpoint in Each of Two Phase 3 Trials of Rolapitant for the Prevention of Chemotherapy-Induced Nausea & Vomiting (CINV)" | 12/23/13 |
| Tesaro, Inc. | Press release titled "Tesaro Announces Successful Achievement of Primary and All Secondary Endpoints in Third and Final Phase 3 Trial of Rolapitant" | 05/12/14 |
| Tesaro, Inc. | Press release titled "Tesaro Summarizes Phase 3 Rolapitant Data Presented at the 2014 American Society of Clinical Oncology (ASCO) Annual Meeting and Provides an Update on Niraparib Development Strategy" | 06/01/14 |
| Tesaro, Inc. | SEC Form 10-Q | 07/25/14 |
| Tesaro, Inc. | SEC Form 8-K | 06/29/16 |
| Tesaro, Inc. | Press release titled "TESARO's Niraparib Significantly Improved Progression-Free Survival for Patients With Ovarian Cancer in Both Cohorts of the Phase 3 NOVA Trial" | 06/29/16 |
| Tesaro, Inc. | Press release titled "TESARO Announces Pricing of Public Offering of Common Stock" | 06/30/16 |
| Tesaro, Inc. | Press release titled "TESARO Announces Pricing of Public Offering of Common Stock" | 06/30/16 |
| Tesaro, Inc. | Press release titled "TESARO and ENGOT Announce Presentation of Successful Niraparib Phase 3 ENGOT-OV16/NOVA Trial Results During ESMO 2016" | 10/08/16 |

| Company | Disclosure | Date |
|---|---|---|
| Tesaro, Inc. | Press release titled "TESARO and ENGOT Announce Presentation of Successful Niraparib Phase 3 ENGOT-OV16/NOVA Trial Results During ESMO 2016" | 10/08/16 |
| Threshold Pharmaceuticals (Molecular Templates) | Market Wired article titled "Threshold Pharmaceuticals Announces Pricing of $30 Million Offering of Common Stock and Warrants" | 02/12/15 |
| Threshold Pharmaceuticals (Molecular Templates) | Reuters article titled "UPDATE 2-Merck KGaA, Threshold drug fails in late-stage cancer trials" | 12/07/15 |
| Threshold Pharmaceuticals (Molecular Templates) | Seeking Alpha article titled "FDA says Threshold's evofosfamide trial data not there to support an NDA filing" | 06/06/16 |
| Threshold Pharmaceuticals, Inc. | Press release titled "Threshold Pharmaceuticals to Present Updated Data from Phase 2b Clinical Trial of TH-302 in Combination with Gemcitabine in Advanced Pancreatic Cancer at ESMO 2012 Congress" | 09/17/12 |
| Verastem, Inc. | Press release titled "Verastem Announces Positive Top-line Data from the Pivotal Phase 3 DUO™ Study in Relapsed or Refractory Chronic Lymphocytic Leukemia and Small Lymphocytic Lymphoma" | 09/06/17 |
| Verastem, Inc. | Press release titled "Verastem Announces Positive Top-line Data from the Pivotal Phase 3 DUO™ Study in Relapsed or Refractory Chronic Lymphocytic Leukemia and Small Lymphocytic Lymphoma" | 09/06/17 |
| Verastem, Inc. | Press release titled "Verastem Announces Regulatory Strategy for Duvelisib New Drug Application Following Guidance from FDA" | 10/31/17 |

| Company | Disclosure | Date |
|---|---|---|
| Verastem, Inc. | Press release titled "Verastem Announces Data from Phase 3 DUO Study Selected for Oral Presentation at the American Society of Hematology 2017 Annual Meeting" | 11/01/17 |
| Verastem, Inc. | Press release titled "Verastem to Present Results from Pivotal Phase 3 DUO Study in Chronic Lymphocytic Leukemia and Small Lymphocytic Lymphoma at a Research and Development Event at ASH 2017" | 12/05/17 |
| Verastem, Inc. | Press release titled "Verastem Announces Clinical Data from the Pivotal Phase 3 DUO™ Study: Duvelisib Significantly Improves Progression Free Survival in Relapsed or Refractory Chronic Lymphocytic Leukemia and Small Lymphocytic Lymphoma" | 12/10/17 |
| Verastem, Inc. | Press release titled "Verastem Announces the Presentation of Phase 1 Duvelisib Combination Data in T-Cell Lymphomas at the ASH 2017 Annual Meeting" | 12/11/17 |
| Verastem, Inc. | Press release titled "Verastem Announces Public Offering of Common Stock" | 12/14/17 |
| Verastem, Inc. | Press release titled "Verastem Submits New Drug Application to U.S. FDA for Duvelisib for the Treatment of Patients with Relapsed or Refractory Chronic Lymphocytic Leukemia/Small Lymphocytic Lymphoma and Follicular Lymphoma" | 02/07/18 |
| Vertex Pharmaceutical Incorporated | Press release titled "Vertex Announces Upcoming Presentations of Data at North American Cystic Fibrosis Conference" | 09/08/14 |

| Company | Disclosure | Date |
|---------|-----------|------|
| Vertex Pharmaceuticals Incorporated | Press release titled "Two 24-Week Phase 3 Studies of Lumacaftor in Combination with Ivacaftor Met Primary Endpoint with Statistically Significant Improvements in Lung Function (FEV1) in People with Cystic Fibrosis who have Two Copies of the F508del Mutation" | 06/24/14 |
| ZIOPHARM Oncology, Inc. | Press release titled "ZIOPHARM Announces Clinical Data on Ad-RTS-hIL-12 Demonstrates Survival Benefits in Patients with Recurrent Brain Cancer" | 11/17/2016 |
| ZIOPHARM Oncology, Inc. | Press release titled "ZIOPHARM Oncology to Present Updated Clinical Results of Gene Therapy Candidate Ad-RTS-hIL-12 + Veledimex in Recurrent Glioblastoma at the 2017 ASCO Annual Meeting" | 4/20/17 |
| ZIOPHARM Oncology, Inc. | Press release titled "ZIOPHARM Oncology Announces Pricing of $50 Million Follow-On Offering of Common Stock" | 05/12/17 |
| ZIOPHARM Oncology, Inc. | Press release titled "ZIOPHARM Presents Positive Updated Results of Ad-RTS-hIL-12 Study in Brain Cancer at Society for Neuro-Oncology Annual Meeting" | 11/20/17 |
| Zogenix | Press release titled "Zogenix Announces Positive Top-line Results from Pivotal Phase 3 Clinical Trial of ZX008 in Dravet Syndrome" | 09/29/17 |