# EXHIBIT 3

## **AMENDED EXHIBIT C**
## **LIST OF MATERIALS CONSIDERED**

**Documents:**

- Puma Business Update Call Transcript, July 22, 2014 (PUMA00001276-1286)

- Neratinib Protocol 3144A2-3004-WW, Top-line Efficacy Analysis, Part A (2 years + 28 days) (PUMA00014627-14655)

- Puma Statistical Analysis Plan, Study Protocol No. 3144A2-3004-WW, July 3, 2014 (PUMA00131995-132050)

- Original Neratinib Study Protocol (HKI-272) 3144A2-3004-WW, April 29, 2009 (PUMA00236461-236465)

- Puma SEC Form 8-K, filed July 22, 2014 (PUMA00239562-239569)

- First Amended Complaint for Violations of the Federal Security Laws (Dkt. 138), filed June 6, 2017 in *Hsingching Hsu v. Puma Biotechnology, Inc.*

- ASCO Abstract No. 508, released May 13, 2015

- ASCO Conference presentation slides, June 1, 2015 (PUMA00219815)

- **ASCO Confidentiality Policy (HsuvPumaASCO_000004020-4023)**

- **ASCO Confidentiality Policy (HsuvPumaASCO_000004024-4025)**


**Deposition Transcripts:**

- Auerbach, Alan taken 01/28/18

- Bryce, Richard taken 09/22/17

- Collett, Cheryl taken 05/24/17

- Collett, Cheryl taken 09/27/17 (rough)

- Jamie Von Roenn, Jamie, taken 08/30/17

- Schmidt, Eric taken 10/24/17

- Segal, Judith Bebchuk, taken 08/30/17

- Segal, Judith Bebchuk taken 11/30/17

- Shrader, Thomas taken 10/13/17

- Wilson, Troy taken 04/03/18

- Wong, Alvin taken 10/27/17

- Yao, Bin taken 11/02/17

- 

**FDA NERLYNX Materials:**
**(Available at:  https://www.accessdata.fda.gov/drugsatfda_docs/nda/2017/**
**208051Orig1s000TOC.cfm)**

- **Approved NERLYNX Labeling**

- **Multi-Discipline Review (Summary Review, Office Director, Cross Discipline Team Leader Review, Clinical Review, Non-Clinical Review, Statistical Review, Clinical Pharmacology Review)**

**Data and Databases:**

- Google (https://www.google.com)

- PubMed (https://www.ncbi.nlm.nih.gov/pubmed/)

- "Meeting Library, ASCO University" (https://meetinglibrary.asco.org/)

- Clinicaltrials.gov (https://clinicaltrials.gov/)

- The Endocrine Society website (https://www.endocrine.org/)

- Array BioPharma website (http://www.arraybiopharma.com/)

- ASH 2015 Meeting abstract search engine (http://www.bloodjournal.org/content/126/23)

**Drug Labels:**

- ABRAXANE label (09/2013 version)

- ADCETRIS® label (08/2015 version)

- ADYNOVATE® label (07/2017 version)

- ALECENSA (alectinib) label (11/2017 version)

- Avastin (bevacizumab) label (12/2016 version)

- Avastin (bevacizumab) original label (02/26/04)

- CABOMETYX label (04/2016 version)

- COTELLIC label (05/2016 version)

- COTELLIC label (11/2015 version)

- CYRAMZA label (03/2017 version)

- HARVONI label (04/2017 version)

- KEVZARA® (sarilumab) label (05/2017 version)

- Kisqali (ribociclib) label (03/2017 version)

- Omidria™ (phenylephrine and ketorolac injection) label (12/2017 version)

- ONIVYDE label (10/2017 version)

- ORKAMBI (lumacaftor/ivacaftor) label (01/2018 version)

- RYTARY (carbidopa /levodopa) extended-release capsules label (10/2016 version)

- RYTARY (carbidopa/levodopa) extended-release capsules label (10/2016 version)

- TYMLOS label (04/2017 version )

- VERZENIO (abemaciclib) label (09/2017 version)

- XTANDI label (09/2014 and 07/2017 versions)

- ZEJULA (niraparib) label (08/2017 version)


**FDA Materials:**
- ADCETRIS® sBLA Approval Letter, 08/17/15

- ADYNOVATE® FDA Clinical Review, 11/09/15

- ADYNOVATE® FDA Statistical Review, 11/09/15

- ALCENSA (alectinib) FDA Cross-Disciplinary Team Leader Review, 11/25/15

- ALCENSA (alectinib) FDA Medical Review(s), 12/09/15, 11/10/15

- ALCENSA (alectinib) FDA Office Director Memo, 12/11/15

- ALCENSA (alectinib) FDA Statistical Review, 08/07/15

- ALCENSA (alectinib) FDA Summary Review, 12/09/15

- Avastin (bevacizumab) Approval Letter, 02/26/04

- Avastin (bevacizumab) FDA Clinical Review (parts 1 and 2), 02/25/04 and 01/26/04

- Avastin (bevacizumab) FDA Statistical Review, 12/23/04

- CABOMETYX NDA Approval Letter, 04/25/16

- COITELIC (cobimetinib) FDA Summary Review, by Patricia Keegan, 11/04/15

- CYRAMZA sBLA Approval Letter, 04/24/15

- KEVZARA® (sarilumab) FDA Summary Review, 05/22/17

- Kisqali (ribociclib) FDA Multi-Disciplinary Review, 03/0/17

- Kisqali (ribociclib) FDA Summary Review, 03/15/17

- Omidria™ (phenylephrine and ketorolac injection) FDA Cross Discipline Team Leader Review, 05/16/14

- Omidria™ (phenylephrine and ketorolac injection) FDA Medical Review / Deputy Director Review, 05/09/14

- Omidria™ (phenylephrine and ketorolac injection) FDA Summary Review, 05/30/14

- Omidria™ FDA Cross Discipline Team Leader Review, 05/27/14

- ONIVYDE  (irinotecan liposome injection) FDA Medical Officer's Review, 09/30/15

- ONIVYDE  (irinotecan liposome injection) FDA Summary Review, 10/22/15

- ORKAMBI  FDA Office Director Memo, 07/02/15

- ORKAMBI  FDA Summary Review, 06/25/15

- RYTARY (carbidopa/levodopa) extended-release capsules FDA Administrative and Correspondence Documents file for Application No. 203312Orig1s000

- RYTARY (carbidopa/levodopa) extended-release capsules FDA Cross Discipline Team Leader Review file for Application No. 203312Orig1s000

- RYTARY (carbidopa/levodopa) extended-release capsules FDA Medical Review(s) File for Application No. 203312Orig1s000

- RYTARY (carbidopa/levodopa) extended-release capsules FDA Summary Review for Application No. 203312Orig1s000, by Eric Bastings, Jan. 7, 2015

- TYMLOS (abaloparatide) FDA Summary Review, 04/27/17

- Varubi (rolapitant) FDA Approval Letter, 10/25/17

- Varubi (rolapitant) FDA Medical Review, 05/12/15

- Varubi (rolapitant) FDA Office Director Memo, 08/31/15

- Varubi (rolapitant) FDA Statistical Review, 05/26/15

- Varubi (rolapitant) FDA Summary Review, 09/01/15

- VERZENIO (abemaciclib) FDA Approval Letter, 09/28/17

- VERZENIO (abemaciclib) FDA Multi-Discipline Review, 09/28/17

- XTANDI Prior Approval sNDA Approval Letter, 09/10/14

- ZEJULA (niraparib) FDA Administrative and Correspondence Documents file for
  Application No. 208447Orig1s000e

- ZEJULA (niraparib) FDA Approval Letter, 03/27/17

- ZEJULA (niraparib) FDA Multi-Discipline Review file (Executive Summary, Nonclinical
  Pharmacology/Toxicology, Clinical Pharmacology, Statistical and Clinical Evaluation file for
  Application No. 208447Orig1s000

- ZEJULA (niraparib) FDA Other Review(s) file for Application No. 208447Orig1s000


**Conference Abstracts and Related Documents:**

ASCO 2012

- Abstract 4006, "*Tivantinib (ARQ 197) versus placebo in patients (Pts) with hepatocellular
  carcinoma (HCC) who failed one systemic therapy: Results of a randomized controlled phase
  II trial (RCT)*"

- Abstract 4501, Presentation Slide Deck

ASCO 2013

- Abstract 4005, *Results of a randomized phase III trial (MPACT) of weekly nab-paclitaxel
  plus gemcitabine versus gemcitabine alone for patients with metastatic adenocarcinoma of
  the pancreas with PET and CA19-9 correlates,* 05/31/2013 – 06/05/2013

ASCO GI 2013

- Abstract LBA4, Presentation Slide Deck, *Randomized phase III study of weekly nab-
  paclitaxel plus gemcitabine versusgemcitabine alone in patients with metastatic
  adenocarcinoma of the pancreas (IMPACT),* presented 01/25/13

ASCO 2014

- Abstract 9636, 06/01/14, Poster on Rolapitant in MEC

- Abstract 9638, 06/01/14, Poster on Rolapitant in HEC

- Abstract 2005, Presentation Slide Deck

ASCO 2015

- Abstract, *Docetaxel + ramucirumab (DR) versus docetaxel + placebo (D) as second-line treatment for advanced non-small cell lung cancer (NSCLC): A randomized, phase II, double-blind, multicenter trial in Japan*

<u>ASCO GI 2015</u>

- Abstract 512, *RAISE: A randomized, double-blind, multicenter phase III study of irinotecan, folinic acid, and 5-fluorouracil (FOLFIRI) plus ramucirumab (RAM) or placebo (PBO) in patients (pts) with metastatic colorectal carcinoma (CRC) progressive during or following first-line combination therapy with bevacizumab (bev), oxaliplatin (ox), and a fluoropyrimidine (fp)*, J Clin Oncol, 33, 2015 (suppl 3; abstr 512); presented 01/17/15

<u>ASCO 2016</u>

- Abstract 9500, 06/03/16 – 06/07/16, Presentation Slide Deck

- Choueiri, T. Presentation, *Overall survival in METEOR, a randomized phase 2=3 trail of cabozantinib versus everolimus in patients with advanced renal cell carcinoma*

<u>ASCO 2017</u>

- Abstract 1000, 06/03/17

<u>ESMO 2012</u>

- Abstract 666O, 09/29/12

<u>ESMO 2014</u>

- Abstract LBA5_PR

- Abstract LBA40_PR

<u>ESMO 2015</u>

- Abstract No. 4LBA, Choueiri, T. et al., *Cabozantinib versus everolimus in patients with advanced renal cell carcinoma: Results of the randomized phase 3 METEOR trial*, , S708-S709

<u>ESMO 16th World Congress on Gastrointestinal Cancer 2014</u>

- Abstract #O-0003, 06/25/14 – 06/26/2014

<u>ESMO 2017</u>

- Abstract 12150, 09/08/17 – 09/12/17, Presentation Slide Deck (COLUMBUS study part 2 of 2)

<u>AAAAI 2014 [American Academy of Allergy, Asthma & Immunology]</u>

- Abstract 13

ACR/ARHP Annual Meeting 2015
[American College of Rheumatology/Association of Rheumatology Health Professionals]

- Abstract 970

ARVO 2014 Annual Meeting [Association for Research in Vision and Ophthalmology]

- Unnumbered Abstract, Whitaker, S. et al., *Two Phase 3 Trials of Bisulfite- and Preservative-Free OMS302 in Irrigation Solution for Maintenance of Mydriasis, Prevention of Miosis, and Reduction of Postoperative Pain in Intraocular Lens Replacement (ILR),* Investigative Ophthalmology & Visual Science, April 2014, Vol. 55, 2550

ASH 2017 [American Society of Hematology]

- Abstract 493, 12/10/17

EASD 2014 [European Foundation for the Study of Diabetes]

- Abstract 812

European Cancer Congress 2015

- Abstract No. 4LBA, Cabozantinib versus everolimus in patients with advanced renal cell carcinoma: Results of the randomized phase 3 METEOR trial

ICE/ENDO 2015 [International Society of Endocrinology & The Endocrine Society]

- Abstract 22577, 03/05/15

Movement Disorder Society 15th International Congress of Parkinson's Disease and Movement Disorders, 2011

- Abstract 407, 06/05/11 – 06/09/11

SMR (Society for Melanoma Research) 2016:

- 11/06/16 – 11/09/16 Presentation Slide Deck (COLUMBUS study part 1 of 2) (unable to identify the abstract number for this presentation)

## Journal Articles

Ascierto, P.A. et al., *Cobimetinib combined with vemurafenib in advanced BRAFV600-mutant melanoma (coBRIM): updated efficacy results from a randomised, double-blind, phase 3 trial,* Lancet Oncol, 2016;17(9):1248-60

Azcarate-Peril, M.A. et al., *Impact of short-chain galactooligosaccharides on the gut microbiome of lactose-intolerant individuals,* Proc Natl Acad Sci, *USA* 2017 Jan 17;114(3):E367-E375

Beer T.M. et al., *Enzalutamide in Men with Chemotherapy-naïve Metastatic Castration-resistant Prostate Cancer: Extended Analysis of the Phase 3 PREVAIL Study,* Eur Urol, 2017 Feb;71(2):151-154. Epub 2016 Jul 28. (update)

Beer T.M. et al., *Enzalutamide in Metastatic Prostate Cancer before Chemotherapy*, N Engl J Med, 2014 Jul 31;371(5): 424-33. Epub 2014 Jun 1. (orig results)

Borad, M.J. et al., *Randomized Phase II Trial of Gemcitabine. Plus TH-302 Versus Gemcitabine in Patients With Advanced Pancreatic Cancer,* J Clin Oncol, 33:1475-1481 (May 1, 2015)

Carbone, D.P. et al., *First-Line Nivolumab in Stage IV or Recurrent Non–Small-Cell Lung Cancer,* N Engl J Med, 2017; 376:2415-26 (abstract only)

Choueiri, T. et al., *Cabozantinib versus Everolimus in Advanced Renal-Cell Carcinom*m N Engl J Med, 2015 Nov 5;373(19):1814-23 (original results)

Choueiri, T. et al., *Cabozantinib versus everolimus in advanced renal cell carcinoma (METEOR): final results from a randomised, open-label, phase 3 trial.* Lancet Oncol, 2016 Jul;17(7): 917-927 (final results)

Chren, M.M. et al., *Skindex, a quality-of-life measure for patients with skin disease: reliability, validity, and responsiveness,* J Invest Dermatol, 1996;107:707-713

Chren, M.M., *The Skindex Instruments to Measure the Effects of Skin Disease on Quality of Life,* Dermatol Clin, 2012 April 30(2):231-236

Cowan, A. et al., *Targeting itch with ligands selective for κopioid receptors,* Handb Exp Pharmacol, 2015;226:291-314 (abstract only)

de la Cruz-Merino, L. et al., *Clinical features of serous retinopathy observed with cobimetinib in patients with BRAF-mutated melanoma treated in the randomized coBRIM study,* J Transl Med, 2017 Jun 24; 15(1):146 (pages 1-9)

deWilde, S. et al., *The possibility of obtaining marketing authorization of orphan pharmaceutical compounding preparations: 3,4-DAP for Lambert-Eaton Myasthenic Syndrome,* Eur J Pharm Sci, 2017 Nov 28;114:24-29. doi: 10.1016/j.ejps. 2017.11.025. [Epub ahead of print] (abstract only)

Dummer, R. et al., *Binimetinib versus dacarbazine in patients with advanced NRAS-mutant melanoma (NEMO): a multicentre, open-label, randomised, phase 3 trial,* Lancet Oncol, 2017;18:435-45.

Dummer, R. et al., *Results of NEMO: A phase III trial of binimetinib (BINI) vs dacarbazine (DTIC) in NRAS-mutant cutaneous melanoma,* J Clin Oncol, 34, 2016 (suppl; abstr 9500)

Elborn, J.S. et al., *Efficacy and safety of lumacaftor/ivacaftor combination therapy in patients with cystic fibrosis homozygous for Phe508del CFTR by pulmonary function subgroup: a pooled analysis,* Lancet Respir Med, 4:617-26 (Aug 2016)

ESMO 2016 Press Release:  Ribociclib Improves Progression-free Survival in Advanced Breast Cancer, Oct. 8, 2016

Flinn, I.W. et al., *Duvelisib, a novel oral dual inhibitor of PI3K-δ,γ, is clinically active in advanced hematologic malignancies,* Blood. 2017 Nov 30. pii: blood-2017-05-786566. doi: 10.1182/blood-2017-05-786566. [Epub ahead of print] (abstract only)

Gadgeel, S.M. et al., *Pooled Analysis of CNS Response to Alectinib in Two Studies of Pretreated Patients With ALK-Positive Non-Small-Cell Lung Cancer,* J Clin Oncol, 2016 Dec;34(34):4079-4085. Epub 2016 Oct 31

Garg, M. et al., *Molecular mechanism and therapeutic implications of selinexor (KPT-330) in liposarcoma,* Oncotarget *2017*;8(5):7521-7532

Genetic Engineering News, *ArQule, Daiichi Sankyo Say Cancer Candidate Tivantinib Fails Phase III Trial,* Feb. 17, 2017 (https://www.genengnews.com/gen-news-highlights/ arqule-daiichi-sankyo-say-cancer-candidate-tivantinib-fails-phase-iii-trial/ 81253902)

Genovese, M.C. et al., *Sarilumab Plus Methotrexate in Patients With Active Rheumatoid Arthritis and Inadequate Response to Methotrexate: Results of a Phase III Study,* Arthritis Rheumatol, 2015; 67:1424-1437

Goetz, C.G. et al., *Movement Disorder Society-Sponsored Revision of the Unified Parkinson's Disease Rating Scale (MDS-UPDRS): Process, Format, and Clinimetric Testing Plan,* Movement Disorders, 22(1):41-47 (2007) (MDS-UPDRS)

Gounder, M.M. et al., *Phase IB Study of Selinexor, a First-in-Class Inhibitor of Nuclear Export, in Patients With Advanced Refractory Bone or Soft Tissue Sarcoma,* J Clin Oncol, 34:3166-3174

Graff J.N. et al., *Efficacy and safety of enzalutamide in patients 75 years or older with chemotherapy-naive metastatic castrationresistant prostate cancer: results from PREVAIL,* Ann Oncol, 2016 Feb;27(2):286-94. Epub 2015 Nov 16.  (75+ y/o cohort)

Hassan, S.S. et al., *Vaginal progesterone reduces the rate of preterm birth in women with a sonographic short cervix: a multicenter, randomized, double-blind, placebo-controlled trial,* Ultrasound Obstet Gynecol, 2011, 38:18-31

Hauser, R.A. et al., *Extended-release carbidopa-levodopa (IPX066) compared with immediate-release carbidopa-levodopa in patients with Parkinson's disease and motor fluctuations: a phase 3 randomised, double-blind trial,* Lancet Neurol, 2013 Apr; 12(4):346-356; (Epub 2013 Feb 26) (abstract only)

Hortobagyi, G.N. et al., *Ribociclib as First-Line Therapy for HR-Positive, Advanced Breast Cancer,* N Engl J Med, 2016;375:1738-48.

Hovanesian. J.A. et al., *Intracameral phenylephrine and ketorolac during cataract surgery to maintain intraoperative mydriasis and reduce postoperative ocular pain: Integrated results from 2 pivotal phase 3 studies,* J Cataract Refract Surg, 2015; 41:2060–2068; U.S. NIH. Safety and Efficacy of OMS302 in Subjects Undergoing Intraocular Lens Replacement with Phacoemulsification (OMS302-ILR-003). NCT01454063. Available at: https://clinicaltrials.gov/ct2/show/NCT01454063

Hurwitz, H. et al., *Bevacizumab plus Irinotecan, Fluorouracil, and Leucovorin for Metastatic Colorectal Cancer,* N Engl J Med, 2004; 350:2335-42

Inagaki, N. et al., *Once-weekly trelagliptin versus daily alogliptin in Japanese patients with type 2 diabetes: a randomised, double-blind, phase 3, non-inferiority study,* Lancet, 3(3):191-197 (Mar. 2015)

Kim C.S. et al., T*he PREVAIL trial of enzalutamide in men with chemotherapy-naïve, metastatic castration-resistant prostate cancer: Post hoc analysis of Korean patients*, Investig Clin Urol, 2016 May;57(3):174-83. Epub 2016 May 10. (Korean cohort)

Konkle, B.A. et al., *Pegylated, full-length, recombinant factor VIII for prophylactic and on-demand treatment of severe hemophilia A.,* Blood, 2015; 126(9):1078-85.

~~Konkle, B.A. et al., *Pegylated, full-length, recombinant factor VIII for prophylactic and on-demand treatment of severe hemophilia A.,* Blood, 2015; 126(9):1078-85~~

Kuczmarski, T. et al., How do Medical Societies Select Science for Conference Presentation? How Should They? *West J Emerg Med,* 2015 Jul;16(4):543-50

Larkin, J. et al., *Combined vemurafenib and cobimetinib in BRAF-mutated melanoma,* N Eng J Med, 2014; 371(20):1867-76

Lindstrom, R.L. et al., *Intracameral phenylephrine and ketorolac injection (OMS302) for maintenance of intraoperative pupil diameter and reduction of postoperative pain in intraocular lens replacement with phacoemulsification,* Clinical Ophthalmology, 2014,8: 1735–1744

~~Lindstrom, R.L. et al., *Intracameral phenylephrine and ketorolac injection (OMS302) for maintenance of intraoperative pupil diameter and reduction of postoperative pain in intraocular lens replacement with phacoemulsification,* Clinical Ophthalmology, 2014,8: 1735–1744~~

Loriot Y. et al., *Effect of enzalutamide on health-related quality of life, pain, and skeletal-related events in asymptomatic and minimally symptomatic, chemotherapy-naive patients with*

metastatic castration-resistant prostate cancer (PREVAIL): results from a randomised, phase 3 trial, Lancet Oncol, 2015 May;16(5):509-21. Epub 2015 Apr 14. (QOL and SRE)

McArthur, Grant et al., coBRIM:  Phase 3, Double-Blind, Placebo-Controlled Study of Vemurafenib + Cobimitinib Versus Vemurafenib in Previously Untreated BRAF^V600 Mutation-Positive Metastatic Melanoma, ESMO Presentation, Sept. 26-30, 2014

Miller, P.D. et al., Effect of Abaloparatide vs Placebo on New Vertebral Fractures in Postmenopausal Women With Osteoporosis: A Randomized Clinical Trial, JAMA, 2016 Aug. 16;316(7): 722-33

Mirza, M.R. et al., Niraparib Maintenance Therapy in Platinum-Sensitive, Recurrent Ovarian Cancer, N Engl J Med, 2016 Dec. 1;375 (22): 2154-2164

Mizokami M et al., Ledipasvir and sofosbuvir fixed-dose combination with and without ribavirin for 12 weeks in treatment-naive and previously treated Japanese patients with genotype 1 hepatitis C: an open-label, randomised, phase 3 trial, Lancet Infect Dis, 2015;15(6):645-53

Moskowitz, C.H. et al., Brentuximab vedotin as consolidation therapy after autologous stem-cell transplantation in patients with Hodgkin's lymphoma at risk of relapse or progression (AETHERA): a randomised, double-blind, placebo-controlled, phase 3 trial, Lancet 2015 May 9;385(9980):1853-62 (original results)

Motzer, R. et al., Tivozanib versus sorafenib as initial targeted therapy for patients with metastatic renal cell carcinoma: results from a phase III trial, J Clin Oncol, 2013;31:3791-3799

NIH. Safety, Efficacy and PK of OMS302 in Subjects Under-going Intraocular Lens Replacement with Phacoemulsification (OMS302-ILR-004). NCT01579565. Available at: https://clinicaltrials.gov/ct2/show/NCT01579565.

Obermannová, R. et al., Subgroup analysis in RAISE: a randomized, double-blind phase III study of irinotecan, folinic acid, and 5-fluorouracil (FOLFIRI) plus ramucirumab or placebo in patients with metastatic colorectal carcinoma progression, Ann Oncol, 2016 Nov;27(11): 2082-2090

Oh S. et al., Amifampridine phosphate (FirdapseTM) is safe and effective in a pivotal Phase 3 trial in LEMS patientsv, Neurology, April 06, 2015; 84 (14 Supplement) April 24, 2015 (http://n.neurology.org/content/84/14_Supplement/PL2.001)

Pahwa, R. et al., Randomized trial of IPX066, carbidopa/levodopa extended release, in early Parkinson's disease, Parkinsonism and Related Disorders, 20(2): 142-148 (2014)

Peters, S. et al., Alectinib versus Crizotinib in Untreated ALK-Positive Non–Small-Cell Lung Cancer, N Engl J Med, 2017; 377:829-838 (Aug 31, 2017) (abstract only)

Rapoport, B.L. et al., Efficacy and safety of rolapitant for prevention of chemotherapy-induced nausea and vomiting over multiple cycles of moderately or highly emetogenic chemotherapy, Eur J Cancer, 2016 Apr;57:23-30. Epub 2016 Feb 4

Rapoport, B.L. et al., *Efficacy and safety of rolapitant for prevention of chemotherapy-induced nausea and vomiting over multiple cycles of moderately or highly emetogenic chemotherapy,* Eur J Cancer, 2016 Apr;57:23-30. Epub 2016 Feb 4

Rapoport, B.L. et al., *Safety and efficacy of rolapitant for prevention of chemotherapy-induced nausea and vomiting after administration of cisplatin-based highly emetogenic chemotherapy in patients with cancer: two randomised, active-controlled, double-blind, phase 3 trials,* Lancet Oncol, 2015 Sep;16(9): 1079-1089. Epub 2015 Aug 10 (abst. only)

Rapoport, B.L. et al., *Safety and efficacy of rolapitant for prevention of chemotherapy-induced nausea and vomiting after administration of cisplatin-based highly emetogenic chemotherapy in patients with cancer: two randomised, active-controlled, double-blind, phase 3 trials*. Lancet Oncol, 2015 Sep;16(9): 1079-1089. Epub 2015 Aug 10 (abstract only)

Sanders, D.B. et al., *3,4-diaminopyridine base effectively treats the weakness of Lambert-Eaton myasthenia,* Muscle Nerve, 2017 Dec 27. doi: 10. 1002/mus.26052. [Epub ahead of print] (abstract only)

Santoro, A. et al., *Tivantinib for second-line treatment of advanced hepatocellular carcinoma: A randomised, placebo-controlled phase 2 study,* Lancet Oncology, 14(1):55-63 (Jan 2013) (abstract only)

Savaiano, D.A. et al., *Improving lactose digestion and symptoms of lactose intolerance with a novel galacto-oligosaccharide (RP-G28): a randomized, double-blind clinical trial,* Nutrition Journal, 2013, 12:160ff.

Schwartzberg, L.S. et al., *Safety and efficacy of rolapitant for prevention of chemotherapy-induced nausea and vomiting after administration of moderately emetogenic chemotherapy or anthracycline and cyclophosphamide regimens in patients with cancer: a randomised, active-controlled, double-blind, phase 3 trial,* Lancet Oncol. 2015 Sep; 16(9): 1071-1078. Epub 2015 Aug 10 (abstract only)

Schwartzberg, L.S. et al., *Safety and efficacy of rolapitant for prevention of chemotherapy-induced nausea and vomiting after administration of moderately emetogenic chemotherapy or anthracycline and cyclophosphamide regimens in patients with cancer: a randomised, active-controlled, double-blind, phase 3 trial,* Lancet Oncol, 2015 Sep; 16(9): 1071-1078. Epub 2015 Aug 10 (abstract only)

Shaw, A.T. et al., *Alectinib in ALK-positive, crizotinib-resistant, non-small-cell lung cancer: a single-group, multicentre, phase 2 trial,* Lancet Oncol, 2016 Feb; 17(2):234-242

Sledge, G.W. et al., *MONARCH 2: Abemaciclib in Combination With Fulvestrant in Women With HR+/HER2- Advanced Breast Cancer Who Had Progressed While Receiving Endocrine Therapy,* J Clin Oncol, 35:2875-2884.

Tabernero, J. et al., *Ramucirumab versus placebo in combination with second-line FOLFIRI in patients with metastatic colorectal carcinoma that progressed during or after fi rst-line therapy with bevacizumab, oxaliplatin, and a fl uoropyrimidine (RAISE): A randomised, double-blind, multicentre, phase 3 study,* Lancet Oncol, 2015 May;16(5): 499-508. Epub 2015 Apr 12

Taylor-Robinson, D. et al., *Understanding the natural progression in %FEV1 decline in patients with cystic fibrosis: a longitudinal study,* Thorax, (2012). doi:10.1136/thoraxjnl-2011-200953

Von Hoff, D., 2013 Gastrointestinal Cancers Symposium presentation, "Randomized Phase III Study of Weekly nab-Paclitaxel plus Gemcitabine vs Gemcitabine Alone in Patients with Metastatic Adenocarcinoma of the Pancreas (MPACT), presentation at 2013 Gastrointestinal Cancers Symposium

Von Hoff, D.D. et al*., Increased Survival in Pancreatic Cancer with nab-Paclitaxel plus Gemcitabine,* N Engl J Med, 2013; 369:1691-1703

Wainwright ,C.E. et al., *Lumacaftor–Ivacaftor in Patients with Cystic Fibrosis Homozygous for Phe508del CFTR,* N Engl J Med, 373(3):220-31 (July 16, 2015)

Wang-Gillam, A. et al., *Nanoliposomal irinotecan with fluorouracil and folinic acid in metastatic pancreatic cancer after previous gemcitabine-based therapy (NAPOLI-1): A global, randomised, open-label, phase 3 trial,* Lancet, 2016 Feb 6;387(10018):545-57

Wen, P.Y. et al., *A randomized, double-blind, placebo-controlled phase 2 trial of dendritic cell (DC) vaccination with ICT-107 in newly diagnosed glioblastoma (GBM) patients,* J Clin Oncol, 32:5s, 2014 (suppl; abstr 2005)

Yocoubian, T.A. et al*., IPX066: a new intermediate-and extended-release carbidopa-levodopa formulation,* Neurodegener Dis Manag, 2013 Apr 1; 3(2):123-131

[No authors listed]  *Updated Efficacy and Safety Data From the AETHERA Trial of Consolidation With Brentuximab Vedotin After Autologous Stem Cell Transplant (ASCT) in Hodgkin Lymphoma Patients at High Risk of Relapse*, Clin Adv Hematol Oncol, 2016 Feb;14(2 Suppl 1): 17-8. (updated results)

**Other Publications:**

Jason M. Broderick, *Abemaciclib Extends PFS in Phase III Breast Cancer Trial*, ASCO 2017 Annual Meeting post, June 3, 2017

ESMO 2016 Press Release: Niraparib Significantly Improves Outcome of Ovarian Cancer Patients in Landmark Trial, Oct. 8, 2016

FDA: International Conference on Harmonization – E9 - Statistical principles for clinical trials. U.S. Food and Drug Administration.

FDA: International Conference on Harmonization – E10 - Choice of Control Group in Clinical Trials (September 1999), U.S. Food and Drug Administration.

Adam Feuerstein, *Immunomedics Kicked Out of Prestigious ASCO Cancer Conference*, TheStreet, June 3, 2016, https://www.thestreet.com/story/13594991/1/immunomedics-kicked-out-of-prestigious-asco-cancer-conference.html

Christopher Jennison and Bruce W. Turnbull. *Group Sequential Methods with Applications to Clinical Trials* (2000)

John P. Klein and Melvin L. Moeschberger. *Survival Analysis: Techniques for Censored and Truncated Data*, Statistics for Biology and Health Series (1997)

Elisa T. Lee. *Statistical Methods for Survival Data Analysis* (2nd ed. 1992)

Curtis L. Meinert. *Clinical Trials: Design, Conduct, and Analysis*, Monographs in Epidemiology and Biostatistics, Vol. 8 (1986)

National Cancer Institute (NCI) Dictionary of Cancer Terms, Primary Endpoint, https://www.cancer.gov/publications/dictionaries/cancer-terms?cdrid=44163

Steven Piantadosi. *Clinical Trials: A Methodologic Perspective* (1997)

Wikipedia, "Evofosfamide," https://en.wikipedia.org/wiki/Evofosfamide

**Company Disclosures:**

| Company | Disclosure | Date |
|---|---|---|
| Aerie Pharmaceuticals | Press release titled "Aerie Pharmaceuticals Raises $125 Million in Public Offerings" | 09/16/16 |
| Aerie Pharmaceuticals | Press release titled "Aerie Pharmaceuticals Completes Enrollment of Mercury 2 Phase 3 Registration Trial of Roclatan™ (netarsudil/latanoprost ophthalmic solution) 0.02%/0.005% | 12/07/16 |
| Aerie Pharmaceuticals | Press release titled "Aerie Pharmaceuticals Reports Positive Roclatan™ (netarsudil/latanoprost ophthalmic solution) 0.02%/0.005% Phase 3 Topline Efficacy Results" | 05/24/17 |
| Aerie Pharmaceuticals | Press release titled "Aerie Pharmaceuticals Raises $125 Million in ATM Sales and Upsized Follow-On Offering" | 05/26/17 |
| Aerie Pharmaceuticals | Press release titled "Aerie Pharmaceuticals Reports Positive Roclatan™ (netarsudil/latanoprost ophthalmic solution) 0.02%/0.005% Phase 3 12-month Topline Safety Results" | 07/09/17 |
| Aerie Pharmaceuticals | Press release titled "Aerie Pharmaceuticals Reports Positive Roclatan™ (netarsudil/latanoprost ophthalmic solution) 0.02%/0.005% Phase 3 12-month Topline Safety Results" | 07/19/17 |
| Agenus, Inc. | SEC Form 8-K | 05/21/07 |

| Company | Disclosure | Date |
|---------|-----------|------|
| Alkermes plc | SEC Form 10-Q | 07/31/14 |
| Arena Pharmaceuticals, Inc. | Press release titled "Arena Pharmaceuticals Reports Positive Topline Phase 2 Results for Ralinepag in Patients with Pulmonary Arterial Hypertension" | 7/10/17 |
| Arena Pharmaceuticals, Inc. | Press release titled "Arena Pharmaceuticals Announces Pricing of Public Offering of Common Stock" | 07/12/17 |
| Arena Pharmaceuticals, Inc. | Press release titled "Arena Pharmaceuticals Announces Late Breaking Presentation of Positive Phase 2 Results with Ralinepag in Patients with Pulmonary Arterial Hypertension at the American College of Chest Physicians 2017 Annual Meeting" | 10/19/17 |
| Arena Pharmaceuticals, Inc. | Press release titled "Arena Pharmaceuticals Reports Positive Phase 2 Results from the OASIS Trial for Etrasimod in Patients with Ulcerative Colitis" | 03/19/18 |
| Arena Pharmaceuticals, Inc. | Press release titled "Arena Pharmaceuticals Announces Completion of Public Offering of Common Stock and Exercise in Full of Underwriters' Option to Purchase Additional Shares" | 03/26/18 |
| Argos Therapeutics, Inc. | SEC Form 8-K | 04/18/17 |
| ArQule, Inc. | Press release titled "Arqule Announces Tivantinib Meets Primary Endpoint, Significantly Extending Time to Progression in Phase 2 Trial in Second-Line Hepatocellular Carcinoma" | 01/17/12 |
| ArQule, Inc. | Transcript of Conference Call to Discuss Phase 2 Results of Tivantinib HCC Trial | 01/17/12 |

| Company | Disclosure | Date |
|---|---|---|
| ArQule, Inc. | Press release titled "ArQule Announces Data Presentations with Tivantinib to Be Featured at ASCO 2014" | 05/30/14 |
| ArQule, Inc. | Press release titled "ArQule Announces Top-Line Results of Phase 3 Clinical Study of Tivantinib in Hepatocellular Carcinoma in Japan" | 03/27/17 |
| Array BioPharma | Cision article titled "Array BioPharma Announces Pricing of Public Offering of Common Stock" | 09/27/16 |
| Array Biopharma Inc. | Press release titled "ARRY-502 Meets Primary And Key Secondary Endpoints In Asthma Study" | 07/23/13 |
| Array Biopharma Inc. | SEC Form 8-K | 04/01/16 |
| Array Biopharma Inc. | SEC Form 8-K | 05/18/16 |
| Array Biopharma Inc. | SEC Form 8-K | 06/06/16 |
| Array Biopharma Inc. | SEC Form 8-K | 09/26/16 |
| Array Biopharma Inc. | SEC Form 8-K | 12/16/16 |
| Array BioPharma, Inc. | Press release titled "Array BioPharma Announces Phase 3 Binimetinib Trial Meets Primary Endpoint For NRAS-Mutant Melanoma" | 12/16/15 |
| Array BioPharma, Inc. | Press release titled "Array Presents Full Results from Phase 3 NEMO Study" | 06/06/16 |
| Array BioPharma, Inc. | Press release titled "Array BioPharma and Pierre Fabre Announce COLUMBUS Phase 3 Study of Encorafenib plus Binimetinib For BRAF-MutantMelanoma Met Primary Endpoint" | 09/26/16 |

| Company | Disclosure | Date |
|---|---|---|
| Array BioPharma, Inc. | Press release titled "Array BioPharma Announces Pricing of Public Offering of Common Stock" | 09/27/16 |
| Array BioPharma, Inc. | Press release titled "Array BioPharma Provides NEMO Update" | 03/19/17 |
| Array Biopharma, Inc. | Array Biopharma Deals.Bio webpage, https://deals.bio/search/show OpportunityDetails?asset_id=1666 | 11/14/17 |
| AVEO Pharmaceuticals | Press release titled "AVEO Announces Closing of Public Offering" | 01/24/2013 |
| AVEO Pharmaceuticals, Inc. | Press release titled "AVEO and Astellas Announce Tivozanib Successfully Demonstrated Progression-Free Survival Superiority over Sorafenib in Patients with Advanced Renal Cell Cancer in Phase 3 TIVO-1 Trial" | 01/03/12 |
| AxoGen, Inc. | AAHS Annual Meeting conference report – "Outcomes from an Ongoing Multicenter Registry Study on the Use of Processed Nerve Allograft as Compared to Contemporary Controls for Sensory, Mxed, and Motor Nerve Reconstructions" | 01/21/15 |
| AxoGen, Inc. | Press release titled "AxoGen, Inc. Announces Closing of Public Offering of Common Stock" | 02/10/15 |
| AxoGen, Inc. | Press release titled "Expanded enrollment of RANGER® Registry provides insight into comparative outcomes in nerve regeneration" | 02/25/15 |
| Baxter International, Inc. | Press release titled "Baxter Announces Positive Top-Line Results from Its Phase 3 Study of BAX 855, Extended Half-Life Recombinant FVIII for Hemophilia A Patients" | 08/21/14 |

| Company | Disclosure | Date |
|---|---|---|
| Bristol-Myers Squibb Company | Press release titled "Bristol-Myers Squibb Announces Top-Line RReesleuaslet RsSS from CheckMate -026, a Phase 3 Study of Opdivo (nivolumab) in Treatment-Naïve Patients with Advanced Non-Small Cell Lung Cancer" | 08/05/16 |
| Bristol-Myers Squibb Company | Press release titled "Bristol-Myers Squibb Presents Results From CheckMate -026, a Phase 3 Study of Opdivo (nivolumab) Monotherapy Versus Chemotherapy as First-Line Therapy in a Broad PD-L1 Positive Population With Advanced Lung Cancer" | 10/09/16 |
| Bristol-Myers Squibb Company | SEC Form 8-K | 10/17/16 |
| Cara ~~Therapeutics~~**Therapeutics**, Inc. | Press release titled "Cara Therapeutics Announces Positive Top-Line Data From Part A of Phase 2/3 Trial of I.V. CR845 in Chronic Kidney Disease-Associated Pruritus" | 03/28/17 |
| Cara ~~Therapeutics~~**Therapeutics**, Inc. | Presentation from CR845 Uremic Pruritus Phase 2/3 Data Conference Call, titled, "CR845-CLIN2101: (Part A), A Two-part, Phase 2/3, Multicenter, Double-blind, Randomized, Placebo-controlled Study to Evaluate the Safety and Efficacy of Intravenous CR845 in Chronic Kidney Disease Hemodialysis Patients with Moderate-to-Severe Pruritus," http://ir.caratherapeutics.com/static-files/8ed33857-626a-4beb-bc9f-a26e0ddc237c | 03/28/17 |
| Cara Therapeutics, Inc. | Press release titled "Cara Therapeutics Announces Successful End-of-Phase 2 Meeting with FDA for I.V. CR845 in Chronic Kidney Disease-Associated Pruritus" | 10/16/17 |

| Company | Disclosure | Date |
|---|---|---|
| Catalyst Pharmaceutical Partners, Inc. | Press release titled "Catalyst Pharmaceuticals Announces Positive Top-Line Phase 3 Data from Pivotal Firdapse Clinical Trial in Patients with Lambert-Eaton Myasthenic Syndrome (LEMS)" | 09/29/14 |
| Catalyst Pharmaceutical Partners, Inc. | Press release titled "Catalyst Pharmaceuticals Announces Positive Top-Line Phase 3 Data From Pivotal Firdapse Clinical Trial in Patients With Lambert-Eaton Myasthenic Syndrome (LEMS)" | 09/29/14 |
| Catalyst Pharmaceutical Partners, Inc. | Press release titled "Catalyst Pharmaceutical Partners, Inc. Prices Public Offering of Common Stock" | 02/04/15 |
| Catalyst Pharmaceutical Partners, Inc. | Press release titled "Catalyst Pharmaceuticals Announces Oral Presentation of Firdapse Phase 3 Trial Data at American Academy of Neurology Annual Meeting (AAN)" | 04/14/15 |
| Catalyst Pharmaceuticals | Press release titled "Catalyst Pharmaceutical Partners, Inc. Prices Public Offering of Common Stock" | 02/14/15 |
| Catalyst Pharmaceuticals | Press release titled "Catalyst Pharmaceuticals Announces Positive Top-Line Results from Second Phase 3 Clinical Trial of Firdapse® in Patients with Lambert-Eaton Myasthenic Syndrome" | 11/27/17 |
| Catalyst Pharmaceuticals | Press release title "Catalyst Pharmaceuticals Announces Submission of New Drug Application for Firdapse® for Treatment of Lambert-Eaton Myasthenic Syndrome" | 03/29/18 |
| Celgene Corporation | Transcript of Shareholder/Analyst Call | 11/13/12 |

| Company | Disclosure | Date |
|---|---|---|
| Celgene Corporation | Press release titled "U.S. Food and Drug Administration Approves ABRAXANE® in Combination with Gemcitabine as First-Line Treatment of Patients with Metastatic Pancreatic Cancer" | 09/06/13 |
| Celgene International Sarl | Press release titled "Abraxane Demonstrates Statistically Significant Improvement in Overall Survival for Patients with Advanced Pancreatic Cancer In Phase III Study" | 11/09/12 |
| Cerulean Pharma Inc. | SEC Form 8-K | 08/17/16 |
| Columbia Laboratories, Inc. and Watson Pharmaceuticals, Inc. | Press release titled "PROCHIEVE 8% Vaginal Progesterone Gel Achieves Primary Endpoint in Phase III Study to Reduce Risk of Preterm Birth" | 12/06/10 |
| Corium, Inc. | Press release titled "Corium Reports Positive Preliminary Results in Alzheimer's Clinical Study" | 05/11/17 |
| Corium, Inc. | Press release titled "Corium Announces Closing of Follow-On Offering of Common Stock and Full Exercise of Underwriters' Option to Purchase Additional Shares" | 05/31/17 |
| Corium, Inc. | Press release titled "Corium Presents Clinical Results from Pilot Bioequivalence Study of Corplex™ Donepezil Transdermal System at Alzheimer's Association International Conference® 2017" | 07/18/17 |
| Cytrx Corporation | SEC Form 8-K | 07/11/16 |
| Cytrx Corporation | SEC Form 8-K | 11/29/16 |
| Endocyte Inc. | Press release titled "Endocyte, Inc. Prices Public Offering of Common Stock" | 03/27/14 |

| Company | Disclosure | Date |
|---------|-----------|------|
| Endocyte Inc. | Fierce BioTech article titled "Merck halts study of the billion-dollar cancer drug vintafolide" | 05/02/14 |
| Endocyte, Inc. | SEC Form 8-K | 10/11/13 |
| Endocyte, Inc. | Press release titled "Endocyte Announces Phase 2b TARGET Trial Results Evaluating Vintafolide/Docetaxel Combination in Non-Small Cell Lung Cancer (NSCLC) Met the Primary Endpoint of Improved Progression Free Survival" | 03/21/14 |
| Endocyte, Inc. | SEC Form 8-K | 03/25/14 |
| Endocyte, Inc. | Press release titled "Phase 2b Target Trial Results Show Improved Survival in Adenocarcinoma Non-Small Cell Lung Cancer Patients Treated With Endocyte's  Vintafolide" | 09/27/14 |
| Endocyte, Inc. | SEC Form 8-K | 10/01/14 |
| Endocyte, Inc. | Press release titled "Endocyte, Inc. Prices Public Offering of Common Stock" | 03/27/15 |
| Evoke Pharma | Press release titled "Evoke Provides Additional Data Demonstrating Statistically Significant Benefit for Gimoti in Moderate to Severe Patients in Phase 3 Diabetic Gastroparesis Trial" | 01/04/17 |
| Evoke Pharma | Press release titled "Evoke Pharma Announces Pricing of Public Offering of Common Stock" | 02/26/17 |
| Evoke Pharma | Press release titled "Evoke Pharma Presents Gimoti Efficacy and Safety Data from Phase 3 Trial as Late Breaker at Digestive Disease Week 2017" | 05/10/17 |

| Company | Disclosure | Date |
|---|---|---|
| Exelixis Inc. | Press release titled "Exelixis Prices Public Offering of Common Stock" | 07/23/15 |
| Exelixis Inc. | FDA article titled "FDA grants regular approval to Cabometyx for first-line treatment of advanced renal cell carcinoma" | 12/19/17 |
| Exelixis, Inc. | SEC Form 8-K | 09/05/14 |
| Exelixis, Inc. | Press release titled "Exelixis Announces Positive Results from Phase 3 Pivotal Trial of Cobimetinib in Combination with Vemurafenib in Patients with BRAF V600 MutationPositive Advanced Melanoma" | 09/29/14 |
| Exelixis, Inc. | SEC Form 8-K | 07/20/15 |
| Exelixis, Inc. | Press release titled "Exelixis Announces Positive Top-Line Results from METEOR, the Phase 3 Pivotal Trial of Cabozantinib versus Everolimus in Patients with Metastatic Renal Cell Carcinoma" | 07/20/15 |
| Exelixis, Inc. | Transcript of Special Call | 07/20/15 |
| Exelixis, Inc. | Press release titled "Exelixis Prices Public Offering of Common Stock" | 07/23/15 |
| Exelixis, Inc. | Press release titled "Exelixis' Phase 3 CELESTIAL Trial of Cabozantinib Meets Primary Endpoint of Overall Survival in Patients with Advanced Hepatocellular Carcinoma" | 10/16/17 |
| Furiex Pharmaceuticals, Inc. | SEC Form 10-Q | 05/09/14 |

| Company | Disclosure | Date |
|---|---|---|
| Genentech, Inc. | Press release titled "Phase III Trial of Avastin Plus Chemotherapy Markedly Extends Survival of Metastatic Colorectal Cancer Patients" | 05/19/03 |
| Genentech, Inc. | Press release titled "Positive Results from Phase III Avastin Study in Metastatic Colorectal Cancer Presented at ASCO" | 06/01/03 |
| Gilead Sciences, Inc. | Press release titled "Gilead Announces Phase 3 Data Showing That the ~~FixedDose~~**Fixed-Dose** Combination of Ledipasvir/Sofosbuvir Achieved 100 Percent Sustained Virologic Response (SVR12) Among Patients with Chronic Hepatitis C in Japan" | 06/15/14 |
| Gilead Sciences, Inc. | SEC Form 10-Q | 08/04/14 |
| Halozyme Therapeutics, Inc. | SEC Form 8-K | 01/10/17 |
| ImmunoCellular Therapeutics, Ltd. | Press release titled "ImmunoCellular Therapeutics Phase II Study Demonstrates That Glioblastoma Patients Live Longer Without Disease Progression When Treated With ICT-107" | 12/11/13 |
| ImmunoCellular Therapeutics, Ltd. | SEC Form 8-K | 12/12/13 |
| Impax ~~Pharmaceutials~~**Pharmaceuticals** | Press release titled "IPX066 Demonstrates Efficacy and Safety in ADVANCE-PD Phase III Study in Treatment of Advanced Parkinson's Disease" | 03/14/11 |
| Impax Pharmaceuticals | Press release titled "Impax Pharmaceuticals Announces IPX066 Demonstrates Efficacy and Safety in APEX-PD Phase III Study in Treatment of Early Parkinson's Disease" | 11/18/10 |
| Intarcia Therapeutics, Inc. | SEC Form S-1/A | 08/10/05 |

| Company | Disclosure | Date |
|---|---|---|
| Karyopharm Therapeutics, Inc. | Press release titled "Karyopharm Announces Successful Outcome from Phase 2 Portion of Phase 2/3 SEAL Study Evaluating Selinexor in Patients with Previously Treated Advanced Dedifferentiated Liposarcoma" | 09/20/17 |
| Karyopharm Therapeutics, Inc. | Press release titled "Karyopharm to Present Preclinical Data at the American Association for Cancer Research 2018 Annual Meeting" | 03/19/18 |
| La Jolla Pharmaceutical Company | Press release titled "La Jolla Pharmaceutical Announces Positive Pre-Clinical Data for Oral Galectin-3 Inhibitor in Nonalcoholic Steatohepatitis (NASH)" | 07/15/14 |
| La Jolla Pharmaceutical Company | Press release titled "La Jolla Pharmaceutical Company Closes Offering of Common Stock" | 07/28/14 |
| La Jolla Pharmaceutical Company | Press release titled "La Jolla Pharmaceutical Company Announces Portfolio Reprioritization" | 05/07/15 |
| La Jolla Pharmaceutical Company | Press release titled "La Jolla Pharmaceutical Company Announces Positive Top-Line Results from ATHOS-3 Phase 3 Study of LJPC-501" | 02/27/17 |
| La Jolla Pharmaceutical Company | Press release titled "La Jolla Pharmaceutical Company Announces Pricing of Public Offering of Common Stock" | 03/23/17 |
| La Jolla Pharmaceutical Company | Press release titled "Results of ATHOS-3 Phase 3 Study of LJPC-501 Published in The New England Journal of Medicine" | 05/21/17 |

| Company | Disclosure | Date |
|---------|-----------|------|
| Lilly, Eli and Company | SEC Form 10-K | 02/21/13 |
| Lilly, Eli and Company | SEC Form 10-Q | 10/30/13 |
| Lilly, Eli and Company | Press release titled "Lilly Announces CYRAMZA™ Phase III ~~Secon-Ldine~~**Second-Line** Colorectal Cancer Trial Meets Primary Endpoint of Overall Survival" | 09/12/14 |
| Lilly, Eli and Company | Press release titled "Lilly Announces Phase 3 MONARCH 2 Breast Cancer Study of Abemaciclib Met Primary Endpoint of Progression-Free Survival" | 03/20/17 |
| Lilly, Eli and Company | Press release titled "Lilly to Present Results from Pivotal Breast Cancer Study of Abemaciclib and New Portfolio Data at ASCO 2017" | 05/17/17 |
| Madrigal Pharmaceuticals, Inc. (Synta Pharmaceuticals Corp.) | SEC Form 8-K | 06/03/13 |
| Mateon Therapeutics Inc. (OXiGENE, Inc.) | SEC Form 8-K | 03/12/14 |
| Mateon Therapeutics Inc. (OXiGENE, Inc.) | SEC Form 8-K | 11/10/14 |
| Mateon Therapeutics Inc. (OXiGENE, Inc.) | SEC Form 8-K | 05/24/16 |
| Medivation, Inc. | SEC Form 8-K | 10/22/13 |
| Medivation, Inc. | SEC Form 8-K | 05/07/15 |
| Merrimack Pharmaceuticals | Press release titled "Merrimack Pharmaceuticals Announces MM-398 Achieves Primary Endpoint of Overall Survival in Phase 3 Trial in Post-Gemcitabine Metastatic Pancreatic Cancer" | 05/01/14 |
| Merrimack Pharmaceuticals, Inc. | SEC Form 8-K | 05/01/14 |

| Company | Disclosure | Date |
|---|---|---|
| Merrimack Pharmaceuticals, Inc. | Press release titled "Merrimack Pharmaceuticals Presents Data From Phase 3 NAPOLI-1 Study at the ESMO 16th World Congress on Gastrointestinal Cancer" | 06/25/14 |
| Micromet, Inc. | SEC Form 425 | 03/24/06 |
| Novartis AG | SEC Form 6K | 12/12/08 |
| Novartis AG | SEC Form 6K | 12/13/10 |
| Novartis AG | Press release titled "Novartis reports positive results from Phase III trial of Kisqali® (ribociclib) combination therapy in premenopausal women with HR+/HER2- advanced or metastatic breast cancer" | 11/08/17 |
| Omeros Corporation | Press release titled "Omeros' Ophthalmology Product OMS302 Achieves Primary and Secondary Endpoints in Phase 3 Clinical Trial" | 03/13/12 |
| Omeros Corporation | Press release titled "Omeros' Ophthalmology Product OMS302 Achieves Primary and Secondary Endpoints in Phase 3 Clinical Trial" | 03/13/12 |
| Omeros Corporation | Press release titled "Omeros Announces Closing of $34.5 Million Public Offering of Common Stock" | 07/02/12 |
| Omeros Corporation | Press release titled "Omeros Announces Closing of $34.5 Million Public Offering of Common Stock" | 07/02/2012 |
| Omeros Corporation | Press release titled "Submission of New Drug Application Planned for First Half of 2013" | 11/05/12 |

| Company | Disclosure | Date |
|---|---|---|
| Omeros Corporation | Press release titled "Omeros Corporation Reports Third Quarter 2012 Financial Results" | 11/09/12 |
| Omeros Corporation | Press release titled "Omeros Reports OMS302 Clinical Data Presented at the Annual ASCRS and ASOA Symposium and Congress" | 04/25/13 |
| Omeros Corporation | Press release titled "Omeros Submits New Drug Application to U.S. FDA for OMS302 - Submission of European Marketing Authorization Application Planned for this Quarter" | 08/01/13 |
| Omeros Corporation | Press release titled "Omeros to Present Data from OMS302 Phase 3 Clinical Program at the American Academy of Ophthalmology Annual Meeting" | 11/12/13 |
| Omeros Corporation | Press release titled "Omeros Receives FDA Approval of Omidria? for Use in Cataract and Other Intraocular Lens Replacement Procedures — Omeros to Host Conference Call Today at 4:30 p.m. ET " | 06/02/14 |
| Omeros Corporation | Press release titled "Omeros Corporation Announces FDA Approval of OMIDRIA® for Use in Pediatric Patients" | 12/12/17 |
| OncoGenex Pharmaceuticals, Inc. | SEC Form 8-K | 12/19/14 |
| OncoMed Pharmaceuticals, Inc. | SEC Form 8-K | 04/10/17 |
| OncoMed Pharmaceuticals, Inc. | SEC Form 8-K | 04/17/17 |
| Peregrine Pharmaceuticals, Inc. | SEC Form 8-K | 10/11/16 |

29

| Company | Disclosure | Date |
|---|---|---|
| Radius Health Inc. | Press release titled "Radius Health, Inc. Announces Closing of Public Offering of Common Stock and Full Exercise of Underwriters' Option to Purchase Additional Shares" | 01/28/15 |
| Radius Health Inc. | Press release titled "Radius Health, Inc. Announces Closing of Public Offering of Common Stock and Full Exercise of Underwriters' Option to Purchase Additional Shares" | 07/28/15 |
| Radius Health Inc. | Press release titled "FDA Approves Radius Health's TYMLOS™ (abaloparatide), a Bone Building Agent for the Treatment of Postmenopausal Women with Osteoporosis at High Risk for Fracture" | 04/28/17 |
| Radius Health, Inc. | Press release titled "Radius Announces Positive Phase 3 Top-Line Results for Its Investigational Drug Abaloparatide-SC in Postmenopausal Women With Severe Osteoporosis" | 12/21/14 |
| Radius Health, Inc. | Press release titled "Radius Announces Follow-Up on the Positive Phase 3 Top-Line Results for Its Investigational Drug Abaloparatide-SC in Postmenopausal Women With Severe Osteoporosis" | 01/12/15 |
| Radius Health, Inc. | SEC Form 8-K | 01/12/15 |
| Radius Health, Inc. | Press release titled "Radius Health, Inc. Announces Closing of Public Offering of Common Stock and Full Exercise of Underwriters' Option to Purchase Additional Shares" | 01/28/15 |

| Company | Disclosure | Date |
|---|---|---|
| Radius Health, Inc. | Press release titled "Radius Health, Inc. Announces Closing of Public Offering of Common Stock and Full Exercise of Underwriters' Option to Purchase Additional Shares" | 07/28/15 |
| Radius Health, Inc. | Press release titled "Radius Announces Publication of Additional Positive Results from the Phase 3 ACTIVE Trial of Abaloparatide-SC in JBMR" | 09/18/16 |
| Regeneron Pharmaceuticals, Inc. | SEC Form 10-Q | 05/08/14 |
| Repros Therapeutics Inc. | SEC Form 10-Q | 08/11/14 |
| Ritter Pharmaceuticals, Inc. | Press release titled "Ritter Pharmaceuticals Announces Lactose Intolerance Treatment, RP-G28, Demonstrated Efficacy and Clinically Meaningful Benefit in Phase 2b/3 Clinical Trial" | 03/28/17 |
| Roche | Press release titled "Roche's investigational medicine alectinib shrank tumours in nearly half of people with specific type of lung cancer" | 05/14/15 |
| Sanofi and Regeneron | Press release titled "Sanofi and Regeneron Report Positive Results with Sarilumab in First Phase 3 Rheumatoid Arthritis Registration Trial" | 11/22/13 |
| Sanofi-Aventis | SEC Form 6K | 06/08/07 |
| Seattle Genetics | Press release titled "Takeda and Seattle Genetics Announce Positive Data from Phase 3 ALCANZA Clinical Trial of ADCETRIS® (Brentuximab Vedotin) for CD30-Expressing Cutaneous T-Cell Lymphoma | 08/01/16 |

| Company | Disclosure | Date |
|---|---|---|
| Seattle Genetics | Street Insider article titled "Seattle Genetics (SGEN) Files 44.1M Share Common Stock Shelf for Selling Shareholders" | 10/12/16 |
| Seattle Genetics | Press release titled "Takeda and Seattle Genetics Report Positive Phase 3 ALCANZA Clinical Trial Data of ADCETRIS® (Brentuximab Vedotin) for CD30-Expressing Cutaneous T-Cell Lymphoma" | 12/03/16 |
| Seattle Genetics | Press release titled "Evoke Pharma Presents Gimoti Efficacy and Safety Data from Phase 3 Trial as Late Breaker at Digestive Disease Week 2017" | 05/10/17 |
| Seattle Genetics, Inc. | SEC Form 8-K | 09/29/14 |
| Seattle Genetics, Inc. | Transcript of Special Call | 09/29/14 |
| Spring Bank Pharmaceuticals, Inc. | Press release titled "Spring Bank Pharmaceuticals Presents Data on Immunomodulatory Agent SB 9200 at the 29th International Conference on Antiviral Research" | 04/21/16 |
| Spring Bank Pharmaceuticals, Inc. | Press release titled "Spring Bank Pharmaceuticals Announces Pricing of Initial Public Offering" | 5/06/16 |
| Spring Bank Pharmaceuticals, Inc. | Press release titled "Spring Bank Pharmaceuticals Announces Top-Line Results from the Initial Cohort of the Phase 2a Segment of the ACHIEVE Trial, a Global Phase 2 Clinical Trial for Chronic Hepatitis B Virus (HBV)" | 05/23/17 |

| Company | Disclosure | Date |
|---------|-----------|------|
| Spring Bank Pharmaceuticals, Inc. | Press release titled "Spring Bank Pharmaceuticals Prices $37.5 Million Public Offering of Common Stock" | 06/22/17 |
| Spring Bank Pharmaceuticals, Inc. | Press release titled "Spring Bank Pharmaceuticals Announces Additional Inarigivir (formerly SB 9200) Results from the ACHIEVE Trial in HBV Patients at AASLD Conference" | 10/20/17 |
| Spring Bank Pharmaceuticals, Inc. | Press release titled "Spring Bank Pharmaceuticals Announces Positive Top-Line Results from the Second Cohort of Part A of the Phase 2 ACHIEVE Trial" | 11/15/17 |
| Synta Pharmaceuticals Corp. (Madrigal) | Business Wire article titled "Synta Pharmaceuticals Enters Into Agreement to Sell $5.0 Million in Common Stock Directly to an Affiliate of Synta Board Member Bruce Kovner" | 04/14/14 |
| Synta Pharmaceuticals Corp. (Madrigal) | Press release titled "Synta Pharmaceuticals Prices Public Offering of Common Stock" | 03/31/15 |
| Synta Pharmaceuticals Corp. (Madrigal) | BusinessWire article titled "Synta Announces Termination for Futility of Ganetespib Phase 3 GALAXY-2 Trial in Lung Cancer" | 10/20/15 |
| Synta Pharmaceuticals Corp. (Madrigal) | The ASCO Post article titled "No Improvement in Overall Survival With Addition of Ganetespib to Docetaxel in Patients With Non–Small Cell Lung Cancer" | 03/10/17 |

| Company | Disclosure | Date |
|---|---|---|
| Takeda Pharmaceutical Company Limited | Press release titled "Takeda Announces the Results of Phase 3 Trial of Trelagliptin Succinate (SYR-472) for the Treatment of Type 2 Diabetes Mellitus at the 50th EASD Annual Meeting" | 09/17/14 |
| Tesaro, Inc. | Press release titled "Tesaro Announces Successful Achievement of Primary Endpoint in Each of Two Phase 3 Trials of Rolapitant for the Prevention of Chemotherapy-Induced Nausea & Vomiting (CINV)" | 12/23/13 |
| Tesaro, Inc. | Press release titled "Tesaro Announces Successful Achievement of Primary and All Secondary Endpoints in Third and Final Phase 3 Trial of Rolapitant" | 05/12/14 |
| Tesaro, Inc. | Press release titled "Tesaro Summarizes Phase 3 Rolapitant Data Presented at the 2014 American Society of Clinical Oncology (ASCO) Annual Meeting and Provides an Update on Niraparib Development Strategy" | 06/01/14 |
| Tesaro, Inc. | SEC Form 10-Q | 07/25/14 |
| Tesaro, Inc. | SEC Form 8-K | 06/29/16 |
| Tesaro, Inc. | Press release titled "TESARO's Niraparib Significantly Improved Progression-Free Survival for Patients With Ovarian Cancer in Both Cohorts of the Phase 3 NOVA Trial" | 06/29/16 |
| Tesaro, Inc. | Press release titled "TESARO Announces Pricing of Public Offering of Common Stock" | 06/30/16 |
| Tesaro, Inc. | Press release titled "TESARO Announces Pricing of Public Offering of Common Stock" | 06/30/16 |

| Company | Disclosure | Date |
|---------|-----------|------|
| Tesaro, Inc. | Press release titled "TESARO and ENGOT Announce Presentation of Successful Niraparib Phase 3 ENGOT-OV16/NOVA Trial Results During ESMO 2016" | 10/08/16 |
| Tesaro, Inc. | Press release titled "TESARO and ENGOT Announce Presentation of Successful Niraparib Phase 3 ENGOT-OV16/NOVA Trial Results During ESMO 2016" | 10/08/16 |
| Threshold Pharmaceuticals (Molecular Templates) | Market Wired article titled "Threshold Pharmaceuticals Announces Pricing of $30 Million Offering of Common Stock and Warrants" | 02/12/15 |
| Threshold Pharmaceuticals (Molecular Templates) | Reuters article titled "UPDATE 2-Merck KGaA, Threshold drug fails in late-stage cancer trials" | 12/07/15 |
| Threshold Pharmaceuticals (Molecular Templates) | Seeking Alpha article titled "FDA says Threshold's evofosfamide trial data not there to support an NDA filing" | 06/06/16 |
| Threshold Pharmaceuticals, Inc. | Press release titled "Threshold Pharmaceuticals to Present Updated Data from Phase 2b Clinical Trial of TH-302 in Combination with Gemcitabine in Advanced Pancreatic Cancer at ESMO 2012 Congress" | 09/17/12 |
| Verastem, Inc. | Press release titled "Verastem Announces Positive Top-line Data from the Pivotal Phase 3 DUO™ Study in Relapsed or Refractory Chronic Lymphocytic Leukemia and Small Lymphocytic Lymphoma" | 09/06/17 |

| Company | Disclosure | Date |
|---------|------------|------|
| Verastem, Inc. | Press release titled "Verastem Announces Positive Top-line Data from the Pivotal Phase 3 DUO™ Study in Relapsed or Refractory Chronic Lymphocytic Leukemia and Small Lymphocytic Lymphoma" | 09/06/17 |
| Verastem, Inc. | Press release titled "Verastem Announces Regulatory Strategy for Duvelisib New Drug Application Following Guidance from FDA" | 10/31/17 |
| Verastem, Inc. | Press release titled "Verastem Announces Data from Phase 3 DUO Study Selected for Oral Presentation at the American Society of Hematology 2017 Annual Meeting" | 11/01/17 |
| Verastem, Inc. | Press release titled "Verastem to Present Results from Pivotal Phase 3 DUO Study in Chronic Lymphocytic Leukemia and Small Lymphocytic Lymphoma at a Research and Development Event at ASH 2017" | 12/05/17 |
| Verastem, Inc. | Press release titled "Verastem Announces Clinical Data from the Pivotal Phase 3 DUO™ Study: Duvelisib Significantly Improves Progression Free Survival in Relapsed or Refractory Chronic Lymphocytic Leukemia and Small Lymphocytic Lymphoma" | 12/10/17 |
| Verastem, Inc. | Press release titled "Verastem Announces the Presentation of Phase 1 Duvelisib Combination Data in T-Cell Lymphomas at the ASH 2017 Annual Meeting" | 12/11/17 |

| Company | Disclosure | Date |
|---|---|---|
| Verastem, Inc. | Press release titled "Verastem Announces Public Offering of Common Stock" | 12/14/17 |
| Verastem, Inc. | Press release titled "Verastem Submits New Drug Application to U.S. FDA for Duvelisib for the Treatment of Patients with Relapsed or Refractory Chronic Lymphocytic Leukemia/Small Lymphocytic Lymphoma and Follicular Lymphoma" | 02/07/18 |
| Vertex Pharmaceutical Incorporated | Press release titled "Vertex Announces Upcoming Presentations of Data at North American Cystic Fibrosis Conference" | 09/08/14 |
| Vertex Pharmaceuticals Incorporated | Press release titled "Two 24-Week Phase 3 Studies of Lumacaftor in Combination with Ivacaftor Met Primary Endpoint with Statistically Significant Improvements in Lung Function (FEV1) in People with Cystic Fibrosis who have Two Copies of the F508del Mutation" | 06/24/14 |
| ZIOPHARM Oncology, Inc. | Press release titled "ZIOPHARM Announces Clinical Data on Ad-RTS-hIL-12 Demonstrates Survival Benefits in Patients with Recurrent Brain Cancer" | 11/17/2016 |
| ZIOPHARM Oncology, Inc. | Press release titled "ZIOPHARM Oncology to Present Updated Clinical Results of Gene Therapy Candidate Ad-RTS-hIL-12 + Veledimex in Recurrent Glioblastoma at the 2017 ASCO Annual Meeting" | 4/20/17 |
| ZIOPHARM Oncology, Inc. | Press release titled "ZIOPHARM Oncology Announces Pricing of $50 Million Follow-On Offering of Common Stock" | 05/12/17 |

| Company | Disclosure | Date |
|---|---|---|
| ZIOPHARM Oncology, Inc. | Press release titled "ZIOPHARM Presents Positive Updated Results of Ad-RTS-hIL-12 Study in Brain Cancer at Society for Neuro-Oncology Annual Meeting" | 11/20/17 |
| Zogenix | Press release titled "Zogenix Announces Positive Top-line Results from Pivotal Phase 3 Clinical Trial of ZX008 in Dravet Syndrome" | 09/29/17 |

| Summary report: Litéra® Change-Pro TDC 10.1.0.400 Document comparison done on 6/12/2018 3:32:10 PM | |
|---|---|
| **Style name:** L&W without Moves | |
| **Intelligent Table Comparison:** Active | |
| **Original DMS:** iw://US-DOCS/US-DOCS/100377283/4 | |
| **Modified DMS:** iw://US-DOCS/US-DOCS/101646205/3 | |
| **Changes:** | |
| **Add** | 24 |
| **Delete** | 23 |
| *Move From* | 0 |
| *Move To* | 0 |
| **Table Insert** | 0 |
| **Table Delete** | 0 |
| *Table moves to* | 0 |
| *Table moves from* | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 47 |