```
 1 | LATHAM & WATKINS LLP
   |   Michele D. Johnson (Bar No. 198298)
 2 |   michele.johnson@lw.com
   |   Kristin N. Murphy (Bar No. 268285)
 3 |   kristin.murphy@lw.com
   | 650 Town Center Drive, 20th Floor
 4 | Costa Mesa, CA  92626-1925
   | Tel: (714) 540-1235
 5 | Fax: (714) 755-8290
   |
 6 | LATHAM & WATKINS LLP
   |   Colleen C. Smith (Bar No. 231216)
 7 |   colleen.smith@lw.com
   | 12670 High Bluff Drive
 8 | San Diego, CA  92130-3086
   | Tel: (858) 523-5400
 9 | Fax: (858) 523-5450
   |
10 | LATHAM & WATKINS LLP
   |   Andrew B. Clubok (pro hac vice)
11 |   andrew.clubok@lw.com
   |   Sarah A. Tomkowiak (pro hac vice)
12 |   sarah.tomkowiak@lw.com
   | 555 Eleventh Street NW, Suite 1000
13 | Washington, DC  20004-1304
   | Tel: (202) 637-2200
14 | Fax: (202) 637-2201
15 | Attorneys for Defendants
   | Puma Biotechnology, Inc., Alan H. Auerbach,
16 | and Charles R. Eyler
17 | Additional counsel on signature page
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HSINGCHING HSU, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PUMA BIOTECHNOLOGY, INC., ALAN H. AUERBACH, and CHARLES R. EYLER,<br><br>Defendants. | CASE NO. 8:15-cv-00865-AG (SHKx)<br><br>Assigned to: Hon. Andrew J. Guilford<br>Ctrm:  10D<br><br>**JOINT STIPULATION REGARDING HEARING DATE FOR MOTIONS TO EXCLUDE EXPERT TESTIMONY**<br><br>Trial Date:    November 6, 2018 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

US-DOCS\102827505.2

CASE NO. 8:15-CV-00865-AG (SHKx)
JOINT STIPULATION REGARDING
MOTIONS TO EXCLUDE EXPERT TESTIMONY

Counsel for Defendants Puma Biotechnology, Inc., Alan H. Auerbach, and Charles R. Eyler (collectively, "Defendants"), and counsel for Lead Plaintiff Norfolk County Council, as Administering Authority of the Norfolk Pension Fund ("Plaintiff" and, with Defendants, the "Parties"), respectfully submit this stipulation and proposed order regarding the hearing date for the Parties' motions to exclude expert testimony (the "Daubert Motions").

WHEREAS, the Parties filed their motions for summary judgment on July 10, 2018;

WHEREAS, opposition briefs to the motions for summary judgment are due August 14, 2018, and reply briefs are due September 10, 2018, per the Court's Scheduling Order (Dkt. No. 217);

WHEREAS, the motions for summary judgment are scheduled to be heard by the Court on September 24, 2018;

WHEREAS, the Parties also filed their Daubert Motions on July 24, 2018;

WHEREAS, opposition briefs to the Daubert Motions are due August 23, 2018, and reply briefs are due September 21, 2018, per the Court's Scheduling Order (Dkt. No. 217);

WHEREAS, the Daubert Motions are scheduled to be heard by the Court on October 15, 2018 (due to October 8, 2018 being a Court holiday);

WHEREAS, trial in this matter is set to commence on November 6, 2018;

WHEREAS, in the interest of efficiency, the Parties would like to have both sets of motions be heard as close together as possible;

NOW THEREFORE, the Parties hereby stipulate, through their counsel of record, and respectfully request that the Court move the hearing on the Daubert Motions to October 1, 2018, one week after the hearing on the Parties' motions for summary judgment.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
US-DOCS\102827505.2

1

CASE NO. 8:15-CV-00865-AG (SHKx)
JOINT STIPULATION REGARDING
MOTIONS TO EXCLUDE EXPERT TESTIMONY

1  IT IS SO STIPULATED.

2

3  Dated: August 10, 2018         LATHAM & WATKINS LLP

4                                  By:  /s/ *Sarah A. Tomkowiak*

5                                      Michele D. Johnson
                                        Andrew B. Clubok
                                        Colleen C. Smith
6                                       Sarah A. Tomkowiak
                                        Kristin N. Murphy
7
                                        COOLEY LLP
8                                       Michael A. Attanasio (Bar No. 151529)
                                        Koji F. Fukumura (Bar No. 189719)
9                                       Ryan E. Blair (Bar No. 246724)
                                        Mary Kathryn Kelley (Bar No. 170259)
10                                      Craig E. TenBroek (Bar No. 287848)
                                        4401 Eastgate Mall
11                                      San Diego, CA 92121
                                        Tel: (858) 550-6000
12                                      Fax: (858) 550-6420
                                        mattanasio@cooley.com
13                                      kfukumura@cooley.com
                                        rblair@cooley.com
14                                      mkkelley@cooley.com
                                        ctenbroeck@cooley.com
15
                                        *Attorneys for Defendants Puma*
16                                      *Biotechnology, Inc., Alan H. Auerbach,*
                                        *and Charles R. Eyler*
17

18  Dated: August 10, 2018         ROBBINS GELLER RUDMAN & DOWD LLP

19
                                    By:  /s/ *Tor Gronborg*
20
                                        Tor Gronborg (Bar No. 179109)
21                                      Trig R. Smith (Bar No. 237399)
                                        J. Marco Janoski Gray (Bar No. 306547)
22                                      Susannah R. Conn (Bar No. 205085)
                                        Debashish Bakshi (Bar No. 311115)
23                                      655 West Broadway, Suite 1900
                                        San Diego, CA 92101
24                                      Tel: (619) 231-7423
                                        Fax: (619) 231-1058
25                                      torg@rgrdlaw.com
                                        trigs@rgrdlaw.com
26                                      mjanoski@rgrdlaw.com
                                        sconn@rgrdlaw.com
27                                      dbakshi@rgrdla.com

28                                      *Lead Counsel for Plaintiff*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

US-DOCS\102827505.2

2

CASE NO. 8:15-CV-00865-AG (SHKx)
JOINT STIPULATION REGARDING
MOTIONS TO EXCLUDE EXPERT TESTIMONY

1  All signatories listed, and on whose behalf the filing is submitted, concur in
2  the filing's content and have authorized the filing.

3

4  Dated: August 10, 2018                LATHAM & WATKINS LLP

5                                           /s/ *Sarah A. Tomkowiak*
6                                          Sarah A. Tomkowiak

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

US-DOCS\102827505.2

3

CASE NO. 8:15-CV-00865-AG (SHKx)
JOINT STIPULATION REGARDING
MOTIONS TO EXCLUDE EXPERT TESTIMONY