1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| HSINGCHING HSU, Individually and on Behalf of All Others Similarly Situated, | CASE NO. 8:15-cv-00865-AG (SHKx) |
| | Assigned to:  Hon. Andrew J. Guilford Ctrm:  10D |
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT STIPULATION REGARDING HEARING DATE FOR MOTIONS TO EXCLUDE EXPERT TESTIMONY** |
| PUMA BIOTECHNOLOGY, INC., ALAN H. AUERBACH, and CHARLES R. EYLER, | |
| Defendants. | Trial Date:    November 6, 2018 |

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

US-DOCS\102917481.1

CASE NO. 8:15-CV-00865-AG (SHKx)
ORDER GRANTING JOINT STIP RE
MOTIONS TO EXCLUDE EXPERT TESTIMONY

1    Pursuant to the Joint Stipulation Regarding Hearing Date for Motions to

2  Exclude Expert Testimony filed by Defendants Puma Biotechnology, Inc., Alan H.

3  Auerbach, and Charles R. Eyler ("Defendants") and Lead Plaintiff Norfolk County

4  Council, as Administering Authority of the Norfolk Pension Fund ("Plaintiff"), and

5  good cause appearing, IT IS HEREBY ORDERED THAT:

6    The hearing on the Daubert Motions [Docket 398, 401, 404, 407 and 409]

7    set for October 15, 2018 are advanced to October 1, 2018 at 10:00 a.m.

8  IT IS SO ORDERED.

9

10

11

12  Dated:  **August 14, 2018**          By: _____

13                                               Honorable Andrew J. Guilford
                                                 United States District Court Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
US-DOCS\102917481.1

1

CASE NO. 8:15-CV-00865-AG (SHKx)
[PROPOSED] ORDER GRANTING JOINT STIP RE
MOTIONS TO EXCLUDE EXPERT TESTIMONY