1  LATHAM & WATKINS LLP
   Michele D. Johnson (Bar No. 198298)
2  *michele.johnson@lw.com*
   Kristin N. Murphy (Bar No. 268285)
3  *kristin.murphy@lw.com*
   650 Town Center Drive, 20th Floor
4  Costa Mesa, CA  92626-1925
   Tel:  (714) 540-1235
5  Fax:  (714) 755-8290

6  LATHAM & WATKINS LLP
   Colleen C. Smith (Bar No. 231216)
7  *colleen.smith@lw.com*
   12670 High Bluff Drive
8  San Diego, CA  92130-3086
   Tel:  (858) 523-5400
9  Fax:  (858) 523-5450

10 LATHAM & WATKINS LLP
   Andrew Clubok (*pro hac vice*)
11 *andrew.clubok@lw.com*
   Sarah A. Tomkowiak (*pro hac vice*)
12 *sarah.tomkowiak@lw.com*
   555 Eleventh Street NW, Suite 1000
13 Washington, DC  20004-1304
   Tel:  (202) 637-2200
14 Fax:  (202) 637-2201

15 *Attorneys for Defendants*
   *Puma Biotechnology, Inc., Alan H. Auerbach,*
16 *and Charles R. Eyler*

17

                    UNITED STATES DISTRICT COURT
18
                    CENTRAL DISTRICT OF CALIFORNIA
19

20

| | |
|---|---|
| HSINGCHING HSU, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PUMA BIOTECHNOLOGY, INC., ALAN H. AUERBACH, and CHARLES R. EYLER,<br><br>Defendants. | CASE NO. 8:15-cv-00865-AG (SHKx)<br><br>**DECLARATION OF KRISTIN N. MURPHY IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION TO EXCLUDE THE TESTIMONY OF EXPERT DR. GREGORY K. FRYKMAN**<br><br>Date:          October 1, 2018<br>Time:         10:00 a.m.<br>Courtroom: 10D<br>Judge:        Hon. Andrew J. Guilford<br><br>Trial Date:   November 6, 2018 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

US-DOCS\102993571.1

DECL. OF K. MURPHY ISO OPP'N TO MOTION TO
EXCLUDE TESTIMONY OF DR. FRYKMAN
CASE NO. 8:15-CV-00865-AG (SHKx)

I, Kristin N. Murphy, hereby declare and state as follows:

1. I am an attorney with the law firm of Latham & Watkins LLP, counsel of record for Defendants Puma Biotechnology, Inc. ("Puma"), Alan H. Auerbach, and Charles R. Eyler (collectively, "Defendants") in the above-captioned action. I am admitted to practice law in the State of California and am a member in good standing of the United States District Court for the Central District of California. I submit this declaration in support of Defendants' Opposition to Plaintiff's Motion to Exclude the Testimony of Defendants' Expert, Dr. Gregory K. Frykman.

2. Attached hereto as Exhibit A is a true and correct copy of the deposition transcript of Dr. Gregory K. Frykman, taken on July 26, 2018.

3. Attached hereto as Exhibit B is a true and correct copy of search results from BioPharm Insight for active studies with cancer as the therapeutic area in which the lead sponsor is in the biotechnology or pharmaceutical industry, available at https://www.biopharm-insight.com/biopharm/AccessPoint.aspx?action=InfinataFrame.DisplayFrame&random_x=0.7725802565624931# (accessible by subscription).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on August 23, 2018 in Costa Mesa, California.

            /s/ Kristin N. Murphy
             Kristin N. Murphy