UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | SACV 15-0865-AG (SHKx) |
| Date | October 1, 2018 |
| Title | HSINGCHING HSU, ET AL V PUMA BIOTECHNOLOGY, INC ET AL |

Present: The Honorable  ANDREW J. GUILFORD, U.S. District Judge

| Gabriela Garcia | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:

Tor Gronborg
Debashish Baskshi
Jason Forge

Attorneys Present for Defendants:

Colleen Smith
Michele Johnson
Sarah Tomkowiak
Andrew Clubok
Meryn Grant

**Proceedings:**
1. PLAINTIFF'S MOTION TO EXCLUDE THE TESTIMONY OF DEFENDANTS' EXPERT DR GREGORY K FRYKMAN [DKT 398]
2. PLAINTIFF'S MOTION TO EXCLUDE CERTAIN OPINIONS OF DEFENDANTS' EXPERT DR JOHN KORNAK [DKT 401]
3. PLAINTIFF'S MOTION TO EXCLUDE THE TESTIMONY OF DEFENDANTS' EXPERT DR JACKIE WALLING [DKT 404]
4. DEFENDANT'S MOTION TO EXCLUDE EXPERT TESTIMONY OF PHILIP LAVIN [DKT 407]
5. DEFENDANTS' MOTION TO EXCLUDE CERTAIN EXPERT TESTIMONY OF STEVEN FEINSTEIN [DKT 409]

Cause is called for hearing and counsel make their appearances. Matters are argued and taken under submission.

: 34

Initials of Preparer  gga