1   LATHAM & WATKINS LLP
      Michele D. Johnson (Bar No. 198298)
2      *michele.johnson@lw.com*
      Kristin N. Murphy (Bar No. 268285)
3      *kristin.murphy@lw.com*
    650 Town Center Drive, 20th Floor
4   Costa Mesa, CA  92626-1925
    Tel:  (714) 540-1235
5   Fax:  (714) 755-8290

6   LATHAM & WATKINS LLP
      Colleen C. Smith (Bar No. 231216)
7      *colleen.smith@lw.com*
    12670 High Bluff Drive
8   San Diego, CA  92130-3086
    Tel:  (858) 523-5400
9   Fax:  (858) 523-5450

10  LATHAM & WATKINS LLP
      Andrew B. Clubok *(pro hac vice)*
11     *andrew.clubok@lw.com*
      Sarah A. Tomkowiak (*pro hac vice*)
12     *sarah.tomkowiak@lw.com*
    555 Eleventh Street NW, Suite 1000
13  Washington, DC  20004-1304
    Tel:  (202) 637-2200
14  Fax:  (202) 637-2201

15

16  *Attorneys for Defendants*
    *Puma Biotechnology, Inc., and*
    *Alan H. Auerbach.*

17

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HSINGCHING HSU, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PUMA BIOTECHNOLOGY, INC., and ALAN H. AUERBACH,<br><br>Defendants. | CASE NO. 8:15-cv-00865-AG (SHKx)<br><br>**DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS**<br><br>Courtroom:  10D<br>Judge:  Hon. Andrew J. Guilford<br><br>Trial Date:  January 15, 2019 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

US-DOCS\105077600

DEFS.' PROPOSED VOIR DIRE QUESTIONS
CASE NO. 8:15-CV-00865-AG (SHKx)

Pursuant to Federal Rule of Civil Procedure 47(a) and the Court's Scheduling Order Specifying Procedures, § 6.2, Defendants Puma Biotechnology and Alan H. Auerbach submit the following proposed supplementary voir dire questions.

**PROPOSED SUPPLEMENTAL VOIR DIRE QUESTIONS**

1) Have you ever lost money as a result of investing in the stock market?
2) Have you ever felt that you were misled or deceived in any type of investment? (If yes, please explain.)
3) Who is not at all familiar with how to invest in the stock market? Who knows a little but is not very familiar with how to invest in the stock market?
4) Have you ever been involved in a lawsuit as a plaintiff (the person suing)? (If yes, please explain.)
5) Have you or someone close to you been diagnosed with breast cancer? Is there anybody here who does not know somebody who has been diagnosed with breast cancer?
6) Have you ever heard of any of the following medications:
    a. Herceptin?
    b. Nerlynx?
    c. Zytiga?
       (If yes, do you know anyone who has been treated with them?)
7) Have you or someone close to you has relied on medication to treat a life-threatening disease or condition. Raise your hand if you have not had this experience.
8) Is there any reason you may not be able to be fair and impartial to a biotechnology company (a company that develops new medical drugs) that is being sued in a civil case by its investors?
9) Do you have any negative feelings about companies that make prescription drugs, or people that work for them?
10) Are you, or any adult in your household, or someone you know well:

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

US-DOCS\105077600

DEFS.' PROPOSED VOIR DIRE QUESTIONS
CASE NO. 8:15-CV-00865-AG (SHKx)

1

      a. A medical doctor?

      b. A health care worker?

      c. A pharmacist?

11) Do you have any negative opinions of pharmaceutical companies?

12) Do you have any negative opinions of biotechnology companies?

13) Do you have any negative opinions about large corporations generally?

Dated: January 8, 2018      LATHAM & WATKINS LLP

By:  /s/ *Michele D. Johnson*

Michele D. Johnson
Andrew B. Clubok
Colleen C. Smith
Sarah A. Tomkowiak
Kristin N. Murphy

*Attorneys for Defendants Puma Biotechnology, Inc. and Alan H. Auerbach*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

US-DOCS\105077600

2

DEFS.' PROPOSED VOIR DIRE QUESTIONS
CASE NO. 8:15-CV-00865-AG (SHKx)