| | |
|---|---|
| 1 | ROBBINS GELLER RUDMAN |
|   | & DOWD LLP |
| 2 | PATRICK J. COUGHLIN (111070) |
|   | TOR GRONBORG (179109) |
| 3 | JASON A. FORGE (181542) |
|   | TRIG R. SMITH (237399) |
| 4 | SUSANNAH R. CONN (205085) |
|   | J. MARCO JANOSKI GRAY (306547) |
| 5 | DEBASHISH BAKSHI (311115) |
|   | TING H. LIU (307747) |
| 6 | 655 West Broadway, Suite 1900 |
|   | San Diego, CA 92101 |
| 7 | Telephone: 619/231-1058 |
|   | 619/231-7423 (fax) |
| 8 | torg@rgrdlaw.com |
|   | jforge@rgrdlaw.com |
| 9 | trigs@rgrdlaw.com |
|   | sconn@rgrdlaw.com |
| 10 | mjanoski@rgrdlaw.com |
|    | dbakshi@rgrdlaw.com |
| 11 | tliu@rgrdlaw.com |

Counsel for Plaintiff and the Class

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| HSINGCHING HSU, Individually and on Behalf of All Others Similarly Situated,<br><br>                        Plaintiff,<br><br>      vs.<br><br>PUMA BIOTECHNOLOGY, INC., et al.,<br><br>                        Defendants. | Case No. 8:15-cv-00865-AG-SHK<br><br>CLASS ACTION<br><br>JOINT STIPULATION REGARDING THE EXCHANGE OF DEMONSTRATIVE MATERIAL<br><br>TRIAL DATE:     January 15, 2019 |

1502409_1

1  Counsel for Defendants Puma Biotechnology, Inc. and Alan H. Auerbach, and
2 counsel for Plaintiff Norfolk County Council, as Administering Authority of the
3 Norfolk Pension Fund, and the Class (with Defendants, the "Parties"), respectfully
4 submit this stipulation and proposed order regarding the exchange of demonstrative
5 material.

6  WHEREAS, the Parties intend to show graphic or illustrative material
7 ("demonstratives") to the jury during trial; and

8  WHEREAS, the Parties agree and hereby stipulate, through their counsel of
9 record, to exchange any demonstrative(s) within 2.5 hours of the close of proceedings,
10 the day before the disclosing party intends to use the demonstrative(s).
11 Demonstrative(s) to be used on a Tuesday shall be exchanged by no later than 5:00
12 p.m. the preceding Monday.

13  IT IS SO STIPULATED.

14 DATED: January 11, 2019

ROBBINS GELLER RUDMAN
 & DOWD LLP
PATRICK J. COUGHLIN
TOR GRONBORG
JASON A. FORGE
TRIG R. SMITH
SUSANNAH R. CONN
J. MARCO JANOSKI GRAY
DEBASHISH BAKSHI
TING H. LIU

s/ TOR GRONBORG
TOR GRONBORG

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Counsel for Plaintiff and the Class

- 1 -

1502409_1

| | | |
|---|---|---|
| 1 | DATED: January 11, 2019 | LATHAM & WATKINS LLP<br>MICHELE D. JOHNSON<br>KRISTIN N. MURPHY |
| 2 | | |
| 3 | | |
| 4 | | _____s/ KRISTIN N. MURPHY_____<br>KRISTIN N. MURPHY |
| 5 | | |
| 6 | | 650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626-1925<br>Telephone: (714) 540-1235<br>michele.johnson@lw.com<br>kristin.murphy@lw.com |
| 7 | | |
| 8 | | |
| 9 | | ANDREW B. CLUBOK (*pro hac vice*)<br>SARAH A. TOMKOWIAK (*pro hac vice*)<br>555 Eleventh Street NW, Suite 1000<br>Washington, DC 20004-1304<br>Telephone:  (202) 637-2200<br>andrew.chubok@lw.com<br>sarah.tomkowiak@lw.com |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | COLLEEN C. SMITH<br>12670 High Bluff Drive<br>San Diego, CA 92130-3086<br>Telephone: (858) 523-5400<br>colleen.smith@lw.com |
| 14 | | |
| 15 | | |
| 16 | | Attorneys for Defendants Puma Biotechnology, Inc. and Alan H. Auerbach |

1502409_1

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on January 11, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ TOR GRONBORG
TOR GRONBORG

ROBBINS GELLER RUDMAN
　　& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  torg@rgrdlaw.com

1502409_1

# Mailing Information for a Case 8:15-cv-00865-AG-SHK HsingChing Hsu v. Puma Biotechnology, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael A Attanasio**
  mattanasio@cooley.com,smiyajima@cooley.com,efiling-notice@ecf.pacerpro.com,michael-attanasio-2678@ecf.pacerpro.com

- **Debashish Bakshi**
  dbakshi@rgrdlaw.com,3472014420@filings.docketbird.com

- **Amanda F Betsch**
  amanda.betsch@lw.com,amanda-betsch-0711@ecf.pacerpro.com

- **Ryan E Blair**
  rblair@cooley.com,efiling-notice@ecf.pacerpro.com,chourani@cooley.com

- **Christopher Thomas Casamassima**
  chris.casamassima@wilmerhale.com,Amanda.Soun@wilmerhale.com,WHDocketing@wilmerhale.com

- **Rosalyn Chapman, RET**
  mdawson@jamsadr.com

- **Rosalyn Chapman (Ret.)**
  mdawson@jamsadr.com

- **Andrew Clubok**
  andrew.clubok@lw.com,andrew-clubok-9012@ecf.pacerpro.com,washington-dc-litigation-services-5378@ecf.pacerpro.com,DCECFNotificationsDC@lw.com

- **Susannah R Conn**
  sconn@rgrdlaw.com,tdevries@rgrdlaw.com,3022905420@filings.docketbird.com

- **Patrick Joseph Coughlin**
  patc@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Patrick V Dahlstrom**
  pdahlstrom@pomlaw.com

- **Eric J Eastham**
  ejeastham@mintz.com,docketing@mintz.com,KCosta@mintz.com

- **Lorraine Echavarria**
  Lori.Echavarria@wilmerhale.com,joann.ambrosini@wilmerhale.com,gina.gaytan@wilmerhale.com

- **Jason A Forge**
  jforge@rgrdlaw.com,tholindrake@rgrdlaw.com

- **Koji F Fukumura**
  kfukumura@cooley.com,efiling-notice@ecf.pacerpro.com,chourani@cooley.com

- **Gilardi & Co. LLC**
  classact@gilardi.com

- **Meryn C N Grant**
  meryn.grant@lw.com

- **Joseph Marco Janoski Gray**
  mjanoski@rgrdlaw.com,tdevries@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Tor Gronborg**
  torg@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Michele D Johnson**
  michele.johnson@lw.com,karen.patterson@lw.com,michele-johnson-7426@ecf.pacerpro.com,#ocecf@lw.com,khadijah-fields-2405@ecf.pacerpro.com,jana.roach@lw.com

- **Mary Kathryn Kelley**
  mkkelley@cooley.com,msalas@cooley.com,efiling-notice@ecf.pacerpro.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com

- **Ting Hsiang Liu**
  tliu@rgrdlaw.com

- **Kristin Nicole Murphy**
  kristin.murphy@lw.com,kristin-murphy-2919@ecf.pacerpro.com,#ocecf@lw.com,khadijah-fields-2405@ecf.pacerpro.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,ahood@pomlaw.com,kmsaletto@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,CLinehan@glancylaw.com,info@glancylaw.com,robert-prongay-0232@ecf.pacerpro.com

- **John Warren Rissier**
  warren.rissier@morganlewis.com,bernice.worley@morganlewis.com

- **Darren J Robbins**
  darrenr@rgrdlaw.com

- **Laurence M Rosen**
  lrosen@rosenlegal.com

- **Charlene Sachi Shimada**
  charlene.shimada@morganlewis.com

- **Colleen C Smith**
  colleen.smith@lw.com,colleen-c-smith-7786@ecf.pacerpro.com

- **Trig Randall Smith**
  trigs@rgrdlaw.com,kmccormack@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **John F Sylvia**
  jfsylvia@mintz.com

- **Kolin Tang**
  ktang@sfmslaw.com,pleadings@sfmslaw.com

- **Craig Edward TenBroeck**
  ctenbroeck@cooley.com,maraujo@cooley.com,efiling-notice@ecf.pacerpro.com

- **Sarah A Tomkowiak**
  sarah.tomkowiak@lw.com,washington-dc-litigation-services-5378@ecf.pacerpro.com,sarah-tomkowiak-4288@ecf.pacerpro.com,DCECFNotificationsDC@lw.com

- **Lucy Han Wang**
  lucy.wang@morganlewis.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`