UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | SACV 15-0865-AG(SHKx) |
| Title: | HSINGCHING HSU, ET AL v PUMA BIOTECHNOLOGY, INC, ET AL |
| Date | January 24, 2019 |

Present: The Honorable ANDREW J. GUILFORD

| Lisa Bredahl | Miriam Baird |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Susannah Conn; Tor Gronborg; Jason Forge Trig Smith; Patrick Couglin | Colleen Smith; Michele Johnson; Sarah Tomkowiak, PHV, Andrew Clubok, PHV |

_____ Day Court Trial      6th Day Jury Trial

_____ One day trial:   _____ Begun (1st day);   X Held & Continued;   _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.
_____ Opening statements made by _____
X Witnesses called, sworn and testified.   X Exhibits Identified   X Exhibits admitted.
X Plaintiff(s) rest.   _____ Defendant(s) rest.
_____ Closing arguments made by   _____ plaintiff(s)   _____ defendant(s).   _____ Court instructs jury.
_____ Bailiff(s) sworn.   _____ Jury retires to deliberate.   _____ Jury resumes deliberations.
_____ Jury Verdict in favor of   _____ plaintiff(s)   _____ defendant(s) is read and filed.
_____ Jury polled.   _____ Polling waived.
_____ Filed Witness & Exhibit Lists   _____ Filed jury notes.   _____ Filed jury instructions.
_____ Judgment by Court for _____   _____ plaintiff(s)   _____ defendant(s).
_____ Findings, Conclusions of Law & Judgment to be prepared by   _____ plaintiff(s)   _____ defendant(s).
_____ Case submitted.   _____ Briefs to be filed by _____
_____ Motion to dismiss by _____   is   _____ granted.   _____ denied.   _____ submitted.
_____ Motion for mistrial by _____   is   _____ granted.   _____ denied.   _____ submitted.
X Motion for Judgment/Directed Verdict by   defendant   is   _____ granted.   _____ denied.   X submitted.
_____ Settlement reached and placed on the record.
_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
_____ Trial subpoenaed documents returned to subpoenaing party.
X Case continued to   January 25, 2019 at 8:00 a.m.   for further trial/further jury deliberation.
_____ Other:

5 : 50

Initials of Deputy Clerk   lmb

cc: