# EXHIBIT A

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| HSINGCHING HSU, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br> vs.<br><br>PUMA BIOTECHNOLOGY, INC., et al.,<br><br>      Defendants. | Case No. 8:15-cv-00865-AG-SHK<br><br>CLASS ACTION<br><br>[PROPOSED] JUDGMENT |

1534122_1

This action was tried by a jury with the Honorable Andrew J. Guilford presiding. The jury rendered its verdict on February 4, 2019, finding that defendants Alan Auerbach and Puma Biotechnology, Inc. violated §10(b) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder. Pursuant to the parties' joint stipulation, the jury's finding of liability on Plaintiffs' §10(b) claim results in a finding the defendant Alan Auerbach violated §20(a) of the Securities Exchange Act of 1934.

IT IS ORDERED AND ADJUDGED that judgment is hereby entered in favor of Lead Plaintiff and Class Representative Norfolk County Council, as Administering Authority of the Norfolk Pension Fund, on behalf of itself and the following Class:

> All persons or entities who purchased or otherwise acquired the common stock of Puma Biotechnology, Inc. ("Puma" or the "Company") during the period from July 22, 2014 (after 6:00 p.m., EDT) through May 13, 2015, inclusive (the "Class Period"), and were damaged thereby. Excluded from the Class are Defendants, present or former executive officers of Puma and their immediate family members (as defined in 17 C.F.R. §229.404, Instructions (1)(a)(iii) and (1)(b)(ii)), and all persons who validly requested exclusion from the Class following the notice of class certification.

IT IS FURTHER ORDERED AND ADJUDGED that the judgment shall be in an amount up to $4.50 per share, subject to the limitations of 15 U.S.C. §78u-4(e) (the 90-day period commencing on May 13, 2015), for each share of Puma stock purchased during the Class Period and held through May 13, 2015, plus prejudgment and post-judgment interest to be determined by the Court.

IT IS FURTHER ORDERED AND ADJUDGED that defendants Alan Auerbach and Puma shall be jointly and severally liable for the judgment.

IT IS FURTHER ORDERED AND ADJUDGED that the Court shall retain jurisdiction over the claims procedure, including the development of an appropriate

1  claims procedure and plan of allocation and the nature and amount of the
2  distribution(s) to be made to those members of the Class who file valid claims.

3      IT IS FURTHER ORDERED AND ADJUDGED that the Court shall retain
4  jurisdiction over the determination of prejudgment and post-judgment interest.

5      IT IS FURTHER ORDERED AND ADJUDGED that the Court shall retain
6  jurisdiction over any award or reimbursement to the Lead Plaintiff/Class
7  Representative and its counsel of attorneys' fees and nontaxable costs.  In accordance
8  with Fed. R. Civ. P. 54(d)(2), the time for Lead Plaintiff/Class Representative and its
9  counsel to make a motion for such relief shall be extended until such time as the Court
10 shall hereafter direct.

11 DATED: _____   _____
12                                    THE HONORABLE ANDREW J. GUILFORD
                                       UNITED STATES DISTRICT JUDGE
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1534122_1