UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| HSINGCHING HSU, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>PUMA BIOTECHNOLOGY, INC., et al.,<br><br>Defendants. | Case No. 8:15-cv-00865-DOC-SHK<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION FOR LEAVE TO FILE PORTIONS OF THE SUPPLEMENTAL CLAIMS REPORT UNDER SEAL |

4817-9631-3294.v1

1. Before the Court is Plaintiff's Application for Leave to File Portions of the Supplemental Claims Report Under Seal (the "Application"), by plaintiff Norfolk County Council, as Administering Authority of the Norfolk Pension Fund ("Plaintiff"). By the Application, Plaintiff seeks to file portions of the Supplemental Report of Gilardi & Co. LLC Regarding Claims Administration (the "Supplemental Report") under seal.

Plaintiff requests that Exhibits A and B to the Supplemental Report be placed under seal because they contain sensitive and confidential personal information belonging to persons and entities who have filed claims with the Claims Administrator pursuant to the February 4, 2019 jury verdict (ECF No. 718) and the Order Regarding Plaintiffs' Motions for Prejudgment Interest, Approval of Notice of Verdict and Claims Administration Procedure (ECF No. 778).

Pursuant to Local Rule 79-5 and the December 6, 2016 Stipulation and Protective Order (ECF No. 86), Plaintiff's Application is hereby GRANTED.

Accordingly, the Court ORDERS that Exhibits A and B to the Supplemental Report be filed under seal.

\* \* \*

**O R D E R**

IT IS SO ORDERED.

DATED:_____

THE HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

- 1 -

4817-9631-3294.v1