# EXHIBIT B

# Tor Gronborg

| | |
|---|---|
| **From:** | Colleen.Smith@lw.com |
| **Sent:** | Monday, October 19, 2020 10:17 AM |
| **To:** | Tor Gronborg; Michele Johnson |
| **Cc:** | PumaBio |
| **Subject:** | RE: Activity in Case 8:15-cv-00865-DOC-SHK HsingChing Hsu v. Puma Biotechnology, Inc. et al Order |

Hi Tor –

The process proposed in our letter briefing is what we currently plan to propose to the court, correct.

We are evaluating and streamlining the requests for production and interrogatories, so are not in a position to share them with you at present. We do plan to include them with our proposal to the court.

Best,
Colleen

**From:** Tor Gronborg <TorG@rgrdlaw.com>
**Sent:** Monday, October 19, 2020 9:52 AM
**To:** Smith, Colleen (SD) <Colleen.Smith@lw.com>; Johnson, Michele (OC) <michele.johnson@lw.com>
**Cc:** PumaBio <PumaBio@rgrdlaw.com>
**Subject:** RE: Activity in Case 8:15-cv-00865-DOC-SHK HsingChing Hsu v. Puma Biotechnology, Inc. et al Order

Colleen and Michele, we would appreciate a response to the below email. Thank you.

Tor

**From:** Tor Gronborg
**Sent:** Wednesday, October 14, 2020 10:34 AM
**To:** Colleen Smith <colleen.smith@lw.com>; Michele Johnson <michele.johnson@lw.com>
**Cc:** PumaBio <PumaBio@rgrdlaw.com>
**Subject:** FW: Activity in Case 8:15-cv-00865-DOC-SHK HsingChing Hsu v. Puma Biotechnology, Inc. et al Order

Colleen and Michele, for purposes of the briefing on the process for challenging claims, will you please confirm that the process proposed in your September 14, 2020 letter is what Defendants will move to have adopted by the Court and will you please provide us with the requests for production and interrogatories Defendants are proposing they would serve on claimants. Thank you.

Tor

**From:** cacd_ecfmail@cacd.uscourts.gov <cacd_ecfmail@cacd.uscourts.gov>
**Sent:** Tuesday, October 13, 2020 4:31 PM
**To:** ecfnef@cacd.uscourts.gov
**Subject:** Activity in Case 8:15-cv-00865-DOC-SHK HsingChing Hsu v. Puma Biotechnology, Inc. et al Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

1

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered on 10/13/2020 at 4:30 PM PDT and filed on 10/9/2020
**Case Name:** HsingChing Hsu v. Puma Biotechnology, Inc. et al
**Case Number:** 8:15-cv-00865-DOC-SHK
**Filer:**
**Document Number:** 804

**Docket Text:**
ORDER GRANTING JOINT STIPULATION REGARDING CLAIMS PROCESS BRIEFING SCHEDULE [799] by Judge David O. Carter: IT IS HEREBY ORDERED THAT: 1. Each of the Parties shall file an opening brief no later than October 28, 2020; 2. Each of the Parties shall file a reply brief no later than November 9, 2020; and 3. A hearing on the Parties' briefing shall be scheduled before Judge David 0. Carter for 8:30 a.m. on November 23, 2020. (bm)


**8:15-cv-00865-DOC-SHK Notice has been electronically mailed to:**

Ting Hsiang Liu    tliu@rgrdlaw.com

Meryn C N Grant    meryn-grant-0298@ecf.pacerpro.com, meryn.grant@lw.com

Jennifer Pafiti    ashmatkova@pomlaw.com, disaacson@pomlaw.com, jalieberman@pomlaw.com, ahood@pomlaw.com, jpafiti@pomlaw.com, abarbosa@pomlaw.com, tcrockett@pomlaw.com

Michele D Johnson    michele.johnson@lw.com, michele-johnson-7426@ecf.pacerpro.com, jana.roach@lw.com, #ocecf@lw.com, karen.patterson@lw.com

Jason A Forge    jforge@rgrdlaw.com

Kolin Tang    pleadings@sfmslaw.com, ktang@sfmslaw.com

Christopher Thomas Casamassima    whdocketing@wilmerhale.com, chris.casamassima@wilmerhale.com

Ryan E Blair    efiling-notice@ecf.pacerpro.com, rblair@cooley.com, chourani@cooley.com

Koji F Fukumura    kfukumura@cooley.com, efiling-notice@ecf.pacerpro.com, chourani@cooley.com

Amanda F Betsch    amanda-betsch-0711@ecf.pacerpro.com, amanda.betsch@lw.com

2