LATHAM & WATKINS LLP
  Michele D. Johnson (Bar No. 198298)
  michele.johnson@lw.com
  Kristin N. Murphy (Bar No. 268285)
  kristin.murphy@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, CA  92626-1925
Tel:  (714) 540-1235
Fax:  (714) 755-8290

LATHAM & WATKINS LLP
  Colleen C. Smith (Bar No. 231216)
  colleen.smith@lw.com
12670 High Bluff Drive
San Diego, CA  92130-3086
Tel:  (858) 523-5400
Fax:  (858) 523-5450

LATHAM & WATKINS LLP
  Andrew Clubok (pro hac vice)
  andrew.clubok@lw.com
  Sarah A. Tomkowiak (pro hac vice)
  sarah.tomkowiak@lw.com
555 Eleventh Street NW, Suite 1000
Washington, DC  20004-1304
Tel:  (202) 637-2200
Fax:  (202) 637-2201

*Attorneys for Defendants Puma Biotechnology, Inc. & Alan H. Auerbach*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HSINGCHING HSU, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PUMA BIOTECHNOLOGY, INC. and ALAN H. AUERBACH<br><br>Defendants. | CASE NO. 8:15-cv-00865-DOC-SHK<br><br>**DECLARATION OF JORDAN D. COOK IN SUPPORT OF DEFENDANTS' MEMORANDUM OF LAW REGARDING THE CLAIMS CHALLENGE PROCESS**<br><br>Date:        November 23, 2020<br>Time:        8:30 a.m.<br>Courtroom:   9D<br>Judge:       Hon. David O. Carter |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

US-DOCS\118458474.1

COOK DECL. ISO DEFS' MEM. OF LAW RE
THE CLAIMS CHALLENGE PROCESS
CASE NO. 8:15-CV-00865-DOC-SHK

I, Jordan D. Cook, hereby declare and state as follows:

1. I am an attorney with the law firm of Latham & Watkins LLP, counsel of record for Defendants Puma Biotechnology, Inc. ("Puma") and Alan H. Auerbach (collectively, "Defendants") in the above-captioned action. I am admitted to practice law in the State of California and am a member in good standing of the United States District Court for the Central District of California. I submit this declaration in support of Defendants' Memorandum of Law Regarding the Claims Challenge Process.

2. Attached hereto as <u>Exhibit 1</u> is a true and correct copy of a letter dated September 14, 2020 from counsel for Defendants to counsel for Plaintiff.

3. Attached hereto as <u>Exhibit 2</u> is a true and correct copy of an email dated September 25, 2020 from counsel for Plaintiff to counsel for Defendants.

4. Attached hereto as <u>Exhibit 3</u> is a true and correct copy of Defendants' proposed Requests for Production of Documents to claimants.

5. Attached hereto as <u>Exhibit 4</u> is a true and correct copy of Defendants' proposed Interrogatories to claimants.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on October 28, 2020 in Ladera Ranch, California.

                                                /s/ Jordan D. Cook
                                               Jordan D. Cook

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

US-DOCS\118458474.1

1

COOK DECL. ISO DEFS' MEM. OF LAW RE THE CLAIMS CHALLENGE PROCESS
CASE NO. 8:15-CV-00865-DOC-SHK