# EXHIBIT 1

650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Tel: +1.714.540.1235  Fax: +1.714.755.8290
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

**LATHAM & WATKINS LLP**

September 14, 2020

**VIA EMAIL**

Tor Gronborg
Robbins Geller Rudman & Dowd
655 West Broadway
Suite 1900
San Diego, CA 92101

Re:  *Hsu v. Puma Biotechnology, Inc.*, Case No. 8:15-cv-00865-DOC-SHK: Proposal for Challenging Claims

Dear Tor:

We write regarding next steps in the Puma securities class action case. As you are aware, on September 8, 2020, the Claims Administrator submitted its final claims report to the Court in accordance with Judge Guilford's September 9, 2019 Order (Dkt. 778). By October 8, 2020, the parties must propose "a process for challenging claims and/or a briefing schedule to address the process for challenging claims." *Id*. Defendants' proposal for this process is set forth below.

**Phase I:  Written Discovery**

Defendants propose using a tiered approach for discovery based on the size of the claim. Specifically, Defendants propose serving up to five requests for production ("RFPs") and up to five interrogatories to all class members whose claimed damages exceed $100,000. With respect to class members whose claimed damages do not exceed $100,000, Defendants will serve a more limited set of RFPs and interrogatories, not to exceed three each. We propose that the responses to these RFPs and interrogatories be due within sixty days of service.

**Phase II:  Claims Exceeding $100,000**

Defendants propose proceeding with additional discovery, depositions, and summary judgment in phases based on the size of the alleged claim. Phase II of the claims challenge process will proceed with respect to claims over $100,000. We propose that within six months of the date on which the parties receive claimants' responses to the written discovery, the parties may resolve any outstanding discovery matters and may take depositions of class members or their investment advisors. At the end of the six month period, Defendants will identify the claims they intend to challenge, and within thirty days of the six-month discovery cut off, any

**LATHAM&WATKINS**LLP

party may file a motion for summary judgment on those claims.  Defendants reserve the right to seek a jury trial on any challenged claims that survive summary judgment.

### Phase III:  Claims Less Than $100,000

Defendants propose that claims below $100,000 be addressed in a subsequent phase, Phase III, that would commence thirty days after the final resolution of any and all claims challenged in Phase II, whether those claims are resolved by summary judgment or trial. Defendants contemplate that the Phase III discovery and summary judgment schedule will follow the same schedule as that proposed for Phase II.  Defendants reserve the right to seek a jury trial on any challenged claims that survive summary judgment.

Final judgment may be entered only after resolution of any and all challenged claims.

Please let us know when you are available to meet and confer regarding this proposal this week.


Sincerely,

/s Michele D. Johnson

Michele D. Johnson
of LATHAM & WATKINS LLP


CC:
Andrew B. Clubok (Andrew.Clubok@lw.com)
Colleen C. Smith (Colleen.Smith@lw.com)
Sarah A. Tomkowiak (Sarah.Tomkowiak@lw.com)
Kristin N. Murphy(Kristin.Murphy@lw.com)
Roman Martinez (Roman.Martinez@lw.com)
Jason Forge (jforge@rgrdlaw.com)
Trig Smith (trigs@rgrdlaw.com)

LATHAM&WATKINS LLP

## Anticipated Schedule

| Date | Action |
|---|---|
| October 8, 2020 | File joint proposal regarding process for challenging claims |
| 14 days after court order approving claims process | Defendants will begin serving discovery on all claimants |
| 60 days after written discovery is served | Claimants' responses to discovery due |
| Six months/180 days after receipt of discovery responses | Phase II discovery cut-off for claims exceeding $100,000 |
| 30 days following Phase II discovery cut-off | Deadline for Defendants to move for summary judgment on Phase II claims |
| 30 days following resolution of Phase II claims (summary judgment or trial) | 180-day discovery period for Phase III claims begins |
| 180 days following Phase III discovery start | Phase III discovery cut-off for claims under $100,000 |
| 30 days following Phase III discovery cut-off | Deadline for Defendants to move for summary judgment on Phase III claims |