# EXHIBIT 2

**From:** Tor Gronborg <TorG@rgrdlaw.com>
**Sent:** Friday, September 25, 2020 10:30 AM
**To:** Smith, Colleen (SD) <Colleen.Smith@lw.com>; Johnson, Michele (OC) <michele.johnson@lw.com>
**Cc:** PumaBio <PumaBio@rgrdlaw.com>
**Subject:** Puma

Colleen and Michele, following up on our call yesterday, attached is Plaintiffs' proposal for the process to challenge claims.  As discussed, it does not appear that we will be able to reach an agreement on the process to challenge claims.  Accordingly, we propose filing a joint stipulation by October 8 identifying that the parties would like to providing briefing on their respective proposals and suggest the following schedule:

| | |
|---|---|
| October 19, 2020 | Parties to file opening briefs |
| October 26, 2020 | Parties to file reply briefs |
| November 2, 2020 | Hearing |

Tor

**Tor Gronborg**

Robbins Geller Rudman & Dowd LLP

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

   

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

**Puma:  Plaintiffs' Proposal for Challenging Claims**

I.Within 30 days of entry on the Order, Defendants shall identify:

1.The claims Defendants are not challenging (Group 1);

2.The claims Defendants are challenging and the specific basis for the challenge(s) (Group 2); and

3.The claims Defendants contend they need additional information about in order to assess the claim, including the specific information Defendants contend they need and why the information already provided by the claimant and Claims Administrator is insufficient (Group 3).

II.For Group 1:  Within 30 days of Defendants identifying the claims they are not challenging, Plaintiffs shall file a proposed judgment for those claims;

III.For Group 2:  Counsel for the parties shall meet and confer regarding the basis for Defendants' challenge(s) to each claim.  Within 30 days of identifying the claims in Group 2, if counsel for the parties are unable to resolve disputes regarding any challenged claims, Defendants shall file a motion to exclude the disputed claims, including for each claim the basis for the requested exclusion.  Plaintiffs shall have 30 days to respond to Defendants' motion and Defendants shall have 15 days thereafter to file a reply.

IV.For Group 3:  Counsel for the parties shall meet and confer regarding the specific information Defendants contend they need in order to assess the claim.  If the parties are unable to reach an agreement, within 30 days of identifying the claims in Group 3, Defendants may file a motion for leave to amend the Final Pretrial Order pursuant to Fed. R. Civ. P. 16 to seek discovery.  Any such motion must identify the specific discovery, on a claim-by-claim basis, that Defendants seek leave to serve.  Plaintiffs shall have 21 days to respond to Defendants' Fed. R. Civ. P. 16 motion and Defendants shall have 7 days thereafter to file a reply.

EXHIBIT 2
Page 6