# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HSINGCHING HSU, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>PUMA BIOTECHNOLOGY, INC., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>8:15–cv–00865–DOC–SHK<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __10/28/2020__

Document Number(s):   __806 , 809__

Title of Document(s):   __Motion (s)__

**ERROR(S) WITH DOCUMENT:**

Hearing information is missing, incorrect, or not timely.

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: _October 29, 2020_          By: _/s/ Trina Debose  714–338–4568_
                                            Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**