UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| HSINGCHING HSU, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>PUMA BIOTECHNOLOGY, INC., et al.,<br><br>　　　　　　Defendants. | Case No. 8:15-cv-00865-DOC-SHK<br><br>CLASS ACTION<br><br>ORDER ADOPTING PLAINTIFFS' SCHEDULE AND PROCESS FOR CHALLENGING VALIDATED CLAIMS MADE BY CLASS MEMBERS [806, 809] |

4833-6248-9296.v1

Having considered the parties briefing and argument regarding the schedule and process for challenging validated claims made by class members, the Court ORDERS as follows:

Within 120 days of entry of this Order, Defendants shall identify:

1. The claims Defendants are not challenging (Group 1);

2. The claims Defendants are challenging and the specific basis for the challenge(s) (Group 2); and

3. The claims Defendants contend they need additional information about in order to assess the claim, including the specific information Defendants contend they need and why the information already provided by the claimant and claims administrator is insufficient (Group 3).

For Group 1: Within 30 days of Defendants identifying the claims they are not challenging, Plaintiffs shall file a proposed judgment for those claims.

For Group 2: Counsel for the parties shall meet and confer regarding the basis for Defendants' challenge(s) to each claim. Within 30 days of identifying the claims in Group 2, if counsel for the parties are unable to resolve disputes regarding any challenged claims, Defendants shall file a motion to exclude the disputed claims, including for each claim the basis for the requested exclusion. Plaintiffs shall have 30 days to respond to Defendants' motion and Defendants shall have 15 days thereafter to file a reply.

For Group 3: Counsel for the parties shall meet and confer regarding the specific information Defendants contend they need in order to assess the claim. If the parties are unable to reach an agreement, within 30 days of identifying the claims in Group 3, Defendants may file a motion for leave to amend the Final Pretrial Order pursuant to Federal Rule of Civil Procedure 16 to seek discovery. Any such motion must identify the specific discovery, on a claim-by-claim basis, that Defendants seek

4833-6248-9296.v1

1 leave to serve.  Plaintiffs shall have 21 days to respond to Defendants' Rule 16
2 motion and Defendants shall have seven days thereafter to file a reply.

3     IT IS SO ORDERED.

4     DATED: _11-27-2020_      *David O. Carter*

5                                      THE HONORABLE DAVID O. CARTER
                                     UNITED STATE DISTRICT JUDGE