LATHAM & WATKINS LLP
Michele D. Johnson (Bar No. 198298)
*michele.johnson@lw.com*
Kristin N. Murphy (Bar No. 268285)
*kristin.murphy@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Tel: (714) 540-1235
Fax: (714) 755-8290

LATHAM & WATKINS LLP
Colleen C. Smith (Bar No. 231216)
*colleen.smith@lw.com*
12670 High Bluff Drive
San Diego, CA 92130-3086
Tel: (858) 523-5400
Fax: (858) 523-5450

LATHAM & WATKINS LLP
Andrew B. Clubok *(pro hac vice)*
*andrew.clubok@lw.com*
Sarah A. Tomkowiak (*pro hac vice*)
*sarah.tomkowiak@lw.com*
555 Eleventh Street NW, Suite 1000
Washington, DC 20004-1304
Tel: (202) 637-2200
Fax: (202) 637-2201

*Attorneys for Defendants Puma Biotechnology, Inc. & Alan H. Auerbach*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| HSINGCHING HSU, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PUMA BIOTECHNOLOGY, INC., and ALAN H. AUERBACH,<br><br>Defendants. | CASE NO. 8:15-cv-00865-DOC-SHK<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR LEAVE TO AMEND THE FINAL PRETRIAL ORDER**<br><br>Date: May 10, 2021<br>Time: 8:30 a.m.<br>Courtroom: 9D<br>Judge: Hon. David O. Carter |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

DEFS.' NOTICE OF MOTION AND MOTION FOR
LEAVE TO AMEND THE FINAL PRETRIAL ORDER
CASE NO. 8:15-CV-00865-DOC-SHK

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 10, 2021, at 8:30 a.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable David O. Carter, Courtroom 9D, United States District Court, Central District of California, located at 411 West Fourth Street, Santa Ana, California 92701-4516, Defendants Puma Biotechnology, Inc. and Alan H. Auerbach will, and hereby do, move this Court for leave to amend the final pretrial order pursuant to Federal Rule of Civil Procedure 16(e) to permit individual-reliance discovery.

This Motion is made following the conferences of counsel pursuant to L.R. 7-3, which took place on January 27 and 29, 2021. This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Law, the Declaration of Jordan D. Cook and exhibits thereto, the Court's record on this matter, the arguments of counsel, and other evidence and argument that may be presented before the Court's decision.

Dated: March 29, 2021

Respectfully submitted,

LATHAM & WATKINS LLP

By  /s/ *Michele D. Johnson*

Michele D. Johnson
Andrew B. Clubok
Colleen C. Smith
Sarah A. Tomkowiak
Kristin N. Murphy

*Attorneys for Defendants Puma Biotechnology, Inc. & Alan H. Auerbach*