# EXHIBIT 1

LATHAM & WATKINS LLP
  Michele D. Johnson (Bar No. 198298)
  *michele.johnson@lw.com*
  Kristin N. Murphy (Bar No. 268285)
  *kristin.murphy@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Tel:  (714) 540-1235
Fax:  (714) 755-8290

LATHAM & WATKINS LLP
  Colleen C. Smith (Bar No. 231216)
  *colleen.smith@lw.com*
12670 High Bluff Drive
San Diego, CA 92130-3086
Tel:  (858) 523-5400
Fax:  (858) 523-5450

LATHAM & WATKINS LLP
  Andrew B. Clubok *(pro hac vice)*
  *andrew.clubok@lw.com*
  Sarah A. Tomkowiak *(pro hac vice)*
  *sarah.tomkowiak@lw.com*
555 Eleventh Street NW, Suite 1000
Washington, DC 20004-1304
Tel:  (202) 637-2200
Fax:  (202) 637-2201

*Attorneys for Defendants Puma Biotechnology, Inc. & Alan H. Auerbach*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| HSINGCHING HSU, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PUMA BIOTECHNOLOGY, INC., and ALAN H. AUERBACH,<br><br>Defendants. | CASE NO. 8:15-cv-00865-DOC-SHK<br><br>**DEFENDANTS' FIRST SET OF INTERROGATORIES TO CLAIMANTS** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

DEFS.' FIRST SET OF
POST-TRIAL INTERROGATORIES
CASE NO. 8:15-CV-00865-DOC-SHK

EXHIBIT 1
Page 3

| | |
|---|---|
| PROPOUNDING PARTY: | Defendants Puma Biotechnology, Inc. and Alan H. Auerbach |
| RESPONDING PARTY: | Claimants |
| SET NUMBER: | One |

Pursuant to Federal Rule of Civil Procedure 26 and 33, Defendants hereby requests that, within sixty days of service, or such other time as the parties may agree, [Claimaint Name] respond in writing under oath to the following interrogatories:

## DEFINITIONS

1. "Action" means the lawsuit, *Hsu v. Puma Biotechnology, Inc.*, 8:15-cv-00865-DOC-SHK, pending in the United States District Court for the Central District of California.

2. "Communication" means the transmittal of information (in the form of facts, ideas, inquiries, or otherwise).

3. "Document" means all documents, electronically stored information, and tangible things in the broadest sense under Federal Rule of Civil Procedure 34, and means anything that can be read, viewed, heard, or otherwise understood. Subject to and in accordance with the Instructions below, "document" is not limited in any way with respect to medium, embodiment, or process of creation, generation, or reproduction; "document" includes, without limitation, all preliminary, intermediate, and final versions, as well as any notations, comments, and marginalia (handwritten or otherwise) appearing thereon or therein; "document" includes originals (or high quality duplicates), all non-identical copies or drafts, and all attachments, exhibits, or similar items. Any document bearing on any sheet or side thereof, any marks, including, without limitation, initials, notations, comments, or marginalia of any character which are not part of the original test or reproduction thereof, are considered a separate document.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

1

DEFS.' FIRST SET OF
POST-TRIAL INTERROGATORIES
CASE NO. 8:15-CV-00865-DOC-SHK

EXHIBIT 1
Page 4

4. "Identify," when used regarding a person, means to state the person's full name, present or last known place of employment, including the business address and telephone number, and present or last known job title.

5. "Person" means any natural person or any legal entity, including, without limitation, any business or governmental entity or association.

6. "Puma" or the "Company" means Defendant Puma Biotechnology, Inc., including its predecessors, successors, parents, subsidiaries, affiliates, divisions, directors, officers, principals, trustees, agents, representatives, consultants, attorneys, or any other Person acting on his/her/its behalf.

7. "Securities" has the meaning set forth in the Securities Exchange Act of 1934, 15 U.S.C. §§ 78a *et seq.*

8. "Transactions" means any exchange of consideration for a change in ownership of Puma Securities from June 1, 2014 through August 13, 2015, including, but not limited to, purchasing, selling, shorting, or exercising options.

9. "You" or "Your" refers to [INSERT] and, without limitation, your predecessors, successors, parents, subsidiaries, affiliates, divisions, directors, officers, principals, trustees, agents, representatives, consultants, attorneys, or any other Person acting on their behalf.

10. "And" and "or" shall be construed either disjunctively or conjunctively, as necessary by the context, to bring within the scope of the definition, instruction, or request all responses that might otherwise be construed to be outside of its scope by any other construction.

11. The terms "all," "any," and "each" shall each be construed as encompassing any and all.

12. The use of the singular form of any word includes the plural form of the same and vice versa.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

2

DEFS.' FIRST SET OF
POST-TRIAL INTERROGATORIES
CASE NO. 8:15-CV-00865-DOC-SHK

EXHIBIT 1
Page 5

## INSTRUCTIONS

1. Please answer the following interrogatories separately and fully.

2. Please include in Your answer information which, while not within Your own knowledge, is nonetheless within Your custody or control, or reasonably available to You, or within any other source from which it may be reasonably secured.

3. If any part of the following interrogatories cannot be answered in full, please answer to the extent possible, specifying the reason for Your inability to answer the remainder.

4. If You object to any part or aspect of an interrogatory, please state with specificity the grounds for Your objection, and provide all information responsive to the portion, if any, to which You do not object, pursuant to Federal Rule of Civil Procedure 33(b).

5. If You contend that anything sought by these interrogatories is subject to any privilege, please state with particularity the nature of the privilege and all grounds therefore. Such information should be supplied in sufficient detail to permit the undersigned to assess the applicability of the privilege, protection, or other ground claimed, pursuant to Federal Rule of Civil Procedure 26(b)(5).

6. These interrogatories are subject to the duty to supplement as specified in Federal Rule of Civil Procedure 26(e), and You are obligated to change, supplement, and correct Your answers to conform to all available information, including information as it becomes available to You after You have served Your responses to these interrogatories.

## INTERROGATORIES

**INTERROGATORY NO. 1**:

For each of the Transactions, identify each Person(s), including (if applicable) You or any investment advisor, who made the decision(s) to engage in the Transactions.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

3

DEFS.' FIRST SET OF
POST-TRIAL INTERROGATORIES
CASE NO. 8:15-CV-00865-DOC-SHK

**EXHIBIT 1**
Page 6

**INTERROGATORY NO. 2**:

For each Person(s) identified in Your response to Interrogatory No. 1, describe with particularity: (i) what factors influenced the decision to engage in the Transactions; (ii) what, if any, due diligence, investigation, analysis, or evaluation of Puma or Puma securities was performed prior to engaging in the Transactions; (iii) what, if any, documents regarding Puma or Puma Securities were considered prior to engaging in the Transactions; (iv) the nature of all Communications regarding Puma or Puma securities made prior to engaging in the Transactions.

**INTERROGATORY NO. 3**:

State whether You contend that You (or, if another Person(s) made the decision(s), that Person(s)) relied on the integrity of the market price for Puma securities in deciding to engage in the Transactions.

**INTERROGATORY NO. 4**:

State with particularity the reasons for Your response to Interrogatory No. 3.

Dated: [DATE]

Respectfully submitted,

LATHAM & WATKINS LLP

By [SAMPLE]

Michele D. Johnson
Andrew B. Clubok
Colleen C. Smith
Sarah A. Tomkowiak
Kristin N. Murphy

*Attorneys for Defendants Puma Biotechnology, Inc. & Alan H. Auerbach*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

4

DEFS.' FIRST SET OF
POST-TRIAL INTERROGATORIES
CASE NO. 8:15-CV-00865-DOC-SHK

EXHIBIT 1
Page 7