# EXHIBIT 4

Colleen C. Smith
Direct Dial: 1.858.523.3985
colleen.smith@lw.com

12670 High Bluff Drive
San Diego, California 92130
Tel: +1.858.523.5400  Fax: +1.858.523.5450
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

March 12, 2021

**VIA E-MAIL**

Tor Gronborg
Robbins Geller Rudman & Dowd
655 West Broadway
Suite 1900
San Diego, CA 92101
torg@rgrdlaw.com

    Re: *Hsu v. Puma Biotechnology, Inc.*, Case No. 8:15-cv-00865-DOC-SHK

Dear Tor:

  I am writing on behalf of Defendants Puma Biotechnology, Inc. and Alan H. Auerbach to meet and confer regarding next steps in this case. Pursuant to the Court's November 27, 2020 Order (the "Order"), Defendants are evaluating the claims listed in the claims report to determine whether they can be placed in Group 1, Group 2, or Group 3. *See* Order at 1.

  This letter addresses claims purportedly over $1,000 listed on the claims administrator's final claims report (ECF No. 800). We are providing this information now so that the parties have sufficient time to meet and confer and attempt to resolve any issues prior to involving the Court.

  Certain of those > $1,000 claimants have not provided sufficient information for us to evaluate their claims. The attached appendix identifies the information we need for each of these claimants identified to date. For ease, we've divided the claims into four general categories:

- **Missing Trading Records (Category A)**: We are unable to locate documentation of trades for these claims in the records made available to us. This category includes claims with no support at all, as well as claims where affidavits were submitted in lieu of trading records and claims where some documentation is available but is insufficient to identify any trades during the relevant period.

- **Documents and Claimant Do Not Match (Category B)**: The documentation of trades for these claims do not have a matching Claimant name and/or account number, and therefore we cannot confirm they are from the correct Claimant.

- **Incomplete Trading Records (Category C)**: These records appear to be incomplete or have other issues, including that they show no purchases during the

LATHAM&WATKINS LLP

relevant period, have certain records missing, or are password-protected and the corresponding passwords have not been provided to us.

- **Insufficient Evidence (Category D)**: Documentation has been provided for these claims, but the nature of the documentation is insufficient to show actual trades. Most of these are spreadsheets that appear to have been generated specifically for this litigation, but do not have any other confirmatory information regarding these Claimants' trades that would allow us to confirm the claims.

As discussed on our last call, we expect that you will coordinate with Gilardi to get the information we've requested to avoid multiple requests to the claims administrator.

We look forward to hearing from you on these issues by Monday, March 22, 2021.

Best regards,

Colleen C. Smith
of LATHAM & WATKINS LLP

cc:    Counsel of Record

| Category A: Missing Trading Records | |
|---|---|
| 602021-6 | Affidavit, no documents |
| 602312-6 | Affidavit, no documents |
| 602304-5 | Affidavit, no documents |
| 602322-3 | Unable to find any backup for this claim |
| 601452-6 | Unable to find any backup for this claim |
| 601778-9 | Unable to find any backup for this claim |
| 601777-0 | Unable to find any backup for this claim |
| 600361-3 | Unable to find any backup for this claim |
| 602892-6 | Shows shares held, not purchases |
| 602412-2 | Only backup is rejection letter |
| 608435-4 | Only backup is rejection letter |
| 601998-6 | No supporting documents |
| 400174-5 | No CP trades |
| 608091-0 | No trades for listed account number<br><br>Also has password-protected files within zip with no password |
| 601981-1 | Leters of Attestation, no documents |
| 601445-3 | Unable to find any backup for this claim |
| 602985-0 | Unable to find any backup for this claim |
| 608557-1 | Unable to find any backup for this claim |
| 602984-1 | Unable to find any backup for this claim |
| 602028-3 | Leters of Attestation, no documents |
| 602015-1 | Leters of Attestation, no documents |
| 602007-0 | Leters of Attestation, no documents |
| 602008-9 | Leters of Attestation, no documents |
| 602826-8 | Unable to find any backup for this claim |
| 602002-0 | Leters of Attestation, no documents |
| 600883-6 | No records of trades |
| 600315-0 | No records of purchases |
| 602058-5 | Leters of Attestation, no documents |
| 601997-8 | Leters of Attestation, no documents |
| 602044-5 | Leters of Attestation, no documents |
| 601992-7 | Leters of Attestation, no documents |
| 604461-1 | Have email from Gilardi to claimant stating accounts are deficient with attached spreadsheet.  No response from claimant. |
| 602303-7 | Affidavit, no documents |
| 602306-1 | Affidavit, no documents |
| 602311-8 | Affidavit, no documents |
| 600465-2 | No records of purchases |
| 604460-3 | Have email from Gilardi to claimant stating accounts are deficient with attached spreadsheet.  No response from claimant. |

EXHIBIT 4
Page 21

| ID | | Notes |
|---|---|---|
| 604463-8 | ■ | Have email from Gilardi to claimant stating accounts are deficient with attached spreadsheet. No response from claimant. |
| 600541-1 | ■ | Can't confirm trades in Puma stock |
| 602310-0 | ■ | Affidavit, no documents |
| 602945-0 | ■ | No records of individual trades |
| 602915-9 | ■ | Have text file from class action services company containing Stock Record Summary Settlement Date Report which doesn't list individual trades. |
| 604012-8 | ■ | Have email from Gilardi to claimant stating accounts are deficient with attached spreadsheet. No response from claimant. |
| 604420-4 | ■ | Have email from Gilardi to claimant stating accounts are deficient with attached spreadsheet. No response from claimant. |
| 602825-0 | ■ | Have email from Gilardi to claimant stating accounts are deficient with attached spreadsheet. No response from claimant. |
| 602308-8 | ■ | Affidavit, no documents |
| 602046-1 | ■ | Leters of Attestation, no documents |
| **Category B - Can't Confirm Documents Match Claimant** | | |
| 600973-5 | ■ | The transactions associated with ▮▮ on pp. 14-15 of the 356-page backup document correspond to the trades listed on the blotter. However, there does not appear to be a way to confirm that account number actually corresponds to ▮. |
| 600365-6 | ■ | Trading records/account statement don't match fund name and account number |
| 601797-5 | ■ | Email says this claim should be associated with account number ▮▮. Confirm this should instead be ▮. |
| 601613-8 | ■ | There is no reference in the backup to an Account No. ▮▮. Please confirm correct account number |
| 601599-9 | ■ | Claimant Name does not appear on records - confirm correct records |
| 600396-6 | ■ | Claimant Name does not appear on records - confirm correct records |
| 608636-5 | ■ | Claimant Name and Account No. does not appear on records |
| 608476-1 | ■ | Claimant Name and Account No. does not appear on records |

EXHIBIT 4
Page 22

| ID | | Note |
|---|---|---|
| 608399-4 | ■ | Claimant Name does not appear on records - confirm correct records |
| 601487-9 | ■ | Claimant name nor Account No. available on supporting documentation<br>Note: Account No. ■ does appear. Possible error? |
| 604404-2 | ■ | Claimant Name and Account No. does not appear on records |
| 600523-3 | ■ | Claimant Name and Account No. does not appear on records |
| 608598-9 | ■ | Claimant Name does not appear on records - confirm correct records |
| 608598-9 | ■ | Claimant Name does not appear on records - confirm correct records |
| 602081-0 | ■ | Claimant Name and Account No. does not appear on records |
| 608599-7 | ■ | Claimant Name does not appear on records - confirm correct records |
| 608398-6 | ■ | Claimant Name does not appear on records - confirm correct records |
| 608423-0 | ■ | Claimant Name and Account No. does not appear on records |
| 608427-3 | ■ | Claimant Name and Account No. does not appear on records |
| 602084-4 | ■ | Claimant Name and Account No. does not appear on records |
| 600344-3 | ■ | Claimant Name and Account No. does not appear on records |
| 603974-0 | ■ | Claimant Name and Account No. does not appear on records |
| 604433-6 | ■ | Claimant Name and Account No. does not appear on records |
| 608175-4 | ■ | Claimant Name and Account No. does not appear on records |
| 608603-9 | ■ | Claimant Name and Account No. does not appear on records |
| 602080-1 | ■ | Claimant Name and Account No. does not appear on records |
| 601592-1 | ■ | Claimant Name does not appear on records - confirm correct records |

EXHIBIT 4
Page 23

| ID | | Note |
|---|---|---|
| 604779-3 | | Claimant Name and Account No. does not match records |
| 602423-8 | | Claimant Name does not appear on records - confirm correct records |
| 601665-0 | | Claimant Name does not appear on records - confirm correct records |
| 601695-2 | | Claimant Name does not appear on records - confirm correct records |
| 608422-2 | | Claimant Name and Account No. does not appear on records |
| 600302-8 | | Supporting Documents in Japanese |
| 600392-3 | | Supporting documents are in German |
| 600387-7 | | Supporting documents are in German |
| 100569-3 | | Supporting documents in Hebrew |
| **Category C - Incomplete Records** | | |
| 602876-4 | | Missing backup for sale on April 27, 2015. Confirm that and any other supporting information |
| 602900-0 | | No records showing any purchase during Class Period |
| 608425-7 | | Doesn't indicate records are for trades made of Puma securities |
| 602893-4 | | No records showing any purchase during Class Period |
| 603977-4 | | No records showing any purchase during Class Period<br><br>Doc2 is a password protected file, but no pw has been provided |
| 604105-1 | | Password-protected file with no password - unable to confirm information provided |
| 601816-5 | | Affidavit states that screenshots from the claimant's internal recordkeeping system are attached. Unable to locate those screenshots. |
| 602378-9 | | Trade ticket has redactions - confirm all trades visible/included |
| 600399-0 | | Email provided in response to Claims Administrator's deficiency letter but does not appear to reflect all trading records from the relevant period |
| 600498-9 | | No Class Period trading records |
| 602534-0 | | No documents showing actual purchases/sales |
| 602946-9 | | No Class Period trading records |
| 608595-4 | | No password for zip file<br><br>Un-encrypted document doesn't have account number or claimant name |

EXHIBIT 4
Page 24

| | | |
|---|---|---|
| **Category D - Insufficient Evidence (i.e., spreadsheets) that don't meet evidentiary standards** | | |
| 601795-9 | | Spreadsheet only, no backup |
| 603889-1 | | Spreadsheet only, no backup<br><br>Also unclear if response sent to Gilardi represents all trades, or just deficient trades |
| 602925-6 | | Spreadsheet only, no backup |
| | | |
| 600753-8 | | Spreadsheet only, no backup<br><br>No response to deficiency notice |
| 601799-1 | | Spreadsheet only, no backup |
| 601614-6 | | Spreadsheet only, no backup |
| 600398-2 | | Spreadsheet only, no backup |
| 601767-3 | | Spreadsheet only, no backup |
| 601767-3 | | Spreadsheet only, no backup |
| 603650-3 | | Spreadsheet only, no backup |
| 602991-4 | | Spreadsheet only, no backup |
| 601781-9 | | Spreadsheet only, no backup<br><br>Also appears incomplete |
| 600364-8 | | Spreadsheet only, no backup |
| 601603-0 | | Spreadsheet only, no backup |
| 601794-0 | | Spreadsheet only, no backup |
| 601928-5 | | Spreadsheet only, no backup |
| 602396-7 | | Spreadsheet only, no backup |
| 602549-8 | | Spreadsheet only, no backup |
| 600425-3 | | Spreadsheet only, no backup |
| 100832-3 | | Email list only, no backup |
| 600432-6 | | Have Excel file containing list of trades from class action services company |
| 601927-7 | | Spreadsheet only, no backup |
| 603891-3 | | Spreadsheet only, no backup |

EXHIBIT 4
Page 25