# EXHIBIT A

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

## FORM 10-K

(Mark One)

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended December 31, 2020

or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to _____

Commission File Number: 001-35703

## PUMA BIOTECHNOLOGY, INC.
(Exact name of registrant as specified in its charter)

| Delaware | | 77-0683487 |
|---|---|---|
| (State or other jurisdiction of incorporation or organization) | | (I.R.S. Employer Identification No.) |

10880 Wilshire Boulevard, Suite 2150
Los Angeles, CA 90024
(424) 248-6500
(Address, including zip code, and telephone number, including area code, of registrant's principal executive offices)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading symbol | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.0001 per share | PBYI | The NASDAQ Stock Market LLC (NASDAQ Global Select Market) |

Securities registered pursuant to Section 12(g) of the Act: None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.    Yes ☐    No ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.    Yes ☐    No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.    Yes ☒    No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).    Yes ☒    No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Large accelerated filer | ☐ | Accelerated filer | ☒ |
|---|---|---|---|
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.  ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☒

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act).    Yes ☐    No ☒

The aggregate market value of voting stock held by non-affiliates of the registrant was approximately $413.3 million as of June 30, 2020, based upon the closing price of $10.43 per share of the registrant's common stock on the NASDAQ Global Select Market on Friday, June 30, 2020, the last business day of the registrant's most recently completed second fiscal quarter. Shares of common stock held by each executive officer, director and holder of 10% or more of the outstanding common stock have been excluded in that such persons may be deemed to be affiliates. This determination of affiliate status is not necessarily a conclusive determination for other purposes. As of February 18, 2021, there were 40,258,460 shares of the registrant's common stock outstanding.

Documents Incorporated by Reference:

Portions of the Proxy Statement for the registrant's 2021 Annual Meeting of Stockholders, or the 2021 Proxy Statement, are incorporated by reference into Part III of the Form 10-K to the extent stated herein.

ITEM 1B.      UNRESOLVED STAFF COMMENTS

Not applicable.

ITEM 2.      PROPERTIES

We lease approximately 65,656 square feet of office space in the building located at 10880 Wilshire Boulevard, Los Angeles, California for use as our corporate headquarters. This lease commenced in December 2011 and over time has been amended to add rentable square footage. The lease terminates in March 2026. We also lease approximately 29,470 square feet of office space in the building located at 701 Gateway Blvd, South San Francisco, California. The lease for the South San Francisco facility commenced in October 2012. The lease will terminate around March 2026, with an option to extend for an additional five-year term. We believe that our existing office space, along with the additional office space in South San Francisco, is adequate to meet current and anticipated future requirements and that additional or substitute space will be available as needed to accommodate any expansions that our operations require.

ITEM 3.      LEGAL PROCEEDINGS

*Hsu v. Puma Biotechnology, Inc., et. al.*

On June 3, 2015, Hsingching Hsu, individually and on behalf of all others similarly situated, filed a class action lawsuit against us and certain of our executive officers in the United States District Court for the Central District of California (Case No. 8:15-cv-00865-AG-JCG). On October 16, 2015, lead plaintiff Norfolk Pension Fund filed a consolidated complaint on behalf of all persons who purchased our securities between July 22, 2014 and May 29, 2015. A trial on the claims relating to four statements alleged to have been false or misleading was held from January 15 to January 29, 2019. At trial, the jury found that three of the four challenged statements were not false or misleading, and thus found in the defendants' favor on those claims. The jury found liability as to one statement and awarded a maximum of $4.50 per share in damages, which represents approximately 5% of the total claimed damages of $87.20 per share. On September 9, 2019, the Court entered an order specifying the rate of prejudgment interest to be awarded on any valid claims at the 52-week Treasury Bill rate. On September 8, 2020, the claims administrator submitted its final claims report to the Court and, on October 9, 2020, the claims administrator submitted its supplemental claims report. The claims report reflects approximately $50.5 million in claimed damages. We disagree with the amount of claimed damages. On November 27, 2020, the Court issued an order setting out the process for challenging claims. Pursuant to that order, defendants must decide by March 29, 2021 which claims they intend to challenge, and for which claims we need more information to determine whether or not we will challenge those claims. Based on a review of specific claims and subject to the outcome of the claims challenge process, we believe that total claimed damages after all claims challenges have been adjudicated could range from $24.8 million to $51.4 million. The total amount of aggregate class-wide damages still remains uncertain and will be ascertained only after the claims challenge process and the exhaustion of any appeals. It is reasonably possible that the final total damages awarded will differ from these estimates; however, the amount is not estimable at this time. A final judgment has not been entered.

*Eshelman v. Puma Biotechnology, Inc., et. al.*

In February 2016, Fredric N. Eshelman filed a lawsuit against our Chief Executive Officer and President, Alan H. Auerbach, and us in the United States District Court for the Eastern District of North Carolina (Case No. 7:16-cv-00018-D). The complaint generally alleged that we and Mr. Auerbach made defamatory statements regarding Dr. Eshelman in connection with a proxy contest. In May 2016, Dr. Eshelman filed a notice of voluntary dismissal of the claims against Mr. Auerbach. A trial on the remaining defamation claims against us took place from March 11 to March 15, 2019. At trial, the jury found us liable and awarded Dr. Eshelman $15.9 million in compensatory damages and $6.5 million in punitive damages. We strongly disagree with the verdict and, on April 22, 2019, filed a motion for a new trial or, in the alternative, a reduced damages award. The Court denied that motion on March 2, 2020. We have appealed that ruling and the verdict. Additionally, after trial, the plaintiff filed a motion seeking approximately $3.0 million in attorneys' fees, as well as pre-judgment interest. In the Court's March 2 ruling, it denied the motion for attorneys' fees but granted the request for pre-judgment interest, bringing the total judgment to $26.3 million. On March 30, 2020, the plaintiff filed a notice of cross-appeal and conditional cross-appeal, appealing the Court's order denying the plaintiff's request for attorneys' fees and conditionally cross-appealing a Court ruling that certain communications between Mr. Auerbach and his attorneys were protected by attorney-client privilege and a related evidentiary ruling. We estimate the high end of potential damages in the matter could be approximately $27.7 million; however, the actual amount of damages payable by us is still uncertain and will be ascertained only after completion of the appeal and any subsequent proceeding, and such amount could be greater than the amount of expense already recognized or the high end of the estimate. The United States Court of Appeals for the Fourth Circuit has tentatively calendared the oral argument of our appeal during the month of May 2021.

On July 28, 2020, we filed a request for arbitration against CANbridge Biomed Limited, or CANbridge, before the ICC International Court of Arbitration. We asserted that CANbridge violated the terms of our agreement with CANbridge in which we granted CANbridge an exclusive sublicense to develop and commercialize NERLYNX throughout greater China. We sought an arbitral award, as well as damages, costs, and attorneys' fees. On August 26, 2020, CANbridge filed its response to our request for arbitration and brought counterclaims, seeking damages, costs and attorneys' fees. On February 24, 2021, we and CANbridge resolved our dispute, with each side agreeing to dismiss our respective claims in the arbitration. The settlement is limited to claims asserted in the arbitration, or that are related to the claims asserted in the arbitration.

*Legal Malpractice Suit*

On September 17, 2020, we filed a lawsuit against Hedrick Gardner Kincheloe & Garofalo, L.L.P. and David L. Levy, the attorneys who previously represented us in *Eshelman v. Puma Biotechnology, Inc., et al.* in the Superior Court of Mecklenburg County, North Carolina. We are alleging legal malpractice based on the defendants' negligent handling of the defense of us in *Eshelman v. Puma Biotechnology, Inc., et al.* as detailed above. We are seeking recovery of the entire amount awarded in *Eshelman v. Puma Biotechnology, Inc., et al.* On November 23, 2020, the defendant filed an answer to the complaint denying the allegations of negligence.

ITEM 4.    MINE SAFETY DISCLOSURE

Not applicable.

# ITEM 6.   SELECTED FINANCIAL DATA

The following financial data should be read in conjunction with our consolidated financial statements and the related notes thereto appearing elsewhere in this Annual Report and with the section entitled "Management's Discussion and Analysis of Financial Condition and Results of Operations."

The Consolidated Statement of Operations Data and Other Financial Data for the years ended December 31, 2020, 2019 and 2018 and the Consolidated Balance Sheet Data as of December 31, 2020 and 2019 have been derived from our audited consolidated financial statements included elsewhere in this Annual Report. The Consolidated Statement of Operations Data and Other Financial Data for the years ended December 31, 2017 and 2016 and the Consolidated Balance Sheet Data as of December 31, 2018, 2017 and 2016 have been derived from our audited consolidated financial statements not included herein. Historical results are not necessarily indicative of the results to be expected in the future, and the results for the years presented should not be considered indicative of our future results of operations.

|  | Years Ended December 31, | | | | |
|---|---|---|---|---|---|
|  | 2020 | 2019 | 2018 | 2017 | 2016 |
|  | (in millions, except share and per share data) | | | | |
| *Statement of Operations Data:* | | | | | |
| Product revenue, net | $ 196.7 | $ 211.6 | $ 200.5 | $ 26.2 | $ — |
| License revenue | 22.7 | 60.3 | 50.5 | 1.5 | — |
| Royalty revenue | 5.7 | 0.4 | — | — | — |
| Expenses: | | | | | |
|    Cost of sales | 39.4 | 36.8 | 34.6 | 5.6 | — |
|    Selling, general and administrative | 118.4 | 141.6 | 146.2 | 106.7 | 53.8 |
|    Research and development | 97.7 | 132.9 | 164.9 | 207.8 | 222.8 |
| Operating loss | (30.4) | (39.0) | (94.7) | (292.4) | (276.6) |
|    Interest income | 0.5 | 2.8 | 1.8 | 1.2 | 1.0 |
|    Interest expense | (14.0) | (15.0) | (11.0) | (0.7) | — |
|    Legal verdict expense | (16.2) | (16.4) | (9.0) | — | — |
|    Loss on debt extinguishment | — | (8.1) | — | — | — |
|    Other income (expense) | 0.3 | 0.2 | (0.7) | (0.1) | (0.4) |
| Total other income (expense) | (29.4) | (36.5) | (18.9) | 0.4 | 0.6 |
| Loss before income taxes | (59.8) | (75.5) | (113.6) | (292.0) | (276.0) |
|    Income tax expense | (0.2) | (0.1) | — | — | — |
| Net loss | (60.0) | (75.6) | (113.6) | (292.0) | (276.0) |
| Net loss attributable to common stock | (60.0) | (75.6) | (113.6) | (292.0) | (276.0) |
| Net loss per common share—basic and diluted | $ (1.52) | $ (1.95) | $ (2.99) | $ (7.85) | $ (8.29) |
| Weighted-average common shares outstanding—basic and diluted | 39,576,107 | 38,768,653 | 37,942,411 | 37,169,678 | 33,295,114 |

|  | As of December 31, | | | | |
|---|---|---|---|---|---|
|  | 2020 | 2019 | 2018 | 2017 | 2016 |
|  | (in millions) | | | | |
| *Balance Sheet Data:* | | | | | |
| Total assets | $ 244.2 | $ 234.9 | $ 259.1 | $ 165.5 | $ 252.8 |
| Total liabilities | 250.2 | 217.4 | 224.8 | 112.2 | 43.0 |
| Total stockholders' (deficit) equity | (6.0) | 17.5 | 34.3 | 53.3 | 209.8 |

|  | Years Ended December 31, | | | | |
|---|---|---|---|---|---|
|  | 2020 | 2019 | 2018 | 2017 | 2016 |
|  | (in millions) | | | | |
| *Other Financial Data:* | | | | | |
| Net cash provided by (used in) operating activities | $ 0.8 | $ 22.4 | $ (24.1) | $ (172.5) | $ (141.7) |
| Net cash provided by (used in) investing activities | 23.4 | 5.2 | (57.6) | (15.4) | 142.2 |
| Net cash provided by (used in) financing activities | 0.1 | (67.1) | 108.5 | 75.1 | 162.4 |

**PUMA BIOTECHNOLOGY, INC. AND SUBSIDIARIES**
**CONSOLIDATED BALANCE SHEETS**
(in thousands, except share and per share data)

|  | December 31, 2020 | December 31, 2019 |
|---|---:|---:|
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 85,293 | $ 60,037 |
| Marketable securities | 8,096 | 51,607 |
| Accounts receivable, net of allowance for credit loss of $1,000 and $0 | 25,543 | 28,896 |
| Inventory, net | 3,454 | 3,170 |
| Prepaid expenses, current | 11,262 | 13,259 |
| Deferred rent | 198 | 154 |
| Restricted cash, current | 8,850 | 8,850 |
| Other current assets | 3,443 | 323 |
| Total current assets | 146,139 | 166,296 |
| Lease right-of-use assets, net | 16,404 | 18,522 |
| Property and equipment, net | 2,481 | 3,304 |
| Intangible assets, net | 74,140 | 40,461 |
| Restricted cash, long-term | 3,311 | 4,323 |
| Prepaid expenses and other, long-term | 1,745 | 1,999 |
| Total assets | $ 244,220 | $ 234,905 |
| **LIABILITIES AND STOCKHOLDERS' (DEFICIT) EQUITY** | | |
| Current liabilities: | | |
| Accounts payable | $ 12,076 | $ 19,183 |
| Accrued expenses, current | 61,325 | 69,030 |
| Accrued in-licensed rights, current | 20,993 | — |
| Post-marketing commitment liability, current | 2,481 | — |
| Lease liabilities, current | 3,094 | 2,624 |
| Current portion of long-term debt | 14,286 | — |
| Total current liabilities | 114,255 | 90,837 |
| Accrued expenses, long-term | 25,963 | — |
| Lease liabilities, long-term | 19,549 | 22,643 |
| Post-marketing commitment liability, long-term | 6,379 | 9,000 |
| Long-term debt | 84,025 | 94,962 |
| Total liabilities | 250,171 | 217,442 |
| Commitments and contingencies (Note 14) | | |
| Stockholders' (deficit) equity: | | |
| Common stock - $.0001 par value per share; 100,000,000 shares authorized; 40,086,387 shares issued and outstanding at December 31, 2020 and 39,203,304 issued and outstanding at December 31, 2019 | 4 | 4 |
| Additional paid-in capital | 1,331,676 | 1,295,033 |
| Accumulated other comprehensive income | — | 62 |
| Accumulated deficit | (1,337,631) | (1,277,636) |
| Total stockholders' (deficit) equity | (5,951) | 17,463 |
| Total liabilities and stockholders' (deficit) equity | $ 244,220 | $ 234,905 |

See Accompanying Notes to the Consolidated Financial Statements

F-5

**PUMA BIOTECHNOLOGY, INC. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF OPERATIONS**
(in thousands, except share and per share data)

|  | For the Year Ended December 31, | | |
|---|---|---|---|
|  | 2020 | 2019 | 2018 |
| Revenue: | | | |
|   Product revenue, net | $ 196,728 | $ 211,619 | $ 200,491 |
|   License revenue | 22,700 | 60,250 | 50,500 |
|   Royalty revenue | 5,682 | 391 | — |
| Total revenue | 225,110 | 272,260 | 250,991 |
| Operating costs and expenses: | | | |
|   Cost of sales | 39,374 | 36,815 | 34,621 |
|   Selling, general and administrative | 118,488 | 141,639 | 146,171 |
|   Research and development | 97,650 | 132,851 | 164,854 |
| Total operating costs and expenses | 255,512 | 311,305 | 345,646 |
| Loss from operations | (30,402) | (39,045) | (94,655) |
| Other income (expenses): | | | |
|   Interest income | 489 | 2,847 | 1,796 |
|   Interest expense | (14,046) | (15,019) | (10,985) |
|   Legal verdict expense | (16,196) | (16,350) | (9,000) |
|   Loss on debt extinguishment | — | (8,103) | — |
|   Other income (expenses) | 367 | 128 | (714) |
| Total other expenses | (29,386) | (36,497) | (18,903) |
| Loss before income taxes | $ (59,788) | $ (75,542) | $ (113,558) |
|   Income tax expense | (207) | (53) | (17) |
| Net loss | $ (59,995) | $ (75,595) | $ (113,575) |
| Net loss applicable to common stockholders | $ (59,995) | $ (75,595) | $ (113,575) |
| Net loss per share of common stock—basic and diluted | $ (1.52) | $ (1.95) | $ (2.99) |
| Weighted-average shares of common stock outstanding—basic and diluted | 39,576,107 | 38,768,653 | 37,942,411 |

See Accompanying Notes to the Consolidated Financial Statements

F-6

**PUMA BIOTECHNOLOGY, INC. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF COMPREHENSIVE LOSS**
(in thousands)

|  | For the Year Ended December 31, | | |
|---|---|---|---|
|  | 2020 | 2019 | 2018 |
| Net loss | $ (59,995) | $ (75,595) | $ (113,575) |
| Other comprehensive (loss) income: | | | |
| Unrealized (loss) gain on available-for-sale securities, net of tax of $0, $0, and $0 | (65) | 72 | (12) |
| Reclassifications of gain on available-for-sale securities, included in "Other income (expenses)", net of tax of $0, $0, and $0 | 3 | 2 | — |
| Comprehensive loss | $ (60,057) | $ (75,521) | $ (113,587) |

See Accompanying Notes to the Consolidated Financial Statements

F-7

## Signatures

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized, on March 1, 2021.

PUMA BIOTECHNOLOGY, INC.

By:   /s/ Alan H. Auerbach
      Alan H. Auerbach
      *President & Chief Executive Officer*
      (Principal Executive Officer)

KNOWN BY ALL PERSONS BY THESE PRESENTS, that each person whose signature appears below constitutes and appoints Alan H. Auerbach and Maximo Nougues, or either of them, as his or her true and lawful attorneys-in-fact and agents, with full power of substitution and resubstitution, for him and in his name, place and stead, in any and all capacities, to sign any and all amendments to this Annual Report on Form 10-K and any documents related to this report and filed pursuant to the Securities Exchange Act of 1934, and to file the same, with all exhibits thereto, and other documents in connection therewith, with the Securities and Exchange Commission, granting unto said attorneys-in-fact and agents, full power and authority to do and perform each and every act and thing requisite and necessary to be done in connection therewith as fully to all intents and purposes as he or she might or could do in person, hereby ratifying and confirming all that said attorneys-in-fact and agents, or their substitute or substitutes may lawfully do or cause to be done by virtue hereof. This power of attorney shall be governed by and construed with the laws of the State of Delaware and applicable federal securities laws.

85

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed by the following persons in the capacities and on the dates indicated.

| Signature | Title | Date |
| --- | --- | --- |
| /s/ Alan H. Auerbach<br><br>Alan H. Auerbach | Chairman of the Board of Directors, President and Chief Executive Officer (Principal Executive Officer) | March 1, 2021 |
| /s/ Maximo Nougues<br><br>Maximo Nougues | Chief Financial Officer (Principal Financial Officer and Principal Accounting Officer) | March 1, 2021 |
| /s/ Ann C. Miller<br><br>Ann C. Miller | Director | March 1, 2021 |
| /s/ Michael P. Miller<br><br>Michael P. Miller | Director | March 1, 2021 |
| /s/ Jay M. Moyes<br><br>Jay M. Moyes | Director | March 1, 2021 |
| /s/ Hugh O'Dowd<br><br>Hugh O'Dowd | Director | March 1, 2021 |
| /s/ Adrian M. Senderowicz<br><br>Adrian M. Senderowicz | Director | March 1, 2021 |
| /s/ Brian M. Stuglik<br><br>Brian M. Stuglik | Director | March 1, 2021 |
| /s/ Troy E. Wilson<br><br>Troy E. Wilson | Director | March 1, 2021 |