1  LATHAM & WATKINS LLP
     Michele D. Johnson (Bar No. 198298)
2    *michele.johnson@lw.com*
     Kristin N. Murphy (Bar No. 268285)
3    *kristin.murphy@lw.com*
   650 Town Center Drive, 20th Floor
4  Costa Mesa, CA 92626-1925
   Tel:  (714) 540-1235
5  Fax:  (714) 755-8290

6  LATHAM & WATKINS LLP
     Colleen C. Smith (Bar No. 231216)
7    *colleen.smith@lw.com*
   12670 High Bluff Drive
8  San Diego, CA 92130-3086
   Tel:  (858) 523-5400
9  Fax:  (858) 523-5450

10 LATHAM & WATKINS LLP
     Andrew Clubok *(pro hac vice)*
11   *andrew.clubok@lw.com*
     Sarah A. Tomkowiak *(pro hac vice)*
12   *sarah.tomkowiak@lw.com*
   555 Eleventh Street NW, Suite 1000
13 Washington, DC 20004-1304
   Tel:  (202) 637-2200
14 Fax:  (202) 637-2201

15 *Attorneys for Defendants Puma*
   *Biotechnology, Inc. & Alan H. Auerbach*
16

17           UNITED STATES DISTRICT COURT

18           CENTRAL DISTRICT OF CALIFORNIA

19                SOUTHERN DIVISION

20

| | |
|---|---|
| HSINGCHING HSU, Individually and on Behalf of All Others Similarly Situated, | CASE NO. 8:15-cv-00865-DOC-SHK |
| Plaintiff, | **DECLARATION OF KRISTIN N. MURPHY IN FURTHER SUPPORT OF DEFENDANTS' MOTION FOR LEAVE TO AMEND FINAL PRETRIAL ORDER** |
| v. | |
| PUMA BIOTECHNOLOGY, INC., and ALAN H. AUERBACH, | Date:       May 24, 2021<br>Time:       8:30 a.m.<br>Courtroom:  9D<br>Judge:      Hon. David O. Carter |
| Defendants. | |

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

MURPHY DECL. ISO DEFS.' MOT. FOR LEAVE
TO AMEND FINAL PRETRIAL ORDER
CASE NO. 8:15-CV-00865-DOC-SHK

1       I, Kristin N. Murphy, declare and state as follows:

2       1.      I am an attorney with Latham & Watkins LLP and counsel of record

3 for Defendants Puma Biotechnology, Inc. and Alan H. Auerbach.  I am admitted to

4 practice law in the State of California and am a member in good standing of the

5 United States District Court for the Central District of California.  I submit this

6 declaration in further support of Defendants' Motion for Leave to Amend the Final

7 Pretrial Order.

8       2.      Attached hereto as <u>Exhibit 1</u> is a true and correct copy of an excerpt of

9 Puma Biotechnology, Inc.'s Annual Report (Form 10-K) for 2020 filed with the U.S.

10 Securities and Exchange Commission on March 1, 2021.

11       3.      Attached hereto as <u>Exhibit 2</u> is a true and correct copy of Plaintiffs'

12 Notice of Subpoena to Non-Parties dated March 13, 2017, which includes Plaintiffs'

13 subpoenas to T. Rowe Price Associates, Inc., and FMR LLC (Fidelity).

14       I declare under penalty of perjury that the foregoing is true and correct.

15

16 Executed on May 10, 2021.         /s/ Kristin N. Murphy

17                                  Kristin N. Murphy

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
ORANGE COUNTY

1

MURPHY DECL. ISO DEFS.' MOT. FOR LEAVE
TO AMEND FINAL PRETRIAL ORDER
CASE NO. 8:15-CV-00865-DOC-SHK