1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| HSINGCHING HSU, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PUMA BIOTECHNOLOGY, INC., and ALAN H. AUERBACH,<br><br>Defendants. | CASE NO. 8:15-cv-00865-DOC-SHK<br><br><u>CLASS ACTION</u><br><br>ORDER GRANTING JOINT STIPULATION REGARDING SCHEDULE FOR SUBMISSION OF PROPOSED JUDGMENT AND BRIEFING ON PROPOSED JUDGMENT AND EXCLUSION OF CLAIMS [833] |

Pursuant to the Joint Stipulation Regarding Schedule for Submission of Proposed Judgment and Briefing on Proposed Judgment and Exclusion of Claims filed by counsel for Defendants Puma Biotechnology, Inc. and Alan H. Auerbach ("Defendants"), and counsel for Lead Plaintiff Norfolk County Council, as Administering Authority of the Norfolk Pension Fund ("Plaintiff" and, with Defendants, the "Parties"), and good cause appearing, the Court HEREBY ENTERS THE FOLLOWING SCHEDULE for the submission and briefing on Plaintiff's proposed judgement and briefing on Defendants' motion to exclude disputed claims

| | |
|---|---|
| Deadline for Plaintiff's Submission of Proposed Judgment for Unchallenged Claims | June 28, 2021 |
| Deadline for Defendants to Object to Plaintiffs' Proposed Judgment | July 19, 2021 |
| Deadline for Plaintiffs to Respond to Objections to Proposed Judgment | July 29, 2021 |

| | |
|---|---|
| Deadline for Defendants to Move to Exclude Challenged Claims | August 5, 2021 |
| Deadline for Plaintiff's Opposition to Motion to Exclude Challenged Claims | September 9, 2021 |
| Deadline for Defendants Reply in Support of Motion to Exclude | September 30, 2021 |

**IT IS SO ORDERED.**

Dated: June 22, 2021

By: *David O. Carter*
Honorable David O. Carter
United States District Judge