# EXHIBIT E

FRED Graph Observations
Federal Reserve Economic Data
Link: https://fred.stlouisfed.org
Help: https://fredhelp.stlouisfed.org
Economic Research Division
Federal Reserve Bank of St. Louis
WGS1YR        1-Year Treasury Constant Maturity Rate, Percent, Weekly, Not Seasonally Adjusted
Frequency: Weekly, Ending Friday

Link To Rate
https://fred.stlouisfed.org/series/WGS1YR

| | Principal (Damages) | Total Interest | Principal + Interest |
|---|---|---|---|
| | 50,522,202.87 | 3,556,842.96 | 54,079,045.83 |

| observation_date | WGS1YR | Principal Amount | Interest |
|---|---|---|---|
| 2015-05-15 | 0.24 | 50,522,202.87 | 2,657.61 |
| 2015-05-22 | 0.23 | 50,522,202.87 | 2,228.51 |
| 2015-05-29 | 0.26 | 50,522,202.87 | 2,519.19 |
| 2015-06-05 | 0.27 | 50,522,202.87 | 2,616.08 |
| 2015-06-12 | 0.28 | 50,522,202.87 | 2,712.97 |
| 2015-06-19 | 0.27 | 50,522,202.87 | 2,616.08 |
| 2015-06-26 | 0.29 | 50,522,202.87 | 2,809.86 |
| 2015-07-03 | 0.27 | 50,522,202.87 | 2,616.08 |
| 2015-07-10 | 0.26 | 50,522,202.87 | 2,519.19 |
| 2015-07-17 | 0.28 | 50,522,202.87 | 2,712.97 |
| 2015-07-24 | 0.33 | 50,522,202.87 | 3,197.43 |
| 2015-07-31 | 0.33 | 50,522,202.87 | 3,197.43 |
| 2015-08-07 | 0.36 | 50,522,202.87 | 3,488.11 |
| 2015-08-14 | 0.39 | 50,522,202.87 | 3,778.78 |
| 2015-08-21 | 0.39 | 50,522,202.87 | 3,778.78 |
| 2015-08-28 | 0.36 | 50,522,202.87 | 3,488.11 |
| 2015-09-04 | 0.37 | 50,522,202.87 | 3,585.00 |
| 2015-09-11 | 0.39 | 50,522,202.87 | 3,778.78 |
| 2015-09-18 | 0.41 | 50,522,202.87 | 3,972.57 |
| 2015-09-25 | 0.34 | 50,522,202.87 | 3,294.32 |
| 2015-10-02 | 0.31 | 50,522,202.87 | 3,003.65 |
| 2015-10-09 | 0.27 | 50,522,202.87 | 2,616.08 |
| 2015-10-16 | 0.23 | 50,522,202.87 | 2,228.51 |
| 2015-10-23 | 0.23 | 50,522,202.87 | 2,228.51 |
| 2015-10-30 | 0.31 | 50,522,202.87 | 3,003.65 |
| 2015-11-06 | 0.41 | 50,522,202.87 | 3,972.57 |
| 2015-11-13 | 0.50 | 50,522,202.87 | 4,844.59 |

| Date | | | |
|---|---|---|---|
| 2015-11-20 | 0.49 | 50,522,202.87 | 4,747.70 |
| 2015-11-27 | 0.51 | 50,522,202.87 | 4,941.49 |
| 2015-12-04 | 0.54 | 50,522,202.87 | 5,232.16 |
| 2015-12-11 | 0.71 | 50,522,202.87 | 6,879.32 |
| 2015-12-18 | 0.69 | 50,522,202.87 | 6,685.54 |
| 2015-12-25 | 0.65 | 50,522,202.87 | 6,297.97 |
| 2016-01-01 | 0.66 | 50,522,202.87 | 6,394.87 |
| 2016-01-08 | 0.65 | 50,522,202.87 | 6,297.97 |
| 2016-01-15 | 0.58 | 50,522,202.87 | 5,619.73 |
| 2016-01-22 | 0.46 | 50,522,202.87 | 4,457.03 |
| 2016-01-29 | 0.47 | 50,522,202.87 | 4,553.92 |
| 2016-02-05 | 0.52 | 50,522,202.87 | 5,038.38 |
| 2016-02-12 | 0.51 | 50,522,202.87 | 4,941.49 |
| 2016-02-19 | 0.53 | 50,522,202.87 | 5,135.27 |
| 2016-02-26 | 0.56 | 50,522,202.87 | 5,425.95 |
| 2016-03-04 | 0.66 | 50,522,202.87 | 6,394.87 |
| 2016-03-11 | 0.68 | 50,522,202.87 | 6,588.65 |
| 2016-03-18 | 0.67 | 50,522,202.87 | 6,491.76 |
| 2016-03-25 | 0.64 | 50,522,202.87 | 6,201.08 |
| 2016-04-01 | 0.62 | 50,522,202.87 | 6,007.30 |
| 2016-04-08 | 0.55 | 50,522,202.87 | 5,329.05 |
| 2016-04-15 | 0.54 | 50,522,202.87 | 5,232.16 |
| 2016-04-22 | 0.54 | 50,522,202.87 | 5,232.16 |
| 2016-04-29 | 0.58 | 50,522,202.87 | 5,619.73 |
| 2016-05-06 | 0.52 | 50,522,202.87 | 5,038.38 |
| 2016-05-13 | 0.53 | 50,746,452.24 | 5,158.06 |
| 2016-05-20 | 0.62 | 50,746,452.24 | 6,033.96 |
| 2016-05-27 | 0.68 | 50,746,452.24 | 6,617.89 |
| 2016-06-03 | 0.67 | 50,746,452.24 | 6,520.57 |
| 2016-06-10 | 0.59 | 50,746,452.24 | 5,742.00 |
| 2016-06-17 | 0.53 | 50,746,452.24 | 5,158.06 |
| 2016-06-24 | 0.55 | 50,746,452.24 | 5,352.71 |
| 2016-07-01 | 0.45 | 50,746,452.24 | 4,379.49 |
| 2016-07-08 | 0.46 | 50,746,452.24 | 4,476.81 |
| 2016-07-15 | 0.52 | 50,746,452.24 | 5,060.74 |
| 2016-07-22 | 0.55 | 50,746,452.24 | 5,352.71 |
| 2016-07-29 | 0.53 | 50,746,452.24 | 5,158.06 |

| Date | Rate | Amount | Interest |
|---|---|---|---|
| 2016-08-05 | 0.52 | 50,746,452.24 | 5,060.74 |
| 2016-08-12 | 0.56 | 50,746,452.24 | 5,450.03 |
| 2016-08-19 | 0.58 | 50,746,452.24 | 5,644.67 |
| 2016-08-26 | 0.59 | 50,746,452.24 | 5,742.00 |
| 2016-09-02 | 0.61 | 50,746,452.24 | 5,936.64 |
| 2016-09-09 | 0.57 | 50,746,452.24 | 5,547.35 |
| 2016-09-16 | 0.61 | 50,746,452.24 | 5,936.64 |
| 2016-09-23 | 0.60 | 50,746,452.24 | 5,839.32 |
| 2016-09-30 | 0.59 | 50,746,452.24 | 5,742.00 |
| 2016-10-07 | 0.65 | 50,746,452.24 | 6,325.93 |
| 2016-10-14 | 0.67 | 50,746,452.24 | 6,520.57 |
| 2016-10-21 | 0.66 | 50,746,452.24 | 6,423.25 |
| 2016-10-28 | 0.67 | 50,746,452.24 | 6,520.57 |
| 2016-11-04 | 0.64 | 50,746,452.24 | 6,228.61 |
| 2016-11-11 | 0.70 | 50,746,452.24 | 6,812.54 |
| 2016-11-18 | 0.77 | 50,746,452.24 | 7,493.79 |
| 2016-11-25 | 0.79 | 50,746,452.24 | 7,688.44 |
| 2016-12-02 | 0.80 | 50,746,452.24 | 7,785.76 |
| 2016-12-09 | 0.84 | 50,746,452.24 | 8,175.04 |
| 2016-12-16 | 0.89 | 50,746,452.24 | 8,661.65 |
| 2016-12-23 | 0.88 | 50,746,452.24 | 8,564.33 |
| 2016-12-30 | 0.87 | 50,746,452.24 | 8,467.01 |
| 2017-01-06 | 0.86 | 50,746,452.24 | 8,369.69 |
| 2017-01-13 | 0.82 | 50,746,452.24 | 7,980.40 |
| 2017-01-20 | 0.82 | 50,746,452.24 | 7,980.40 |
| 2017-01-27 | 0.81 | 50,746,452.24 | 7,883.08 |
| 2017-02-03 | 0.83 | 50,746,452.24 | 8,077.72 |
| 2017-02-10 | 0.80 | 50,746,452.24 | 7,785.76 |
| 2017-02-17 | 0.83 | 50,746,452.24 | 8,077.72 |
| 2017-02-24 | 0.82 | 50,746,452.24 | 7,980.40 |
| 2017-03-03 | 0.91 | 50,746,452.24 | 8,856.30 |
| 2017-03-10 | 1.02 | 50,746,452.24 | 9,926.84 |
| 2017-03-17 | 1.03 | 50,746,452.24 | 10,024.16 |
| 2017-03-24 | 1.00 | 50,746,452.24 | 9,732.20 |
| 2017-03-31 | 1.03 | 50,746,452.24 | 10,024.16 |
| 2017-04-07 | 1.04 | 50,746,452.24 | 10,121.48 |
| 2017-04-14 | 1.05 | 50,746,452.24 | 10,218.81 |

| Date | | | |
|---|---|---|---|
| 2017-04-21 | 1.02 | 50,746,452.24 | 9,926.84 |
| 2017-04-28 | 1.06 | 50,746,452.24 | 10,316.13 |
| 2017-05-05 | 1.10 | 50,746,452.24 | 10,705.42 |
| 2017-05-12 | 1.13 | 50,746,452.24 | 10,997.38 |
| 2017-05-19 | 1.10 | 51,133,015.08 | 10,786.96 |
| 2017-05-26 | 1.15 | 51,133,015.08 | 11,277.28 |
| 2017-06-02 | 1.16 | 51,133,015.08 | 11,375.34 |
| 2017-06-09 | 1.18 | 51,133,015.08 | 11,571.47 |
| 2017-06-16 | 1.21 | 51,133,015.08 | 11,865.66 |
| 2017-06-23 | 1.22 | 51,133,015.08 | 11,963.72 |
| 2017-06-30 | 1.22 | 51,133,015.08 | 11,963.72 |
| 2017-07-07 | 1.23 | 51,133,015.08 | 12,061.79 |
| 2017-07-14 | 1.22 | 51,133,015.08 | 11,963.72 |
| 2017-07-21 | 1.22 | 51,133,015.08 | 11,963.72 |
| 2017-07-28 | 1.23 | 51,133,015.08 | 12,061.79 |
| 2017-08-04 | 1.23 | 51,133,015.08 | 12,061.79 |
| 2017-08-11 | 1.22 | 51,133,015.08 | 11,963.72 |
| 2017-08-18 | 1.24 | 51,133,015.08 | 12,159.85 |
| 2017-08-25 | 1.23 | 51,133,015.08 | 12,061.79 |
| 2017-09-01 | 1.23 | 51,133,015.08 | 12,061.79 |
| 2017-09-08 | 1.23 | 51,133,015.08 | 12,061.79 |
| 2017-09-15 | 1.27 | 51,133,015.08 | 12,454.04 |
| 2017-09-22 | 1.31 | 51,133,015.08 | 12,846.29 |
| 2017-09-29 | 1.31 | 51,133,015.08 | 12,846.29 |
| 2017-10-06 | 1.33 | 51,133,015.08 | 13,042.42 |
| 2017-10-13 | 1.41 | 51,133,015.08 | 13,826.93 |
| 2017-10-20 | 1.42 | 51,133,015.08 | 13,924.99 |
| 2017-10-27 | 1.43 | 51,133,015.08 | 14,023.05 |
| 2017-11-03 | 1.45 | 51,133,015.08 | 14,219.18 |
| 2017-11-10 | 1.52 | 51,133,015.08 | 14,905.62 |
| 2017-11-17 | 1.57 | 51,133,015.08 | 15,395.94 |
| 2017-11-24 | 1.62 | 51,133,015.08 | 15,886.26 |
| 2017-12-01 | 1.62 | 51,133,015.08 | 15,886.26 |
| 2017-12-08 | 1.66 | 51,133,015.08 | 16,278.51 |
| 2017-12-15 | 1.70 | 51,133,015.08 | 16,670.76 |
| 2017-12-22 | 1.72 | 51,133,015.08 | 16,866.89 |
| 2017-12-29 | 1.76 | 51,133,015.08 | 17,259.14 |

| | | | |
|---|---|---|---|
| 2018-01-05 | 1.82 | 51,133,015.08 | 17,847.52 |
| 2018-01-12 | 1.78 | 51,133,015.08 | 17,455.27 |
| 2018-01-19 | 1.79 | 51,133,015.08 | 17,553.33 |
| 2018-01-26 | 1.79 | 51,133,015.08 | 17,553.33 |
| 2018-02-02 | 1.87 | 51,133,015.08 | 18,337.84 |
| 2018-02-09 | 1.89 | 51,133,015.08 | 18,533.97 |
| 2018-02-16 | 1.97 | 51,133,015.08 | 19,318.47 |
| 2018-02-23 | 2.02 | 51,133,015.08 | 19,808.79 |
| 2018-03-02 | 2.06 | 51,133,015.08 | 20,201.04 |
| 2018-03-09 | 2.05 | 51,133,015.08 | 20,102.98 |
| 2018-03-16 | 2.06 | 51,133,015.08 | 20,201.04 |
| 2018-03-23 | 2.06 | 51,133,015.08 | 20,201.04 |
| 2018-03-30 | 2.09 | 51,133,015.08 | 20,495.23 |
| 2018-04-06 | 2.07 | 51,133,015.08 | 20,299.11 |
| 2018-04-13 | 2.10 | 51,133,015.08 | 20,593.30 |
| 2018-04-20 | 2.18 | 51,133,015.08 | 21,377.80 |
| 2018-04-27 | 2.25 | 51,133,015.08 | 22,064.25 |
| 2018-05-04 | 2.24 | 51,133,015.08 | 21,966.18 |
| 2018-05-11 | 2.27 | 51,133,015.08 | 22,260.37 |
| 2018-05-18 | 2.31 | 51,133,015.08 | 22,652.63 |
| 2018-05-25 | 2.31 | 51,969,397.11 | 23,023.15 |
| 2018-06-01 | 2.23 | 51,969,397.11 | 22,225.82 |
| 2018-06-08 | 2.31 | 51,969,397.11 | 23,023.15 |
| 2018-06-15 | 2.34 | 51,969,397.11 | 23,322.16 |
| 2018-06-22 | 2.34 | 51,969,397.11 | 23,322.16 |
| 2018-06-29 | 2.33 | 51,969,397.11 | 23,222.49 |
| 2018-07-06 | 2.33 | 51,969,397.11 | 23,222.49 |
| 2018-07-13 | 2.36 | 51,969,397.11 | 23,521.49 |
| 2018-07-20 | 2.40 | 51,969,397.11 | 23,920.16 |
| 2018-07-27 | 2.42 | 51,969,397.11 | 24,119.50 |
| 2018-08-03 | 2.44 | 51,969,397.11 | 24,318.83 |
| 2018-08-10 | 2.44 | 51,969,397.11 | 24,318.83 |
| 2018-08-17 | 2.44 | 51,969,397.11 | 24,318.83 |
| 2018-08-24 | 2.44 | 51,969,397.11 | 24,318.83 |
| 2018-08-31 | 2.47 | 51,969,397.11 | 24,617.83 |
| 2018-09-07 | 2.50 | 51,969,397.11 | 24,916.83 |
| 2018-09-14 | 2.55 | 51,969,397.11 | 25,415.17 |

| | | | |
|---|---|---|---|
| 2018-09-21 | 2.58 | 51,969,397.11 | 25,714.17 |
| 2018-09-28 | 2.59 | 51,969,397.11 | 25,813.84 |
| 2018-10-05 | 2.62 | 51,969,397.11 | 26,112.84 |
| 2018-10-12 | 2.66 | 51,969,397.11 | 26,511.51 |
| 2018-10-19 | 2.67 | 51,969,397.11 | 26,611.18 |
| 2018-10-26 | 2.66 | 51,969,397.11 | 26,511.51 |
| 2018-11-02 | 2.67 | 51,969,397.11 | 26,611.18 |
| 2018-11-09 | 2.73 | 51,969,397.11 | 27,209.18 |
| 2018-11-16 | 2.70 | 51,969,397.11 | 26,910.18 |
| 2018-11-23 | 2.67 | 51,969,397.11 | 26,611.18 |
| 2018-11-30 | 2.70 | 51,969,397.11 | 26,910.18 |
| 2018-12-07 | 2.70 | 51,969,397.11 | 26,910.18 |
| 2018-12-14 | 2.69 | 51,969,397.11 | 26,810.51 |
| 2018-12-21 | 2.64 | 51,969,397.11 | 26,312.18 |
| 2018-12-28 | 2.59 | 51,969,397.11 | 25,813.84 |
| 2019-01-04 | 2.58 | 51,969,397.11 | 25,714.17 |
| 2019-01-11 | 2.59 | 51,969,397.11 | 25,813.84 |
| 2019-01-18 | 2.58 | 51,969,397.11 | 25,714.17 |
| 2019-01-25 | 2.59 | 51,969,397.11 | 25,813.84 |
| 2019-02-01 | 2.58 | 51,969,397.11 | 25,714.17 |
| 2019-02-08 | 2.56 | 51,969,397.11 | 25,514.84 |
| 2019-02-15 | 2.55 | 51,969,397.11 | 25,415.17 |
| 2019-02-22 | 2.55 | 51,969,397.11 | 25,415.17 |
| 2019-03-01 | 2.55 | 51,969,397.11 | 25,415.17 |
| 2019-03-08 | 2.53 | 51,969,397.11 | 25,215.84 |
| 2019-03-15 | 2.52 | 51,969,397.11 | 25,116.17 |
| 2019-03-22 | 2.48 | 51,969,397.11 | 24,717.50 |
| 2019-03-29 | 2.41 | 51,969,397.11 | 24,019.83 |
| 2019-04-05 | 2.41 | 51,969,397.11 | 24,019.83 |
| 2019-04-12 | 2.43 | 51,969,397.11 | 24,219.16 |
| 2019-04-19 | 2.44 | 51,969,397.11 | 24,318.83 |
| 2019-04-26 | 2.43 | 51,969,397.11 | 24,219.16 |
| 2019-05-03 | 2.40 | 51,969,397.11 | 23,920.16 |
| 2019-05-10 | 2.37 | 51,969,397.11 | 23,621.16 |
| 2019-05-17 | 2.32 | 51,969,397.11 | 23,122.82 |
| 2019-05-24 | 2.34 | 53,268,959.51 | 23,905.36 |
| 2019-05-31 | 2.28 | 53,268,959.51 | 23,292.40 |

| Date | | | |
|---|---|---|---|
| 2019-06-07 | 2.05 | 53,268,959.51 | 20,942.73 |
| 2019-06-14 | 2.02 | 53,268,959.51 | 20,636.25 |
| 2019-06-21 | 1.98 | 53,268,959.51 | 20,227.61 |
| 2019-06-28 | 1.93 | 53,268,959.51 | 19,716.81 |
| 2019-07-05 | 1.94 | 53,268,959.51 | 19,818.97 |
| 2019-07-12 | 1.97 | 53,268,959.51 | 20,125.45 |
| 2019-07-19 | 1.95 | 53,268,959.51 | 19,921.13 |
| 2019-07-26 | 1.98 | 53,268,959.51 | 20,227.61 |
| 2019-08-02 | 1.94 | 53,268,959.51 | 19,818.97 |
| 2019-08-09 | 1.78 | 53,268,959.51 | 18,184.42 |
| 2019-08-16 | 1.77 | 53,268,959.51 | 18,082.26 |
| 2019-08-23 | 1.75 | 53,268,959.51 | 17,877.94 |
| 2019-08-30 | 1.75 | 53,268,959.51 | 17,877.94 |
| 2019-09-06 | 1.72 | 53,268,959.51 | 17,571.46 |
| 2019-09-13 | 1.81 | 53,268,959.51 | 18,490.90 |
| 2019-09-20 | 1.86 | 53,268,959.51 | 19,001.69 |
| 2019-09-27 | 1.79 | 53,268,959.51 | 18,286.58 |
| 2019-10-04 | 1.66 | 53,268,959.51 | 16,958.50 |
| 2019-10-11 | 1.63 | 53,268,959.51 | 16,652.02 |
| 2019-10-18 | 1.60 | 53,268,959.51 | 16,345.54 |
| 2019-10-25 | 1.59 | 53,268,959.51 | 16,243.38 |
| 2019-11-01 | 1.57 | 53,268,959.51 | 16,039.06 |
| 2019-11-08 | 1.58 | 53,268,959.51 | 16,141.22 |
| 2019-11-15 | 1.56 | 53,268,959.51 | 15,936.91 |
| 2019-11-22 | 1.55 | 53,268,959.51 | 15,834.75 |
| 2019-11-29 | 1.59 | 53,268,959.51 | 16,243.38 |
| 2019-12-06 | 1.57 | 53,268,959.51 | 16,039.06 |
| 2019-12-13 | 1.55 | 53,268,959.51 | 15,834.75 |
| 2019-12-20 | 1.53 | 53,268,959.51 | 15,630.43 |
| 2019-12-27 | 1.53 | 53,268,959.51 | 15,630.43 |
| 2020-01-03 | 1.57 | 53,268,959.51 | 16,039.06 |
| 2020-01-10 | 1.54 | 53,268,959.51 | 15,732.59 |
| 2020-01-17 | 1.54 | 53,268,959.51 | 15,732.59 |
| 2020-01-24 | 1.55 | 53,268,959.51 | 15,834.75 |
| 2020-01-31 | 1.50 | 53,268,959.51 | 15,323.95 |
| 2020-02-07 | 1.49 | 53,268,959.51 | 15,221.79 |
| 2020-02-14 | 1.48 | 53,268,959.51 | 15,119.63 |

| Date | | | |
|---|---|---|---|
| 2020-02-21 | 1.46 | 53,268,959.51 | 14,915.31 |
| 2020-02-28 | 1.21 | 53,268,959.51 | 12,361.32 |
| 2020-03-06 | 0.62 | 53,268,959.51 | 6,333.90 |
| 2020-03-13 | 0.38 | 53,268,959.51 | 3,882.07 |
| 2020-03-20 | 0.23 | 53,268,959.51 | 2,349.67 |
| 2020-03-27 | 0.17 | 53,268,959.51 | 1,736.71 |
| 2020-04-03 | 0.15 | 53,268,959.51 | 1,532.39 |
| 2020-04-10 | 0.22 | 53,268,959.51 | 2,247.51 |
| 2020-04-17 | 0.21 | 53,268,959.51 | 2,145.35 |
| 2020-04-24 | 0.17 | 53,268,959.51 | 1,736.71 |
| 2020-05-01 | 0.17 | 53,268,959.51 | 1,736.71 |
| 2020-05-08 | 0.16 | 53,268,959.51 | 1,634.55 |
| 2020-05-15 | 0.15 | 53,268,959.51 | 1,532.39 |
| 2020-05-22 | 0.16 | 54,015,644.38 | 1,657.47 |
| 2020-05-29 | 0.17 | 54,015,644.38 | 1,761.06 |
| 2020-06-05 | 0.17 | 54,015,644.38 | 1,761.06 |
| 2020-06-12 | 0.19 | 54,015,644.38 | 1,968.24 |
| 2020-06-19 | 0.18 | 54,015,644.38 | 1,864.65 |
| 2020-06-26 | 0.17 | 54,015,644.38 | 1,761.06 |
| 2020-07-03 | 0.16 | 54,015,644.38 | 1,657.47 |
| 2020-07-10 | 0.15 | 54,015,644.38 | 1,553.87 |
| 2020-07-17 | 0.15 | 54,015,644.38 | 1,553.87 |
| 2020-07-24 | 0.15 | 54,015,644.38 | 1,553.87 |
| 2020-07-31 | 0.13 | 54,015,644.38 | 1,346.69 |
| 2020-08-07 | 0.13 | 54,015,644.38 | 1,346.69 |
| 2020-08-14 | 0.14 | 54,015,644.38 | 1,450.28 |
| 2020-08-21 | 0.13 | 54,015,644.38 | 1,346.69 |
| 2020-08-28 | 0.13 | 54,015,644.38 | 1,346.69 |
| 2020-09-04 | 0.12 | 54,015,644.38 | 1,243.10 |
| 2020-09-11 | 0.14 | 54,015,644.38 | 1,450.28 |
| 2020-09-18 | 0.13 | 54,015,644.38 | 1,346.69 |
| 2020-09-25 | 0.12 | 54,015,644.38 | 1,243.10 |
| 2020-10-02 | 0.12 | 54,015,644.38 | 1,243.10 |
| 2020-10-09 | 0.13 | 54,015,644.38 | 1,346.69 |
| 2020-10-16 | 0.13 | 54,015,644.38 | 1,346.69 |
| 2020-10-23 | 0.13 | 54,015,644.38 | 1,346.69 |
| 2020-10-30 | 0.12 | 54,015,644.38 | 1,243.10 |

| Date | | | |
|---|---|---|---|
| 2020-11-06 | 0.13 | 54,015,644.38 | 1,346.69 |
| 2020-11-13 | 0.12 | 54,015,644.38 | 1,243.10 |
| 2020-11-20 | 0.11 | 54,015,644.38 | 1,139.51 |
| 2020-11-27 | 0.11 | 54,015,644.38 | 1,139.51 |
| 2020-12-04 | 0.11 | 54,015,644.38 | 1,139.51 |
| 2020-12-11 | 0.10 | 54,015,644.38 | 1,035.92 |
| 2020-12-18 | 0.09 | 54,015,644.38 | 932.32 |
| 2020-12-25 | 0.09 | 54,015,644.38 | 932.32 |
| 2021-01-01 | 0.11 | 54,015,644.38 | 1,139.51 |
| 2021-01-08 | 0.10 | 54,015,644.38 | 1,035.92 |
| 2021-01-15 | 0.11 | 54,015,644.38 | 1,139.51 |
| 2021-01-22 | 0.10 | 54,015,644.38 | 1,035.92 |
| 2021-01-29 | 0.09 | 54,015,644.38 | 932.32 |
| 2021-02-05 | 0.07 | 54,015,644.38 | 725.14 |
| 2021-02-12 | 0.07 | 54,015,644.38 | 725.14 |
| 2021-02-19 | 0.07 | 54,015,644.38 | 725.14 |
| 2021-02-26 | 0.08 | 54,015,644.38 | 828.73 |
| 2021-03-05 | 0.08 | 54,015,644.38 | 828.73 |
| 2021-03-12 | 0.09 | 54,015,644.38 | 932.32 |
| 2021-03-19 | 0.07 | 54,015,644.38 | 725.14 |
| 2021-03-26 | 0.07 | 54,015,644.38 | 725.14 |
| 2021-04-02 | 0.06 | 54,015,644.38 | 621.55 |
| 2021-04-09 | 0.06 | 54,015,644.38 | 621.55 |
| 2021-04-16 | 0.06 | 54,015,644.38 | 621.55 |
| 2021-04-23 | 0.07 | 54,015,644.38 | 725.14 |
| 2021-04-30 | 0.05 | 54,015,644.38 | 517.96 |
| 2021-05-07 | 0.06 | 54,015,644.38 | 621.55 |
| 2021-05-14 | 0.05 | 54,015,644.38 | 517.96 |
| 2021-05-21 | 0.05 | 54,076,038.31 | 518.54 |
| 2021-05-28 | 0.04 | 54,076,038.31 | 414.83 |
| 2021-06-04 | 0.05 | 54,076,038.31 | 518.54 |
| 2021-06-11 | 0.05 | 54,076,038.31 | 518.54 |
| 2021-06-18 | 0.05 | 54,076,038.31 | 518.54 |
| 2021-06-25 | 0.05 | 54,076,038.31 | 518.54 |