LATHAM & WATKINS LLP
  Michele D. Johnson (Bar No. 198298)
  *michele.johnson@lw.com*
  Kristin N. Murphy (Bar No. 268285)
  *kristin.murphy@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Tel: (714) 540-1235
Fax: (714) 755-8290

LATHAM & WATKINS LLP
  Colleen C. Smith (Bar No. 231216)
  *colleen.smith@lw.com*
12670 High Bluff Drive
San Diego, CA 92130-3086
Tel: (858) 523-5400
Fax: (858) 523-5450

LATHAM & WATKINS LLP
  Andrew B. Clubok (*pro hac vice*)
  *andrew.clubok@lw.com*
  Sarah A. Tomkowiak (*pro hac vice*)
  *sarah.tomkowiak@lw.com*
555 Eleventh Street NW, Suite 1000
Washington, DC 20004-1304
Tel: (202) 637-2200
Fax: (202) 637-2201

*Attorneys for Defendants Puma Biotechnology, Inc. & Alan H. Auerbach*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| HSINGCHING HSU, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PUMA BIOTECHNOLOGY, INC., and ALAN H. AUERBACH,<br><br>Defendants. | CASE NO. 8:15-cv-00865-DOC-SHK<br><br>CLASS ACTION<br><br>JOINT STIPULATION REGARDING BRIEFING SCHEDULE FOR MOTION TO EXCLUDE CHALLENGED CLAIMS |

Counsel for Defendants Puma Biotechnology, Inc. and Alan H. Auerbach ("Defendants"), and counsel for Lead Plaintiff Norfolk County Council, as Administering Authority of the Norfolk Pension Fund ("Plaintiff" and, with Defendants, the "Parties"), respectfully submit this stipulation and proposed order regarding the briefing schedule for Defendants' Motion to Exclude Challenged Claims.

WHEREAS, on June 21, 2021, the Parties filed a joint stipulation regarding the schedule for Plaintiff's submission of Proposed Judgment and related briefing and Defendants' Motion to Exclude Challenged Claims (ECF No. 833);

WHEREAS, on June 22, 2021, the Court granted that stipulation (ECF No. 834);

WHEREAS, Plaintiff and Defendants are continuing to meet and confer regarding the alleged deficiencies for certain of the challenged claims;

NOW THEREFORE, the Parties hereby stipulate, through their counsel of record, and respectfully request that the Court enter the following schedule for the briefing on Defendants' forthcoming Motion to Exclude Challenged Claims:

| Deadline | Prior Deadline | New Deadline |
| --- | --- | --- |
| Deadline for Defendants to Move to Exclude Challenged Claims | August 5, 2021 | August 16, 2021 |
| Deadline for Plaintiff's Opposition to Motion to Exclude Challenged Claims | September 9, 2021 | September 20, 2021 |
| Deadline for Defendants' Reply in Support of Motion to Exclude | September 30, 2021 | October 11, 2021 |

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | DATED: August 3, 2021 | ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>PATRICK J. COUGHLIN<br>TOR GRONBORG<br>JASON A. FORGE<br>TRIG R. SMITH<br>J. MARCO JANOSKI GRAY<br>TING H. LIU<br>DEBASHISH BAKSHI |

*/s/ Tor Gronborg*
TOR GRONBORG

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

*Counsel for Plaintiff and the Class*

DATED:  August 3, 2021    LATHAM & WATKINS LLP
MICHELE D. JOHNSON (198298)
KRISTIN N. MURPHY (268285)

*/s/ Kristin N. Murphy*
KRISTIN N. MURPHY
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Tel:  (714) 540-1235
Fax:  (714) 755-8290
michele.johnson@lw.com
kristin.murphy@lw.com

COLLEEN C. SMITH (231216)
12670 High Bluff Drive
San Diego, CA 92130-3086
Tel:  (858) 523-5400
Fax:  (858) 523-5450
colleen.smith@lw.com

|   |   |
|---|---|
| 1 |   |
| 2 | ANDREW B. CLUBOK (*pro hac vice*)<br>SARAH A. TOMKOWIAK (*pro hac vice*) |
| 3 | 555 Eleventh Street NW, Suite 1000<br>Washington, DC 20004-1304 |
| 4 | Tel:  (202) 637-2200<br>Fax:  (202) 637-2201 |
| 5 | andrew.clubok@lw.com<br>sarah.tomkowiak@lw.com |
| 6 | *Attorneys for Defendants Puma Biotechnology, Inc. and Alan H. Auerbach* |

All signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  August 3, 2021          LATHAM & WATKINS LLP


　　　　　　　　　　　　　　　　  /s/ *Kristin N. Murphy*
　　　　　　　　　　　　　　　　Kristin N. Murphy