1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| HSINGCHING HSU, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PUMA BIOTECHNOLOGY, INC., and ALAN H. AUERBACH,<br><br>Defendants. | CASE NO. 8:15-cv-00865-DOC-(SHKx)<br><br><u>CLASS ACTION</u><br><br>ORDER GRANTING JOINT STIPULATION REGARDING BRIEFING SCHEDULE FOR MOTION TO EXCLUDE CHALLENGED CLAIMS [841] |

Pursuant to the Joint Stipulation Regarding Briefing Schedule for Motion to Exclude Challenged Claims filed by counsel for Defendants Puma Biotechnology, Inc. and Alan H. Auerbach ("Defendants"), and counsel for Lead Plaintiff Norfolk County Council, as Administering Authority of the Norfolk Pension Fund ("Plaintiff" and, with Defendants, the "Parties"), and good cause appearing, the Court HEREBY ENTERS THE FOLLOWING SCHEDULE for the submission and briefing on Defendants' Motion to Exclude Challenged Claims:

| Deadline | Prior Deadline | New Deadline |
| --- | --- | --- |
| Deadline for Defendants to Move to Exclude Challenged Claims | August 5, 2021 | August 16, 2021 |
| Deadline for Plaintiff's Opposition to Motion to Exclude Challenged Claims | September 9, 2021 | September 20, 2021 |
| Deadline for Defendants' Reply in Support of Motion to Exclude | September 30, 2021 | October 11, 2021 |

**IT IS SO ORDERED.**

Dated: August 6, 2021          By: /s/ David O. Carter

Honorable David O. Carter
United States District Judge