LATHAM & WATKINS LLP
  Michele D. Johnson (Bar No. 198298)
  michele.johnson@lw.com
  Kristin N. Murphy (Bar No. 268285)
  kristin.murphy@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Tel: (714) 540-1235
Fax: (714) 755-8290

LATHAM & WATKINS LLP
  Colleen C. Smith (Bar No. 231216)
  colleen.smith@lw.com
12670 High Bluff Drive
San Diego, CA 92130-3086
Tel: (858) 523-5400
Fax: (858) 523-5450

LATHAM & WATKINS LLP
  Andrew Clubok (*pro hac vice*)
  andrew.clubok@lw.com
  Sarah A. Tomkowiak (*pro hac vice*)
  sarah.tomkowiak@lw.com
555 Eleventh Street NW, Suite 1000
Washington, DC 20004-1304
Tel: (202) 637-2200
Fax: (202) 637-2201

*Attorneys for Defendants Puma Biotechnology, Inc. & Alan H. Auerbach*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| HSINGCHING HSU, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PUMA BIOTECHNOLOGY, INC., and ALAN H. AUERBACH,<br><br>Defendants. | CASE NO. 8:15-cv-00865-DOC-SHK<br><br>**DECLARATION OF JORDAN D. COOK IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE CLAIMS**<br><br>Date: November 1, 2021<br>Time: 8:30 a.m.<br>Courtroom: 9D<br>Judge: Hon. David O. Carter |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

COOK DECL. ISO DEFS.' MOT. TO
EXCLUDE CLAIMS
CASE NO. 8:15-CV-00865-DOC-SHK

I, Jordan D. Cook, declare and state as follows:

1. I am an attorney with Latham & Watkins LLP and counsel of record for Defendants Puma Biotechnology, Inc. and Alan H. Auerbach. I am admitted to practice law in the State of California and am a member in good standing of the United States District Court for the Central District of California. I submit this declaration in support of Defendants' Motion for Leave to Amend the Final Pretrial Order.

2. On September 8, 2020, Plaintiffs submitted a claims report to the Court which included a list of all the claims for which they sought recovery. *See* ECF No. 795.

3. On September 21, 2020, I received a link to a secure website with two zip files from Ross Murray at Gilardi & Co., LLC. These files contained support documents that were hyperlinked to a spreadsheet listing all of the claims submitted to the Court. A true and correct copy of Mr. Murray's email is attached hereto as Exhibit A.

4. I supervised the download of all documents Mr. Murray posted to the secure website on September 21, 2020.

5. On October 9, 2020, Plaintiffs submitted a supplemental claims report, as requested by the Court. *See* ECF No. 802.

6. On October 11, 2020, I sent Mr. Murray an email requesting additional backup for certain claims that had not been included in the original claims report. Mr. Murray posted that documentation to a secure website on October 15, 2020.

7. I also supervised the download of the additional documents Mr. Murray posted to the secure website on October 15, 2020.

8. Between October 2020 and April 2021, I supervised a team of Latham & Watkins employees in their review of the claims and backup material submitted with each claim. In total, Defendants' counsel have collectively spent over 450

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

1

COOK DECL. ISO DEFS.' MOT. TO
EXCLUDE CLAIMS
CASE NO. 8:15-CV-00865-DOC-SHK

1  hours analyzing the claims and the supporting documentation provided by the
2  claims administrator.

3      9.     Defendants' counsel's review of the claims focused on evaluating
4  backup documents submitted with each claim, evaluating whether the backup
5  supported the existence of damages for each claimant, and analyzing whether the
6  supporting documentation for each claim would allow Defendants to evaluate, and
7  challenge, individual reliance.

8      10.     As part of that review process, Defendants' counsel have conferred
9  with Plaintiffs' counsel and Gilardi & Co. to clarify information in the final claims
10 report and request additional documentation for deficient claims.

11     11.     Attached hereto as <u>Appendix A</u> is a true and correct copy of
12 Defendants' list of challenged claims.  [FILED UNDER SEAL AND PUBLICLY
13 REDACTED.]

14     12.     The team I supervised reviewed the backup documents submitted with
15 each claim.  No backup documentation was submitted for 1238 claims.  Those
16 claims are listed in rows of 1-1238 Appendix A (Category A).

17     13.     Defendants identified the claims listed in rows 1-1238 of Appendix A
18 on March 29, 2021 in their Post-Trial Claims Submission Pursuant to ECF No.
19 817.  ECF No. 820.

20     14.     Since that submission, Defendants have not received any
21 corroborating documentation regarding the claims listed in rows 1-1238 of
22 Appendix A.

23     15.     Attached hereto as <u>Exhibit B</u> is a true and correct copy of October 27,
24 2014 Investment Management Agreement between Norfolk County Council as
25 administering authority for Norfolk Pension Fund and Capital International
26 Limited, produced by Lead Plaintiff at NORF0000919-72, and marked as
27 Deposition Exhibit 10.

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

2

COOK DECL. ISO DEFS.' MOT. TO
EXCLUDE CLAIMS
CASE NO. 8:15-CV-00865-DOC-SHK

16. Attached hereto as <u>Exhibit C</u> is a true and correct copy of a May 14, 2015 article by Skye Drynan titled "Puma: The house is NOT on file – BUY," produced by third party Capital at CII-00390-92 and marked as Deposition Exhibit 34.

17. Attached hereto as <u>Exhibit D</u> is a true and correct copy of excerpts from the transcript of the deposition of Skye Drynan of Capital International, taken September 26, 2017.

18. Attached hereto as <u>Exhibit E</u> is a true and correct copy of a June 2, 2015 CII WAC Call Summary, produced by third party Capital at CII-00563-64, and marked as Deposition Exhibit 36.

19. Attached hereto as <u>Exhibit F</u> is a true and correct copy of excerpts from the transcript of the deposition of Darcy Kopcho of Capital International, taken October 30, 2018.

20. Attached here to as <u>Exhibit G</u> is a true and correct copy of a May 23, 2015 email from Alan Auerbach to Skye Drynan, produced by Puma at PUMA00040171-73 and marked as Deposition Exhibit 35.

21. Attached here to as <u>Exhibit H</u> is a true and correct copy of a July 28, 2014 document titled "Puma (CEO)," produced by third party Capital at CII-00565-26, and marked as Deposition Exhibit 185.

22. Attached hereto as <u>Exhibit I</u> is a true and correct copy of an October 8, 2014 email from Craig Gordon to Eric Schmidt, produced by third party Cowen at CW002413-14, and marked as Deposition Exhibit 24. At the request of Cowen, Puma redacted irrelevant, confidential information the top of this document, enabling Puma to file publicly the portions that are relevant to this motion.

23. Attached hereto as <u>Exhibit J</u> is a true and correct copy of an October 8, 2014 email from Alan Auerbach to Craig Gordan and Skye Drynan, produced by Puma at PUMA00021112-13, and marked as Deposition Exhibit 25.

24. Attached here to as <u>Exhibit K</u> is a true and correct copy of excerpts from a September 26, 2014 research report by Skye Drynan for CII Biotech Day, produced by third party Capital at CII-00405-52, and marked as Deposition Exhibit 22.

25. Attached here to as <u>Exhibit L</u> is a true and correct copy of a January 12, 2015 research report by Skye Drynan, titled "Puma is the Cat's Meow," produced by third party Capital at CII-00393-404, and marked as Deposition Exhibit 26.

26. Attached hereto as <u>Exhibit M</u> are true and correct copies of documentation submitted by Plaintiffs in support of Claim Nos. 608111-8, 608110-0, 608112-6, and 608114-2. [FILED UNDER SEAL.]

27. Attached hereto as <u>Exhibit N</u> are true and correct copies of documentation submitted by Plaintiffs in support of Claim Nos. 608277-7 and 608276-9. [FILED UNDER SEAL.]

28. Attached hereto as <u>Exhibits 1-127</u> are true and correct copies of the backup documentation submitted by Plaintiffs in support of the claims listed on Appendix A. The fifth column in Appendix A indicates the corresponding exhibit number for each claim. No backup was submitted for claims with "No backup" in that column. [FILED UNDER SEAL.]

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on August 16, 2021 in Costa Mesa, California.

Executed on August 16, 2021.    /s/ Jordan D. Cook
                                Jordan D. Cook