# EXHIBIT A

| | |
|---|---|
| **From:** | Ross Murray |
| **To:** | Clubok, Andrew (DC); Johnson, Michele (OC); Smith, Colleen (SD); Cook, Jordan (OC); "TorG@rgrdlaw.com"; "TedP@rgrdlaw.com"; "DBakshi@rgrdlaw.com" |
| **Cc:** | Mishka Ferguson; Michael Joaquin |
| **Subject:** | RE: Puma Biotechnology - claim documentation update |
| **Date:** | Monday, September 21, 2020 4:18:14 PM |

Good afternoon. The data and docs are available for you to download at this location:

https://sfg-na.computershare.com

The User ID is adhoc29_kccca. I will send the password to you under separate cover.

There are two zip files posted:

1. **09_16_2020_DocumentExtract_ss.zip**
    a. The most important file in this zip is **Puma Biotechnology Claims Report 2020-09-11.xslx**. This is an updated version of the interim reports, with a few additions:
      i. "Exhibit" identifies were claims were reported on the report to the Court
      ii. "Edata Work Order #" identifies where to find the source data and claim form for institutional filers that filed multiple claims in one submission.
        1. These items can be found in the folder "EdataWorkOrders" (the sub-folders are titled by Work Order #).
      iii. Columns S through BL contain hyperlinks to documents related to the claim. Only a small percentage of claims have more than 10 documents, so we've hidden Columns AB through BH just to keep things a little cleaner.
      iv. Any claim with more than 10 documents is noted in Column BI ("Additional Doc Note"). Unhide the columns to access the hyperlinked documents.
    b. Please do not move / delete / rename any of the files or folders – the hyperlinks are dependent on the current folder structure.
    c. The folders titled "Documents", "Edata Letters", "Letters", and "Support Docs" contain the files that are hyperlinked in the main spreadsheet. It is unlikely that you will need to directly search these folders.
2. **Puma_Transactions Export_091820.zip**
    a. This contains a spreadsheet that shows the transactional data for every claim, one line per transaction.
    b. These are "current state" transactions – they were used to calculate the claims, and are inclusive of any changes made to the original data due to communications with the claimant.
    c. Filter by claim number to see all transactions for that claim.

If you have any issues accessing or downloading the files, please let me know. Once you have the files on your network, let me know if you'd like me to go into further detail on any of the above.

Ross Murray

Gilardi & Co., LLC | Vice President - Securities | Tel: 415.458.3061 | Ross.Murray@Gilardi.com

**From:** Ross Murray
**Sent:** Monday, September 21, 2020 10:26 AM
**To:** 'Andrew.Clubok@lw.com' ; 'michele.johnson@lw.com' ; 'Colleen.Smith@lw.com' ; 'Jordan.Cook@lw.com' ; 'TorG@rgrdlaw.com' ; 'TedP@rgrdlaw.com' ; 'DBakshi@rgrdlaw.com'
**Cc:** Mishka Ferguson ; Michael Joaquin
**Subject:** RE: Puma Biotechnology - claim documentation update

Good morning. I am uploading one final piece - a log of all transactional data. Once that's up, I will

send over the login and password later today, along with an explanation of the items provided. Thanks for your patience.

Ross Murray

Gilardi & Co., LLC | Vice President - Securities | Tel: 415.458.3061 | Ross.Murray@Gilardi.com

**From:** Ross Murray
**Sent:** Friday, September 18, 2020 5:23 PM
**To:** 'Andrew.Clubok@lw.com' <Andrew.Clubok@lw.com>; 'michele.johnson@lw.com' <michele.johnson@lw.com>; 'Colleen.Smith@lw.com' <Colleen.Smith@lw.com>; 'Jordan.Cook@lw.com' <Jordan.Cook@lw.com>; 'TorG@rgrdlaw.com' <TorG@rgrdlaw.com>; 'TedP@rgrdlaw.com' <TedP@rgrdlaw.com>; 'DBakshi@rgrdlaw.com' <DBakshi@rgrdlaw.com>
**Cc:** Mishka Ferguson <Mishka.Ferguson@gilardi.com>; Michael Joaquin <Michael.Joaquin@gilardi.com>
**Subject:** RE: Puma Biotechnology - claim documentation update

The zip process is still running. Six hours and counting. I will continue to monitor it and update you when it's complete.

Ross Murray

Gilardi & Co., LLC | Vice President - Securities | Tel: 415.458.3061 | Ross.Murray@Gilardi.com

**From:** Ross Murray
**Sent:** Friday, September 18, 2020 1:40 PM
**To:** 'Andrew.Clubok@lw.com' <Andrew.Clubok@lw.com>; 'michele.johnson@lw.com' <michele.johnson@lw.com>; 'Colleen.Smith@lw.com' <Colleen.Smith@lw.com>; 'Jordan.Cook@lw.com' <Jordan.Cook@lw.com>; 'TorG@rgrdlaw.com' <TorG@rgrdlaw.com>; 'TedP@rgrdlaw.com' <TedP@rgrdlaw.com>; 'DBakshi@rgrdlaw.com' <DBakshi@rgrdlaw.com>
**Cc:** Mishka Ferguson <Mishka.Ferguson@gilardi.com>; Michael Joaquin <Michael.Joaquin@gilardi.com>
**Subject:** RE: Puma Biotechnology - claim documentation update

Good afternoon-

We have collected and cross-referenced the data and documents. Currently, we're working on the technical piece – zipping the files and uploading to the SFTP site. Due to the quantity and size of the files, this part is taking longer than anticipated. I will keep you updated on our progress but I am still aiming to have these ready for download today.

Ross Murray

Gilardi & Co., LLC | Vice President - Securities | Tel: 415.458.3061 | Ross.Murray@Gilardi.com

**From:** Ross Murray
**Sent:** Monday, September 14, 2020 6:47 PM
**To:** 'Andrew.Clubok@lw.com' <Andrew.Clubok@lw.com>; 'michele.johnson@lw.com' <michele.johnson@lw.com>; 'Colleen.Smith@lw.com' <Colleen.Smith@lw.com>; 'Jordan.Cook@lw.com' <Jordan.Cook@lw.com>; 'TorG@rgrdlaw.com' <TorG@rgrdlaw.com>; 'TedP@rgrdlaw.com' <TedP@rgrdlaw.com>; 'DBakshi@rgrdlaw.com' <DBakshi@rgrdlaw.com>
**Cc:** Mishka Ferguson <Mishka.Ferguson@gilardi.com>; Michael Joaquin <Michael.Joaquin@gilardi.com>
**Subject:** Puma Biotechnology - claim documentation update

Good evening-

We are working to gather the documents and data sets for the Puma claims compiled, correlated, and uploaded to an SFTP site for everyone to review. We anticipate completing this task by the end

of the week. If there are portions that are complete before then I will let you know so that you can begin to download them.
Thanks,
Ross Murray

Gilardi & Co., LLC | Vice President - Securities | Tel: 415.458.3061 | Ross.Murray@Gilardi.com