# EXHIBIT M
# [Filed Under Seal]

# EXHIBIT N
# [Filed Under Seal]