# EXHIBIT 1
# [Filed Under Seal]

# EXHIBIT 2
# [Filed Under Seal]

# EXHIBIT 3
# [Filed Under Seal]

# EXHIBIT 4
# [Filed Under Seal]

# EXHIBIT 5
# [Filed Under Seal]

# EXHIBIT 6
# [Filed Under Seal]

# EXHIBIT 7
# [Filed Under Seal]

# EXHIBIT 8
# [Filed Under Seal]

# EXHIBIT 9
# [Filed Under Seal]

# EXHIBIT 10
# [Filed Under Seal]

# EXHIBIT 11
# [Filed Under Seal]

# EXHIBIT 12
# [Filed Under Seal]

# EXHIBIT 13
# [Filed Under Seal]

# EXHIBIT 14
# [Filed Under Seal]

# EXHIBIT 15
# [Filed Under Seal]

# EXHIBIT 16
# [Filed Under Seal]

# EXHIBIT 17
# [Filed Under Seal]

# EXHIBIT 18
# [Filed Under Seal]

# EXHIBIT 19
# [Filed Under Seal]

# EXHIBIT 20
# [Filed Under Seal]

# EXHIBIT 21
# [Filed Under Seal]

# EXHIBIT 22
# [Filed Under Seal]

# EXHIBIT 23
# [Filed Under Seal]

# EXHIBIT 24
# [Filed Under Seal]

# EXHIBIT 25
# [Filed Under Seal]

# EXHIBIT 26
# [Filed Under Seal]

# EXHIBIT 27
# [Filed Under Seal]

# EXHIBIT 28
# [Filed Under Seal]

# EXHIBIT 29
# [Filed Under Seal]

# EXHIBIT 30
# [Filed Under Seal]

# EXHIBIT 31
# [Filed Under Seal]

# EXHIBIT 32
# [Filed Under Seal]

# EXHIBIT 33
# [Filed Under Seal]

# EXHIBIT 34
# [Filed Under Seal]

# EXHIBIT 35
# [Filed Under Seal]

# EXHIBIT 36
# [Filed Under Seal]

# EXHIBIT 37
# [Filed Under Seal]

# EXHIBIT 38
# [Filed Under Seal]

# EXHIBIT 39
# [Filed Under Seal]

# EXHIBIT 40
# [Filed Under Seal]

# EXHIBIT 41
# [Filed Under Seal]

# EXHIBIT 42
# [Filed Under Seal]

# EXHIBIT 43
# [Filed Under Seal]

# EXHIBIT 44
# [Filed Under Seal]

# EXHIBIT 45
# [Filed Under Seal]

# EXHIBIT 46
# [Filed Under Seal]

# EXHIBIT 47
# [Filed Under Seal]

# EXHIBIT 48
# [Filed Under Seal]

# EXHIBIT 49
# [Filed Under Seal]

# EXHIBIT 50
# [Filed Under Seal]

# EXHIBIT 51
# [Filed Under Seal]

# EXHIBIT 52
# [Filed Under Seal]

# EXHIBIT 53
# [Filed Under Seal]

# EXHIBIT 54
# [Filed Under Seal]

# EXHIBIT 55
# [Filed Under Seal]

# EXHIBIT 56
# [Filed Under Seal]

# EXHIBIT 57
# [Filed Under Seal]

# EXHIBIT 58
# [Filed Under Seal]

# EXHIBIT 59
# [Filed Under Seal]

# EXHIBIT 60
# [Filed Under Seal]

# EXHIBIT 61
# [Filed Under Seal]

# EXHIBIT 62
# [Filed Under Seal]

# EXHIBIT 63
# [Filed Under Seal]

# EXHIBIT 64
# [Filed Under Seal]

# EXHIBIT 65
# [Filed Under Seal]

# EXHIBIT 66
# [Filed Under Seal]

# EXHIBIT 67
# [Filed Under Seal]

# EXHIBIT 68
# [Filed Under Seal]

# EXHIBIT 69
# [Filed Under Seal]

# EXHIBIT 70
# [Filed Under Seal]

# EXHIBIT 71
# [Filed Under Seal]

# EXHIBIT 72
# [Filed Under Seal]

# EXHIBIT 73
# [Filed Under Seal]

# EXHIBIT 74
# [Filed Under Seal]

# EXHIBIT 75
# [Filed Under Seal]

# EXHIBIT 76
# [Filed Under Seal]

# EXHIBIT 77
# [Filed Under Seal]

# EXHIBIT 78
# [Filed Under Seal]

# EXHIBIT 79
# [Filed Under Seal]

# EXHIBIT 80
# [Filed Under Seal]

# EXHIBIT 81
# [Filed Under Seal]

# EXHIBIT 82
# [Filed Under Seal]

# EXHIBIT 83
# [Filed Under Seal]

# EXHIBIT 84
# [Filed Under Seal]

# EXHIBIT 85
# [Filed Under Seal]

# EXHIBIT 86
# [Filed Under Seal]

# EXHIBIT 87
# [Filed Under Seal]

# EXHIBIT 88
# [Filed Under Seal]

# EXHIBIT 89
# [Filed Under Seal]

# EXHIBIT 90
# [Filed Under Seal]

# EXHIBIT 91
# [Filed Under Seal]

# EXHIBIT 92
# [Filed Under Seal]

# EXHIBIT 93
# [Filed Under Seal]

# EXHIBIT 94
# [Filed Under Seal]

# EXHIBIT 95
# [Filed Under Seal]

# EXHIBIT 96
# [Filed Under Seal]

# EXHIBIT 97
# [Filed Under Seal]

# EXHIBIT 98
# [Filed Under Seal]

# EXHIBIT 99
# [Filed Under Seal]

# EXHIBIT 100
# [Filed Under Seal]

# EXHIBIT 101
# [Filed Under Seal]

# EXHIBIT 102
# [Filed Under Seal]

# EXHIBIT 103
# [Filed Under Seal]

# EXHIBIT 104
# [Filed Under Seal]

# EXHIBIT 105
# [Filed Under Seal]

# EXHIBIT 106
# [Filed Under Seal]

# EXHIBIT 107
# [Filed Under Seal]

# EXHIBIT 108
# [Filed Under Seal]

# EXHIBIT 109
# [Filed Under Seal]

# EXHIBIT 110
# [Filed Under Seal]

# EXHIBIT 111
# [Filed Under Seal]

# EXHIBIT 112
# [Filed Under Seal]

# EXHIBIT 113
# [Filed Under Seal]

# EXHIBIT 114
# [Filed Under Seal]

# EXHIBIT 115
# [Filed Under Seal]

# EXHIBIT 116
# [Filed Under Seal]

# EXHIBIT 117
# [Filed Under Seal]

# EXHIBIT 118
# [Filed Under Seal]

# EXHIBIT 119
# [Filed Under Seal]

# EXHIBIT 120
# [Filed Under Seal]

# EXHIBIT 121
# [Filed Under Seal]

# EXHIBIT 122
# [Filed Under Seal]

# EXHIBIT 123
# [Filed Under Seal]

# EXHIBIT 124
# [Filed Under Seal]

# EXHIBIT 125
# [Filed Under Seal]

# EXHIBIT 126
# [Filed Under Seal]

# EXHIBIT 127
# [Filed Under Seal]