```
 1  LATHAM & WATKINS LLP
      Michele D. Johnson (Bar No. 198298)
 2    michele.johnson@lw.com
      Kristin N. Murphy (Bar No. 268285)
 3    kristin.murphy@lw.com
    650 Town Center Drive, 20th Floor
 4  Costa Mesa, CA 92626-1925
    Tel: (714) 540-1235
 5  Fax: (714) 755-8290

 6  LATHAM & WATKINS LLP
      Colleen C. Smith (Bar No. 231216)
 7    colleen.smith@lw.com
    12670 High Bluff Drive
 8  San Diego, CA 92130-3086
    Tel: (858) 523-5400
 9  Fax: (858) 523-5450

10  LATHAM & WATKINS LLP
      Andrew B. Clubok (pro hac vice)
11    andrew.clubok@lw.com
      Sarah A. Tomkowiak (pro hac vice)
12    sarah.tomkowiak@lw.com
    555 Eleventh Street NW, Suite 1000
13  Washington, DC 20004-1304
    Tel: (202) 637-2200
14  Fax: (202) 637-2201

15  Attorneys for Defendants Puma
    Biotechnology, Inc. & Alan H. Auerbach
16
```

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| HSINGCHING HSU, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PUMA BIOTECHNOLOGY, INC., and ALAN H. AUERBACH,<br><br>Defendants. | CASE NO. 8:15-cv-00865-DOC-SHK<br><br>**ORDER GRANTING DEFENDANTS' APPLICATION FOR LEAVE TO FILE DOCUMENTS IN SUPPORT OF THEIR MOTION TO EXCLUDE CLAIMS UNDER SEAL [845]**<br><br>Courtroom: 9D<br>Judge: Hon. David O. Carter |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

1

ORDER GRANTING APPLICATION
TO FILE DOCUMENTS UNDER SEAL
CASE NO. 8:15-CV-00865-DOC-SHK

Before the Court is the Application for Leave to File Documents in Support of the Motion to Exclude Claims Under Seal filed by Defendants Puma Biotechnology, Inc. and Alan H. Auerbach. Having considered the Application, and good cause appearing therefore, **IT IS HEREBY ORDERED** that Defendants' Application is **GRANTED**, and the following documents will be filed under seal:

- Unredacted version of the Memorandum of Law in Support of Defendants' Motion to Exclude Claims;
- Unredacted version of Appendix A; and
- The entirety of Exhibits 1-127, M, and N.

**IT IS SO ORDERED.**

Dated: August 23, 2021         By: /s/ David O. Carter
                                   Honorable David O. Carter
                                   United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

2

ORDER GRANTING APPLICATION
TO FILE DOCUMENTS UNDER SEAL
CASE NO. 8:15-CV-00865-DOC-SHK