# EXHIBIT G
# [REDACTED]

**DECLARATION**

STATE OF CONNECTICUT            )
                                ) SS:
COUNTY OF FAIRFIELD             )

███████████████████████████████████████████
████████████

1. ███████████████████████████████████████
   ████████

2. ████████████████████████████████████
   █████████████████████████████████████
   ███████████████████████████████████
   ████████████████████████████████████████

3. ████████████████████████████████████████
   █████████████████████████████████

4. ████████████████████████████████████████
   ████████████████████████████████████████
   ███████████████████████████████████

5. ████████████████████████████████████████
   ████████████████████████████████████

6. ████████████████████████████████████████
   ████████████████████████████████████████
   ████████████████████████████████████████
   █████████████████████████

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct.

Executed on ___9/18/21_____

_____
(Signature of Affiant)