UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

### CIVIL MINUTES – GENERAL

Case No:  SA CV 15-00865- DOC-(SHK)  	Date: November 2, 2021

Title:  HsingChing Hsu v. Puma Biotechnology, Inc. et al

PRESENT:  THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:  (IN CHAMBERS):  ORDER DISMISSING CIVIL CASE**

    The Court, having been notified by counsel for the parties that this action has been settled re Notice of Settlement [878], hereby orders this action DISMISSED with prejudice. The Court hereby orders **ALL** proceedings in the case VACATED and taken off calendar. The Court retains jurisdiction for 60 days to vacate this order and reopen the action upon showing of good cause that the settlement has not been consummated.

    The Clerk shall serve this minute order on the parties.

MINUTES FORM 11
CIVIL-GEN                                                                                 Initials of Deputy Clerk: kdu