**JS-5**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| HSINGCHING HSU, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PUMA BIOTECHNOLOGY, INC., and ALAN H. AUERBACH,<br><br>Defendants. | CASE NO. 8:15-cv-00865-DOC-SHK<br><br><u>CLASS ACTION</u><br><br>ORDER GRANTING JOINT REQUEST REGARDING OCTOBER 29, 2021 AND NOVEMBER 2, 2021 ORDERS |

The Court has reviewed the Parties' Joint Request Regarding the Court's October 29, 2021 (ECF No. 879) and November 2, 2021 (ECF No. 881) Orders. For the reasons identified in that request and good cause appearing, the Court HEREBY ORDERS as follows:

1. Notwithstanding the Court's October 29, 2021 Order (ECF No. 879), judgment has not yet been entered in this matter for any purpose contemplated by the Federal Rules of Civil Procedure or Federal Rules of Appellate Procedure, including for purposes of triggering deadlines for filing any post-trial briefs or notice of appeal;
2. The Clerk is directed not to enter a judgment on the civil docket at this time;
3. The November 2, 2021 Order dismissing the case and retaining jurisdiction for sixty days (ECF No. 881) is vacated; and
4. By no later than December 3, 2021, Lead Plaintiff is to file a motion for preliminary approval of a settlement, or the Parties shall notify the Court if they have been unable to reach a settlement.

**IT IS SO ORDERED.**

Dated: November 9, 2021

By: *David O. Carter*
Honorable David O. Carter
United States District Judge