UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| HSINGCHING HSU, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>PUMA BIOTECHNOLOGY, INC., et al.,<br><br>　　　　　　　　　Defendants. | Case No. 8:15-cv-00865-DOC-SHK<br><br>CLASS ACTION<br><br>ORDER GRANTING JOINT REQUEST TO EXTEND THE SCHEDULE FOR FILING MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT |

- 1 -

The Court has reviewed the Parties' Joint Stipulation Regarding Schedule for Filing Motion for Preliminary Approval of Settlement. For the reasons identified in that request and good cause appearing, the Court HEREBY ORDERS that the deadline for Plaintiff to file a motion for preliminary approval is extended to December 13, 2021.

IT IS SO ORDERED.

DATED: December 3, 2021

*/s/ David O. Carter*

THE HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE