ROBBINS GELLER RUDMAN
  & DOWD LLP
PATRICK J. COUGHLIN (111070)
THEODORE J. PINTAR (131372)
TOR GRONBORG (179109)
JASON A. FORGE (181542)
TRIG R. SMITH (237399)
J. MARCO JANOSKI GRAY (306547)
TING H. LIU (307747)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
patc@rgrdlaw.com
tedp@rgrdlaw.com
torg@rgrdlaw.com
jforge@rgrdlaw.com
trigs@rgrdlaw.com
mjanoski@rgrdlaw.com
tliu@rgrdlaw.com

*Counsel for Plaintiff and the Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| HSINGCHING HSU, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>PUMA BIOTECHNOLOGY, INC., et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 8:15-cv-00865-DOC-SHK<br><br>CLASS ACTION<br><br>NOTICE OF MOTION AND LEAD PLAINTIFF'S UNOPPOSED MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT AND PROVIDING FOR NOTICE<br><br>DATE:　　January 10, 2022<br>TIME:　　8:30 AM<br>CTRM:　　9D<br>JUDGE:　Hon. David O. Carter |

4853-6693-5046.v1

1  TO:  ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2       PLEASE TAKE NOTICE that on January 10, 2022 at 8:30 a.m., in the

3  Courtroom of the Honorable David O. Carter, United States District Judge, at the

4  United States District Court for the Central District of California, Ronald Reagan

5  Federal Building and U.S. Courthouse, 411 West Fourth Street, Courtroom 9D,

6  Santa Ana, CA 92701, Lead Plaintiff will move for an order: (1) granting

7  preliminary approval of the settlement set forth in the Stipulation and Agreement of

8  Class Action Settlement, dated December 1, 2021 (the "Stipulation"), which is being

9  filed concurrently; (2) directing validated claimants be given notice of the proposed

10  settlement of this action in the form and manner set forth in the Stipulation and the

11  exhibits annexed thereto; (3) setting a hearing date for the Court to consider final

12  approval of the settlement and related matters; and (4) setting a schedule of events

13  to govern the procedural aspects of the settlement.  Lead Plaintiff's motion is based

14  on this Notice of Motion and Motion, the accompanying Memorandum of Points and

15  Authorities in support thereof, the Stipulation, and such additional evidence or

16  argument as may be required by the Court.

17  DATED:  December 13, 2021         ROBBINS GELLER RUDMAN
                                & DOWD LLP
18                                PATRICK J. COUGHLIN
                              THEODORE J. PINTAR
19                                TOR GRONBORG
                              JASON A. FORGE
20                                TRIG R. SMITH
                              J. MARCO JANOSKI GRAY
21                                TING H. LIU

22

23                                  /s/ Tor Gronborg
                                TOR GRONBORG
24

25                              655 West Broadway, Suite 1900
                            San Diego, CA 92101
                            Telephone:  619/231-1058
26                              619/231-7423 (fax)

27                              *Counsel for Plaintiff and the Class*

28

                                  - 1 -

1

## CERTIFICATE OF SERVICE

2       I hereby certify under penalty of perjury that on December 13, 2021, I

3   authorized the electronic filing of the foregoing with the Clerk of the Court using the

4   CM/ECF system which will send notification of such filing to the e-mail addresses

5   on the attached Electronic Mail Notice List, and I hereby certify that I caused the

6   mailing of the foregoing via the United States Postal Service to the non-CM/ECF

7   participants indicated on the attached Manual Notice List.

8                       /s/ TOR GRONGBORG

9                       TOR GRONBORG

10                   ROBBINS GELLER RUDMAN
                                & DOWD LLP

11                   655 West Broadway, Suite 1900
                   San Diego, CA  92101-8498
                   Telephone:  619/231-1058

12                   619/231-7423 (fax)

13                   E-mail:  Torg@rgrdlaw.com

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4853-6693-5046.v1

**Mailing Information for a Case 8:15-cv-00865-DOC-SHK HsingChing Hsu v. Puma Biotechnology, Inc. et al**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael A Attanasio**
  mattanasio@cooley.com,smiyajima@cooley.com,efiling-notice@ecf.pacerpro.com,michael-attanasio-2678@ecf.pacerpro.com

- **Debashish Bakshi**
  dbakshi@rgrdlaw.com,DBakshi@ecf.courtdrive.com,3472014420@filings.docketbird.com

- **Ryan E Blair**
  rblair@cooley.com,efiling-notice@ecf.pacerpro.com,chourani@cooley.com

- **Christopher Thomas Casamassima**
  chris.casamassima@wilmerhale.com,WHDocketing@wilmerhale.com

- **Rosalyn Chapman (Ret.)**
  rchapman@jamsadr.com

- **Rosalyn Chapman (Ret.)**
  rchapman@jamsadr.com

- **Andrew Clubok**
  andrew.clubok@lw.com,andrew-clubok-9012@ecf.pacerpro.com,washington-dc-litigation-services-5378@ecf.pacerpro.com,DCECFNotificationsDC@lw.com

- **Jordan Davisson Cook**
  jordan.cook@lw.com,#ocecf@lw.com,jordan-cook-5273@ecf.pacerpro.com

- **Patrick Joseph Coughlin**
  patc@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Patrick V Dahlstrom**
  pdahlstrom@pomlaw.com

- **Lorraine Echavarria**
  Lori.Echavarria@wilmerhale.com,joann.ambrosini@wilmerhale.com,gina.gaytan@wilmerhale.com

- **Jason A Forge**
  jforge@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Koji F Fukumura**
  kfukumura@cooley.com,efiling-notice@ecf.pacerpro.com,chourani@cooley.com

- **Gilardi & Co. LLC**
  classact@gilardi.com

- **Meryn C N Grant**
  meryn.grant@lw.com,meryn-grant-0298@ecf.pacerpro.com

- **Joseph Marco Janoski Gray**
  mjanoski@rgrdlaw.com,tdevries@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Tor Gronborg**
  torg@rgrdlaw.com,crosini@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Michele D Johnson**
  michele.johnson@lw.com,karen.patterson@lw.com,michele-johnson-7426@ecf.pacerpro.com,#ocecf@lw.com,jana.roach@lw.com

- **Mary Kathryn Kelley**
  mkkelley@cooley.com,msalas@cooley.com,efiling-notice@ecf.pacerpro.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **Ting Hsiang Liu**
  tliu@rgrdlaw.com

- **Kristin Nicole Murphy**
  kristin.murphy@lw.com,kristin-murphy-2919@ecf.pacerpro.com,#ocecf@lw.com,khadijah-fields-2405@ecf.pacerpro.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,ahood@pomlaw.com,egoodman@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,jalieberman@pomlaw.com,lobas@pomlaw.c

- **Theodore J Pintar**
  tedp@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,CLinehan@glancylaw.com,info@glancylaw.com,robert-prongay-0232@ecf.pacerpro.com

- **John Warren Rissier**
  warren.rissier@morganlewis.com,bernice.worley@morganlewis.com

- **Darren J Robbins**
  darrenr@rgrdlaw.com

- **Laurence M Rosen**
  lrosen@rosenlegal.com,lrosen@ecf.courtdrive.com

- **Charlene Sachi Shimada**
  charlene.shimada@morganlewis.com

- **Colleen C Smith**
  colleen.smith@lw.com,colleen-c-smith-7786@ecf.pacerpro.com

- **Trig Randall Smith**
  trigs@rgrdlaw.com,kmccormack@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **John F Sylvia**
  jfsylvia@mintz.com

- **Kolin Tang**
  kctang@millershah.com,smoss@millershah.com,pleadings@millershah.com

- **Craig Edward TenBroeck**
  ctenbroeck@cooley.com,maraujo@cooley.com,efiling-notice@ecf.pacerpro.com

- **Sarah A. Tomkowiak**
  sarah.tomkowiak@lw.com,washington-dc-litigation-services-5378@ecf.pacerpro.com,Roman.Martinez@lw.com,sarah-tomkowiak-4288@ecf.pacerpro.com,DCECFNotificationsDC@lw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Eric              J Eastham
The Familie
2121 New Castle Avenue, Suite E
Cardiff, CA 92007
```