LATHAM & WATKINS LLP
  Michele D. Johnson (Bar No. 198298)
  *michele.johnson@lw.com*
  Kristin N. Murphy (Bar No. 268285)
  *kristin.murphy@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Tel: (714) 540-1235
Fax: (714) 755-8290

LATHAM & WATKINS LLP
  Colleen C. Smith (Bar No. 231216)
  *colleen.smith@lw.com*
12670 High Bluff Drive
San Diego, CA 92130-3086
Tel: (858) 523-5400
Fax: (858) 523-5450

LATHAM & WATKINS LLP
  Andrew B. Clubok *(pro hac vice)*
  *andrew.clubok@lw.com*
  Sarah A. Tomkowiak (*pro hac vice*)
  *sarah.tomkowiak@lw.com*
555 Eleventh Street NW, Suite 1000
Washington, DC 20004-1304
Tel: (202) 637-2200
Fax: (202) 637-2201

*Attorneys for Defendants Puma Biotechnology, Inc. & Alan H. Auerbach*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| HSINGCHING HSU, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>PUMA BIOTECHNOLOGY, INC., and ALAN H. AUERBACH,<br><br>    Defendants. | CASE NO. 8:15-cv-00865-DOC-SHK<br><br>**DEFENDANTS' NOTICE OF SETTLEMENT PAYMENT** |

Pursuant to the Stipulation and Agreement of Class Action Settlement (ECF No. 889 at 1-2) (the "Settlement Agreement"), Defendants Puma Biotechnology, Inc. and Alan H. Auerbach hereby provide notice that the first half of the Settlement Amount (as laid out in Section 2.1 of the Settlement Agreement) was made via wire payment on January 10, 2022.

Dated: January 13, 2022

Respectfully submitted,

LATHAM & WATKINS LLP

By  /s/ Colleen C. Smith

Michele D. Johnson
Andrew B. Clubok
Colleen C. Smith
Sarah A. Tomkowiak
Kristin N. Murphy

*Attorneys for Defendants Puma Biotechnology, Inc. & Alan H. Auerbach*