UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| HSINGCHING HSU, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>PUMA BIOTECHNOLOGY, INC., et al.,<br><br>Defendants. | Case No. 8:15-cv-00865-DOC-SHK<br><br><u>CLASS ACTION</u><br><br>ORDER APPROVING PLAN OF ALLOCATION |

1. This matter having come before the Court on April 11, 2022, on Lead Plaintiff's motion for approval of the Plan of Allocation of the Settlement proceeds in the above-captioned action; the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. This Order incorporates by reference the definitions in the Stipulation and Agreement of Class Action Settlement, dated December 1, 2021 (ECF No. 889) (the "Stipulation"), and all capitalized terms used, but not defined herein, shall have the same meanings as set forth in the Stipulation.

2. Pursuant to and in full compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice of the verdict was directed to all persons who are Class Members who could be identified with reasonable effort, and that due and adequate notice of the Plan of Allocation was directed to the validated claimants, advising them of their right to object thereto, and a full and fair opportunity was accorded to all validated claimants to be heard with respect to the Plan of Allocation.

3. The Court finds and concludes that the formula for the calculation of proceeds to validated claimants, which is set forth in the Notice of Class Action Settlement ("Notice"), provides a fair and reasonable basis upon which to allocate the proceeds of the Net Settlement Fund established by the Stipulation, with due consideration having been given to administrative convenience and necessity.

4. This Court finds and concludes that the Plan of Allocation, as set forth in the Notice, is, in all respects, fair and reasonable and the Court approves the Plan of Allocation.

IT IS SO ORDERED.

DATED: August 3, 2022

_____
THE HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE